# EXHIBIT C

Page 1

1                    IN THE CIRCUIT COURT OF

2                    BULLOCK COUNTY, ALABAMA

3    HARRISON JOHNSON, JR.,        )

                                   )

4    et al.,                       )

              Plaintiffs,          )

5                                  )

     -vs-                          )   CIVIL ACTION NO.

6                                  )

     BRIDGESTONE FIRESTONE         )     CV 05-111

7                                  )

     NORTH AMERICAN TIRE,          )

8                                  )   **ORIGINAL**

     LLC., et al.,                 )

9              Defendants.         )

10              S T I P U L A T I O N S

11              IT IS STIPULATED AND AGREED, by and

12   between the parties through their respective

13   counsel, that the deposition of:

14              WAYNE A. JOHNSON,

15   may be taken before Belinda S. Brewster,

16   Commissioner and Notary Public for the State of

17   Alabama at Large, on the 1st day of March, 2006,

18   commencing at approximately 1:55 p.m., at the

19   law offices of Bradley, Arant, Rose & White,

20   LLP, The Alabama Center for Commerce, 401 Adams

21   Avenue, Suite 780, Montgomery, Alabama; said

22   deposition taken pursuant to the Alabama Rules

23   of Civil Procedure.

Page 22

1    when the tires were inspected in June of 2003?

2        A.        Yes, sir.

3        Q.        Have you ever discussed with your

4    brother any problems that he may have

5    experienced with any of the tires that were on

6    the vehicle at the time of the accident?

7        A.        I'm sorry, sir.  Could you repeat

8    the question again, please?

9        Q.        I tell you what.  Let's talk to

10   about this June 2003 situation.

11       A.        Yes, sir.

12       Q.        That might be the easiest way to

13   deal with it.  Tell me what happened in June

14   2003 that led to you being present when someone

15   inspected the tires that were on the vehicle at

16   the time of the accident.

17       A.        Yes, sir.  In June 2003, sir, I

18   came home for my sister-in-law's funeral.  From

19   that standpoint, sir, when we were there for the

20   funeral, we also were there and I had talked to

21   my brother.

22                 Normally when I would come home,

23   sir, my brother would discuss about my career

**FOSHEE & TURNER COURT REPORTERS**

Page 23

1    plans in the military, what I plan on doing for

2    retirement.  And he and I just basically just

3    had a good-time conversation.

4              Also, my brother, sir, and I -- I'm

5    sorry.  Can you hear me?  Can you understand me?

6              MR. MUDD:  Could you slow down a

7    little bit?

8              THE WITNESS:  All right.  My mother

9    tells me to slow down because I talk too fast.

10             Excuse me.  Well, also, I had

11   talked to my brother, and my brother had told me

12   I had to come over to the house to see him like

13   I always do when I come home.

14             Okay.  What I did, sir, like I came

15   home, I visited my brother.  And my brother and

16   I -- my brother told me that he wanted me to go

17   and I can see the new prison.  And so I -- there

18   was a new prison in Union Springs.

19        Q.     (By Mr. Perry)  Okay.

20        A.     Yes, sir.  From that, sir, like my

21   brother and I got -- I went ahead and I got in

22   his van.  I'm still too fast?

23        Q.     That's all right.  Let me ask you

FOSHEE & TURNER COURT REPORTERS

Page 24

1    this.

2         A.       Okay.

3         Q.       You're talking about the van that

4    was involved in the accident in October 2003.

5    You and your brother got into the van?

6         A.       Yes, sir.

7         Q.       And he was driving?

8         A.       Yes, sir.

9         Q.       Had you ever ridden in that van

10   before then?

11        A.       Yes, sir.  But the reason why, sir,

12   that we did go ahead like and ride the van

13   because like my brother was going ahead and

14   taking my father to his first baseball game in

15   Atlanta, Georgia.

16        Q.       Okay.  Let's take it one leg at a

17   time.

18        A.       Oh, I'm sorry.

19        Q.       That's all right.  When you and

20   your brother got into the van --

21        A.       Yes, sir.

22        Q.       -- to go to see the prison, was

23   your -- did you say your father-in-law?

**FOSHEE & TURNER COURT REPORTERS**

Page 25

1    A.    No, sir.

2    Q.    His father?

3    A.    Our father.

4    Q.    Right.  Your father.  Harrison,

5    Sr.?

6    A.    Yes, sir.

7    Q.    You were going to take him to his

8    first baseball game in Atlanta?

