# EXHIBIT D

Page 1

```
                 IN THE CIRCUIT COURT OF
                  BULLOCK COUNTY, ALABAMA
HARRISON JOHNSON, JR.,      )
                            )
et al.,                     )
         Plaintiffs,        )
                            )
-vs-                        ) CIVIL ACTION NO.
                            )
BRIDGESTONE FIRESTONE       )   CV 05-111
                            )
NORTH AMERICAN TIRE,        )
                            )          ORIGINAL
LLC., et al.,               )
         Defendants.        )
```

S T I P U L A T I O N S

IT IS STIPULATED AND AGREED, by and between the parties through their respective counsel, that the deposition of:

HARRISON JOHNSON, JR.,

may be taken before Belinda S. Brewster, Commissioner and Notary Public for the State of Alabama at Large, on the 1st day of March, 2006, commencing at approximately 1:35 p.m., at the law offices of Bradley, Arant, Rose & White, LLP, The Alabama Center for Commerce, 401 Adams Avenue, Suite 780, Montgomery, Alabama; said deposition taken pursuant to the Alabama Rules of Civil Procedure.

1  I'm talking about?
2        A.    Yes.
3        Q.    Had you ever driven that van?
4        A.    No.
5        Q.    Have you ever ridden in that van?
6        A.    No.
7        Q.    All right.  The tires that were on
8  the vehicle at the time of the accident, had you
9  personally ever inspected those tires?
10       A.    No, I haven't.
11       Q.    Have you ever been present while
12 anyone else was inspecting the tires that were
13 on the van at the time of the accident?
14       A.    No.
15       Q.    Did you ever have any discussions
16 with your brother -- let me stop for a second.
17 Let's start at the day of the accident and then
18 look back.
19             Had you had any discussions with
20 anyone concerning the tires that were on that
21 vehicle at the time of the accident?
22       A.    No, I didn't.
23       Q.    Since the accident, have you had

FOSHEE & TURNER COURT REPORTERS

Page 12

1  discussions with anyone concerning the tires
2  that were on the vehicle at the time of the
3  accident?
4       A.    Other than the lawyer.
5       Q.    Okay.  Are you aware of there being
6  any problems with that van prior to the
7  accident?
8       A.    No.
9       Q.    What about any of the tires on the
10 van, are you aware of there being any problems
11 with them prior to the accident?
12      A.    No.
13      Q.    Were you at the accident scene
14 shortly after the accident?
15      A.    No.  Approximately I guess about a
16 couple of hours after.
17      Q.    When you arrived at the accident
18 scene, was the vehicle still there?
19      A.    I never did go to the -- to the
20 scene of the accident.  I went to the hospital
21 where my mother was.
22      Q.    So, you never went to the accident
23 scene?

A Legalink Company * 1933 Richard Arrington Jr. Blvd. S. * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

Page 34

1        A.      416 West Jeff Davis.
2              MR. MORROW:  Okay.  Thank you.
3   EXAMINATION BY MR. TULEY:
4        Q.      Mr. Johnson, my name is Jay Tuley,
5   and I represent Mays Brothers, Inc.  They're a
6   business located down in Union Springs.
7              Have you ever heard of Mays
8   Brothers, Inc. before?
9        A.      No.
10       Q.      Ever been to Mays Brothers, Inc.?
11       A.      No.
12       Q.      Are you aware of anybody who's
13  taken any vehicles and had them worked on at
14  Mays Brothers, Inc.?
15       A.      Not that I know of.
16       Q.      Never had any conversation with
17  anybody at Mays Brothers, Inc. before or after
18  this accident?
19       A.      Never.
20             MR. TULEY:  Thank you.
21  EXAMINATION BY MR. PFLAUM:
22       Q.      I've got just a couple.  As far as
23  the accident itself, do you know anything about

**FOSHEE & TURNER COURT REPORTERS**

```
1               C E R T I F I C A T E
2  STATE OF ALABAMA    )
3  COUNTY OF JEFFERSON )
4
5          I hereby certify that the
6  above and foregoing proceeding was taken
7  down by me by stenographic means, and that
8  the content herein was produced in
9  transcript form by computer aid under my
10 supervision, and that the foregoing
11 represents, to the best of my ability, a
12 true and correct transcript of the
13 proceedings occurring on said date at said
14 time.
15         I further certify that I am
16 neither of counsel nor of kin to the
17 parties to the action; nor am I in anywise
18 interested in the result of said case.
19
20
21     __Belinda Brewster_____
22     Court Reporter and Commissioner
23
```