# EXHIBIT E

FOSHEE & TURNER COURT REPORTERS

Page 1

```
                    IN THE CIRCUIT COURT OF
                    BULLOCK COUNTY, ALABAMA
HARRISON JOHNSON, JR.,      )
                            )
et al.,                     )
           Plaintiffs,      )
                            )
-vs-                        ) CIVIL ACTION NO.
                            )
BRIDGESTONE FIRESTONE       )  CV 05-111
                            )
NORTH AMERICAN TIRE,        )
                            )
LLC., et al.,               )
           Defendants.      )
```

S T I P U L A T I O N S

IT IS STIPULATED AND AGREED, by and between the parties through their respective counsel, that the deposition of:

YVONNE K. JOHNSON,

may be taken before Belinda S. Brewster, Commissioner and Notary Public for the State of Alabama at Large, on the 1st day of March, 2006, commencing at approximately 9:00 a.m., at the law offices of Bradley, Arant, Rose & White, LLP, The Alabama Center for Commerce, 401 Adams Avenue, Suite 780, Montgomery, Alabama; said deposition taken pursuant to the Alabama Rules of Civil Procedure.

ORIGINAL

Page 24

1  one that he owned; is that correct?
2      A.   Yes.
3      Q.   When did he purchase it?
4      A.   It was -- I think it was 1985.
5      Q.   Did he buy it new?
6      A.   To the best of my ability, yes,
7  that I remember.
8      Q.   Now, the tires that were on the
9  vehicle at the time of the accident, do you know
10 when he purchased those tires?
11     A.   I don't know.  To be exact, no.
12     Q.   Do you have a general idea of when
13 he purchased those tires?
14     A.   I don't know.
15     Q.   Did you -- let me back up.  Did you
16 ever see anyone inspecting the tires that were
17 on the vehicle at the time of the accident at
18 any point before the accident?
19     A.   Could you repeat that, please?
20     Q.   Did you ever see anyone inspecting
21 the tires that were on the vehicle at the time
22 of the accident at any point before the
23 accident?

FOSHEE & TURNER COURT REPORTERS

Page 25

1  A.  Did I ever see anyone inspect the
2  tires?  And are you asking me like the day
3  before or --
4  Q.  At any point before the accident.
5  Have you ever seen anyone inspecting those tires
6  that were on the accident at the time of the --
7  Let me back up.  Did you ever see
8  anyone inspecting those tires that were on the
9  vehicle at the time of the accident at any point
10 before the accident?
11 A.  My husband would check our vehicles
12 periodically, you know, when we were getting
13 ready to go to church or someplace like that.
14 You know, he would walk around and check his
15 vehicle.
16 Are you asking me is he the one, or
17 are you --
18 Q.  Right.  What I want to know is
19 everyone that you saw looking at those tires,
20 inspecting them, at any point before the
21 accident.  Okay?
22 And so you just told me there that
23 your husband sometimes would walk around the

A Legalink Company * 1933 Richard Arrington Jr. Blvd. S. * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

Page 31

1   A.   My husband did.

2   Q.   And was there some discount that he
3 got?  Is that the reason why he would typically
4 get those --

5   A.   I'm not certain about that.

6   Q.   At any point do you ever recall
7 hearing your husband mention whether he had ever
8 had any sort of training with respect to tire
9 servicing, inspecting or maintenance?

10       Have you ever heard him say whether
11 he ever had any sort of training like that?

12   A.   I can't -- I'm not certain.

13   Q.   Now, your lawyer has served us this
14 morning with signed copies of your interrogatory
15 responses.

16       Let me ask it this way.  Have you
17 received information since the accident
18 indicating that your husband may have had some
19 tire problems prior to the accident?

20   A.   Could you repeat the question?

21   Q.   Have you received information since
22 the accident -- well, let me start here.

23       Do you have any personal knowledge

1  of any problems that were experienced with the
2  tires that were on the vehicle at the time of
3  the accident?
4        A.    No, I don't.
5        Q.    Have you received information since
6  the accident indicating that your husband, in
7  fact, did have problems with one or more of the
8  tires that were on the vehicle at the time of
9  the accident?
10       A.    No.
11       Q.    Did you ever drive this van prior
12 to the accident?
13       A.    Sometimes.
14       Q.    How often?
15       A.    Not regular at all.
16       Q.    All right.  So, as I understand it,
17 this accident was in October 2003; is that
18 correct?
19       A.    Yes.
20       Q.    Do you know when the last time
21 prior to that you would have driven that van?
22       A.    I cannot recall with any certainty,
23 no.

1    places are?
2        A.      That's correct.
3                MR. MORROW:  Thank you very much.
4                THE WITNESS:  You're welcome.
5                MR. STEVENS:  Do you need to take a
6    break for a minute?
7                THE WITNESS:  I think so.
8                MR. STEVENS:  Okay.  Let's take a
9    break for a second.
10               (Whereupon, the taking of the
11   deposition was recessed from approximately 12:25
12   p.m. to approximately 12:31 p.m., after which
13   the following proceedings were had and done:)
14   EXAMINATION BY MR. TULEY:
15       Q.      Mrs. Johnson, my name is Jay Tuley,
16   and I represent Mays Brothers, Inc. in this
17   lawsuit that you have filed.
18               Have you ever been to Mays
19   Brothers, Inc., the location that's been sued?
20       A.      Mays Brothers?
21       Q.      Mays Brothers.
22       A.      Not to my knowledge.
23       Q.      Okay.  Do you know where that's

1  located?

2      A.    Not to my knowledge.

3      Q.    Are you aware of any work that Mays
4  Brothers has performed on this van we're here
5  about today?

6      A.    Not to my knowledge.

7      Q.    Okay. Has your husband ever -- did
8  your husband ever tell you about him taking the
9  van to Mays Brothers for any work before this
10 accident took place?

11     A.    I don't recall.

12     Q.    Has anybody told you about this van
13 being taken to Mays Brothers for any work before
14 this accident took place?

15     A.    No.

16     Q.    Since this accident, have you had
17 any conversations with anyone employed with Mays
18 Brothers, Inc.?

19     A.    With anyone employed there?

20     Q.    Yes.

21     A.    Not to my knowledge.

22     Q.    Any managers or owners or anything
23 that work for Mays Brothers?

**FOSHEE & TURNER COURT REPORTERS**

1        C E R T I F I C A T E

2    STATE OF ALABAMA      )

3    COUNTY OF JEFFERSON   )

4

5            I hereby certify that the
6    above and foregoing proceeding was taken
7    down by me by stenographic means, and that
8    the content herein was produced in
9    transcript form by computer aid under my
10   supervision, and that the foregoing
11   represents, to the best of my ability, a
12   true and correct transcript of the
13   proceedings occurring on said date at said
14   time.
15           I further certify that I am
16   neither of counsel nor of kin to the
17   parties to the action; nor am I in anywise
18   interested in the result of said case.
19
20
21   __*Belinda Brewster*_____
22   Court Reporter and Commissioner
23

A Legalink Company * 2001 Park Place, Suite 220 * Birmingham, AL 35203 * www.foshee-turner.com
1-800-888-DEPO