9    A.    Yes, sir.

10   Q.    So, when you got into the van to go

11   to see the prison, was your father in the van

12   with you?

13   A.    No, sir, he was not.

14   Q.    Was that trip going to be sometime

15   later on?

16   A.    Yes, sir.

17   Q.    Okay.  So, you get into the van to

18   go to see the prison.  As of that point, has

19   your brother said anything to you about

20   experiencing any problems with the van or the

21   way it was driving?

22   A.    No, sir.  As a matter of fact, sir,

23   we were riding in the van, sir, and we were just

**FOSHEE & TURNER COURT REPORTERS**

Page 26

1    driving.  And as a matter of fact, sir, that's

2    when I heard a noise, sir, coming from the van.

3          Q.      Okay.

4          A.      But then also, sir, the van started

5    shaking.

6          Q.      So, you heard a noise, and the van

7    started shaking?

8          A.      Yes, sir.

9          Q.      Okay.  At that point did your

10   brother say whether or not he had experienced

11   that feeling in the van before?  Did he say

12   anything about it?

13         A.      No, sir.  The only thing my brother

14   had did, at that time, sir, my brother had took

15   his foot off the accelerator, and then the van

16   slowed -- and the van slowed down.

17         Q.      Okay.

18         A.      Yes, sir.  And then from that my

19   brother had said he was going to go ahead and --

20   he had noticed a sign that said Union Springs.

21   My brother said he was going to go ahead like

22   and take the van to a shop called Mays Brothers.

23         Q.      Okay.

**FOSHEE & TURNER COURT REPORTERS**

Page 29

1     A.     Yes, sir.

2     Q.     Did you get out?

3     A.     We both got out, sir.

4     Q.     Who went to talk to the people?

5     A.     My brother did, sir.

6     Q.     And tell me what he said.

7     A.     As a matter of fact, I don't know

8 what he said, sir, because like when we both got

9 out of the vehicle, all I did, sir, was like --

10 I just like stood there and was looking around

11 at the time.

12     Q.     So --

13     A.     Yes, sir.

14     Q.     -- you weren't present then where

15 you could hear what was being said between him

16 and the person at the service station; is that

17 right?

18     A.     Correct, sir.

19     Q.     Tell me what happened next from

20 your perspective.

21     A.     From that standpoint, sir, as I

22 said, I was standing around looking at the town.

23 I was just looking around at the area where I

**FOSHEE & TURNER COURT REPORTERS**

Page 30

1    was.  And from there, sir, like that's when a

2    gentleman had already took the van and they put

3    it on a lift.

4         Q.    Okay.

5         A.    Yes, sir.

6         Q.    All right.  Now, this was inside or

7    outside?  The lift I'm assuming was inside?

8         A.    Yes, sir.

9         Q.    Were you inside when the van got

10    put up on the lift?

11         A.    No, sir, I was not.

12         Q.    Did you ever talk to anyone at the

13    service station?

14         A.    No, sir, I did not.

15         Q.    Did you ever hear any conversation

16    between your brother and anyone at the service

17    station?

18         A.    No, sir.

19         Q.    Did your brother tell you what he

20    said to the people at the service station?

21         A.    Well, sir, like when we got back in

22    the van, my brother had said that he had

23    mentioned to the people about the shaking sound.

Page 31

1    Yes, sir, about the rattling sound.

2              But then my -- but then my brother

3    had said that the person that he had talked to

4    said that they couldn't find anything.

5         Q.    Okay.

6         A.    Yes, sir.

7         Q.    Now, when you heard the shaking --

8    or when you felt the shaking and you heard the

9    noise, could you tell where it was coming from

10   in the van?

11        A.    It was from the back, sir, but I

12   don't know exactly where it was coming from.

13        Q.    Could you tell whether it was back

14   right, back left, back center?  Could you tell

15   at all?

16        A.    No, sir.

17        Q.    In your mind, did you form a

18   judgment as to where the noise was coming from

19   or where the shaking was coming from?

20        A.    What do you mean, sir, in my mind

21   did I form a --

22        Q.    Yes, sir.  In other words, when you

23   went up -- when you and your brother arrived at

**FOSHEE & TURNER COURT REPORTERS**

Page 32

1    the service station, did you have in your mind

2    what you thought may have been causing the noise

3    you were hearing or what you thought may have

4    been causing the shaking that you were feeling?

5        A.       No, sir.

6        Q.       You didn't have any idea what it

7    was?

8        A.       No, sir, I did not.

9        Q.       Did you -- from what you could

10   tell, do you know whether your brother had any

11   judgment in his mind as to what was causing the

12   noise or the shaking?

13       A.       No, sir, I do not.

14       Q.       Did he ever say I think it might be

15   this or I think it might be that or anything

16   like that?

17       A.       No, sir.

18       Q.       Did he tell you whether the people

19   at the service station gave any indication of

20   what the possible culprits or causes could have

21   been for the noise on the one hand or the

22   shaking?

23       A.       No, sir.

**FOSHEE & TURNER COURT REPORTERS**

Page 33

1    Q.    So, from your standpoint when you

2    were out there -- and you said looking around at

3    the town?

4    A.    Yes, sir.

5    Q.    Okay.  Could you see what the

6    people inside the service station were doing?

7    A.    No, sir, I did not.

8    Q.    You just saw it up on a lift?

9    A.    Yes, sir.

10    Q.    Do you have any idea what they may

11    have checked?

12    A.    No, sir.

13    Q.    Did your brother ever express to

14    you his belief or his firsthand knowledge of

15    what they may have checked while that vehicle

16    was in the service station?

17    A.    No, sir.

18    Q.    So, is it fair to say then that

19    there was a vibration and a shaking that you

20    felt in the van with your brother.  You had know

21    idea what it was.  Y'all took the van to a

22    service station.  You have no idea what, if

23    anything, they may have checked, but at some

**FOSHEE & TURNER COURT REPORTERS**

Page 34

1    point you guys got back into the van.

2            Is that right?

3        A.      Yes, sir.

4        Q.      Now, when you got back into the van

5    to drive back to -- Montgomery?

6        A.      No, sir.  From that standpoint,

7    sir, we went ahead like and drove by the prison.

8        Q.      Okay.

9        A.      Yes, sir.

10       Q.      And after you left the prison,

11   where did you go?

12       A.      That's when we came back to

13   Montgomery, sir.

14       Q.      Did you feel that feeling again?

15       A.      No, sir.

16       Q.      Did hear the noise again?

17       A.      No, sir.

18       Q.      So, it just went away?

19       A.      Well, it -- we didn't hear it

20   again, sir.  So, when you say went away.

21       Q.      Okay.  Fair enough.  Do you know

22   whether the people at the service station

23   attempted any sort of repair?

**FOSHEE & TURNER COURT REPORTERS**

Page 35

1    A.    I'm sorry, sir.  Say that again.

2    Q.    Do you know whether they attempted

3    any repair?  I think you told me --

4    A.    Well, sir, when you say do I know

5    because like I -- I'll say it again.  Like I

6    wasn't like looking at the van like to see what

7    they were doing to it.

8    Q.    Yes, sir.  So, you don't know?

9    A.    No, sir.

10    Q.    I think you said, though, your

11    brother said they checked and they didn't see

12    anything wrong with it?

13    A.    Yes, sir.

14    Q.    But if I took it a step further and

15    said do you know whether they repaired it in any

16    fashion, your response to that would be?

17    A.    Again, I don't know, sir.

18    Q.    Don't know.  From the time your

19    brother got out of the vehicle to go up and talk

20    to the people at the service station, from that

21    point, did you and your brother have anymore

22    discussion about this sound or vibration?

23    A.    No, sir.

**FOSHEE & TURNER COURT REPORTERS**

Page 36

1    Q.    That's the last you've ever talked

2    to him about it?

3    A.    Yes, sir.

4    Q.    Do you know one way or the other

5    whether that sound or that shaking ever came

6    back in that vehicle?

7    A.    No, sir, I don't.

8    Q.    Now, I would have some questions

9    about -- in more detail about who, what and

10   where with respect to the service station.

11   A.    Yes, sir.

12   Q.    I'm not going to cover that now

13   with the understanding that somebody else

14   probably will.

15   A.    Yes, sir.

16   Q.    And then if not, I'll come back to

17   it after the other lawyers have asked their

18   questions.

19   A.    Yes, sir.

20   Q.    You said you had ridden in this

21   vehicle prior to this particular occasion; is

22   that correct?

23   A.    Yes, sir.

**FOSHEE & TURNER COURT REPORTERS**

Page 57

1    A.    Catherine, sir, with a C.

2    C-A-T-H-E-R-I-N-E.

3    Q.    And does she reside at 416 West

4    Jeff Davis?

5    A.    No, sir.  She's at 322 West Jeff

6    Davis, sir.

7    Q.    And y'all have children?

8    A.    Yes, sir.  We have two children.

9    Q.    How many?  What are their ages?

10    A.    My daughter, who is Semeah Johnson,

11    S-E-M-E-A-H, will be 16 this year in August,

12    sir.

13    Q.    And the other child?

14    A.    And my son is Kouri, K-O-U-R-I,

15    Kouri Johnson.  Kouri will be 12, sir, in April.

16    Q.    When you were in the van that we're

17    about here about today --

18    A.    Yes, sir.

19    Q.    -- back in June of '03 --

20    A.    Yes, sir.

21    Q.    -- with your brother on the way to

22    some correctional facility, I believe in Union

23    Springs, Alabama?

Page 58

1    A.    Yes, sir.

2    Q.    That's what y'all -- that's where

3    you were going, right?

4    A.    Yes, sir.

5    Q.    You can't tell us the particular

6    road or highway y'all were on when you heard

7    this noise and felt this -- whatever it was,

8    vibration or this shaking --

9    A.    That's correct.

10    Q.    -- right?

11    A.    Yes, sir.

12    Q.    But just the two of you in the van?

13    A.    Yes, sir.

14    Q.    And I'm assuming it was in the

15    daytime y'all were going over there?

16    A.    Yes, sir.

17    Q.    And was the roadway dry when this

18    experience happened?

19    A.    Yes, sir.

20    Q.    How fast from your best judgment

21    did the van -- or was the van going when you

22    heard the noise start?

23    A.    My brother was obviously doing the

Page 59

1  speed limit, sir.  I would say between 50 or 55

2  miles an hour, sir.

3       Q.     All right.  That leads me to

4  believe y'all were not on an interstate when you

5  heard the noise, correct, because it would be

6  probably 70 miles an hour?

7       A.     Yes, sir.

8       Q.     So, y'all were on a state or county

9  road then?

10      A.     It was like a single road, sir.

11 Like one vehicle was coming this way, and there

12 was another vehicle going the other way.

13      Q.     And y'all were going from

14 Mongtomery to Union Springs, right?

15      A.     Yes, sir.

16      Q.     And you go out, you said, Vaughn

17 Road?

18      A.     Yes, sir.

19      Q.     Okay.  Did the shaking -- what's

20 the right word, vibration, shaking?  What's the

21 right term for what you experienced that was

22 non-noise in nature?

23      A.     Vibrating, sir.

**FOSHEE & TURNER COURT REPORTERS**

Page 60

1    Q.        Did the vibrating start when the

2  noise started?

3    A.        As a matter of fact, sir, the noise

4  had started, sir, right -- right before the

5  vibrating started.

6    Q.        All right.  And the noise sounded

7  like what?

8    A.        The noise sounded like -- it was a

9  clacking sound, sir.

10    Q.        A clacking sound?

11    A.        Yes, sir.

12    Q.        Like --

13    A.        If I could say the word "clacking."

14    Q.        You can say the word "clacking."

15  You said the word "clacking."

16    A.        Yes, sir.

17    Q.        So, it was not like a hum?

18    A.        No, sir.

19    Q.        Not like a whir or a screeching --

20  a metal on metal.  It was a clacking sound?

21    A.        Yes, sir.

22    Q.        A repetitive sound?

23    A.        Yes, sir.

Page 61

1     Q.      And how long did that sound last?

2     A.      I don't know how long it lasted,

3  sir.  You mean like within the time frame of

4  what to what, sir?

5     Q.      Well, did the sound last for five

6  seconds or for a couple of minutes, or do you

7  have a judgment how long you heard this clacking

8  noise?

9     A.      I'll say, sir, for a few minutes,

10  sir.

11     Q.      A few minutes?

12     A.      Yes, sir.

13     Q.      And the vibration, how long did you

14  experience that in your best judgment?

15     A.      The same thing, sir.  A few

16  minutes, sir.

17     Q.      Okay.  And after a few minutes, did

18  your brother then slow the van, the speed of the

19  van down, by taking his foot off the

20  accelerator?

21     A.      Yes, sir, he did.

22     Q.      And then when the van got to a

23  slower speed, then did the clacking sound stop?

Page 62

1        A.     Yes, sir.

2        Q.     And did the vibration stop?

3        A.     Yes, sir.

4        Q.     Do you know what speed the van got

5 down to when those two things stopped?

6        A.     Well, yes, sir. As a matter of

7 fact, my brother said -- like he had slowed it

8 down. He said it was -- it was under 40 miles

9 an hour.

10       Q.     Did y'all continue to drive at that

11 reduced speed until you got to May -- is it May

12 or Mays? Mays Brothers? Do you understand what

13 I'm saying?

14       A.     Yes, sir. Under 40 miles an hour,

15 yes, sir.

16       Q.     Okay. And later that day did y'all

17 ever go faster than 40 miles an hour?

18       A.     Well, sir, as a matter of fact,

19 sir, like after left there, sir --

20       Q.     Yeah. Mays Brothers?

21       A.     Yes, sir. Mays Brother. Like he

22 went ahead and put it back on the road. And

23 then like he drove it 40, drove to up to 45,

**FOSHEE & TURNER COURT REPORTERS**

Page 64

1    van yourself?

2        A.     No, sir.

3        Q.     Do you know if your brother took

4    the van --

5            Before this accident happened and

6    after y'all had been to Mays Brothers this day

7    in June of '03, do you know if your brother took

8    the van anywhere else to have anybody look at it

9    about any of the clacking noise or vibration?

10       A.     No, sir, I don't.

11       Q.     Have you told us everything you

12   know about what happened at this Mays Brothers

13   place the day y'all were there?

14       A.     Yes, sir, I have.

15       Q.     Everything you saw, everything you

16   may have heard somebody say?

17       A.     Yes, sir.

18       Q.     I'm assuming that you don't have a

19   clue what Phil Owens Used Cars is, do you?

20       A.     What's that, sir?

21       Q.     Phil Owens Used Cars, does that

22   mean anything to you?

23       A.     No, sir.

**FOSHEE & TURNER COURT REPORTERS**

Page 73

1      Q.      Is there any restaurants or

2    reference points or buildings around Mays

3    Brothers that you can reference or that you saw

4    when you were there that day?

5      A.      No, sir.

6      Q.      And on the premises did you see any

7    type of sign either saying Mays Brothers or

8    anything else out on the exterior of the

9    building where the name of the property or the

10   name of the company was?

11     A.      I don't remember, sir.

12     Q.      You don't remember one way or the

13   other?

14     A.      No, sir.

15     Q.      Do you remember the sign color for

16   the business?  Was it red, green, black, gold?

17     A.      No, sir, I don't remember.

18     Q.      The only way you knew you were

19   going to Mays Brothers was the comment your

20   brother made while you were out on the roadway?

21     A.      Yes, sir.

22     Q.      While you were at the premises, did

23   you see any type of name tags on any of the

**FOSHEE & TURNER COURT REPORTERS**

Page 74

1    employees saying who they worked for?

2         A.    No, sir.

3         Q.    Did you see anything about the

4    location that told you what business was working

5    on your vehicle --

6         A.    No, sir.

7         Q.    -- or your brother's vehicle?

8         A.    I didn't, no, sir.

9         Q.    And I know you didn't hear any

10   comments made by the person that your brother

11   talked to, but can you describe that individual

12   for me?

13        A.    Besides the fact the gentleman --

14   he was Caucausian, sir.  Yes, sir.

15        Q.    I mean, can you tell me his age?

16        A.    Not specifically, sir.

17        Q.    Can you give me an estimate of his

18   age?

19        A.    Well, I'm 42, sir.  Do I look 42?

20        Q.    But can you give me an estimate as

21   to --

22             MR. PERRY:  No, you sure don't.

23        Q.    (By Mr. Tuley)  Can you give me an

## FOSHEE & TURNER COURT REPORTERS

1                C E R T I F I C A T E

2    STATE OF ALABAMA      )

3    COUNTY OF JEFFERSON )

4

5              I hereby certify that the

6    above and foregoing proceeding was taken

7    down by me by stenographic means, and that

8    the content herein was produced in

9    transcript form by computer aid under my

10   supervision, and that the foregoing

11   represents, to the best of my ability, a

12   true and correct transcript of the

13   proceedings occurring on said date at said

14   time.

15              I further certify that I am

16   neither of counsel nor of kin to the

17   parties to the action; nor am I in anywise

18   interested in the result of said case.

19

20

21   _Belinda Brewster_____

22              Court Reporter and Commissioner

23