# EXHIBIT F

**FOSHEE & TURNER COURT REPORTERS**

Page 1

```
              IN THE CIRCUIT COURT OF
               BULLOCK COUNTY, ALABAMA
HARRISON JOHNSON, JR.,      )
                            )
et al.,                     )
        Plaintiffs,         )
                            )
-vs-                        )  CIVIL ACTION NO.
                            )
BRIDGESTONE FIRESTONE       )  CV 05-111
                            )
NORTH AMERICAN TIRE,        )
                            )       ORIGINAL
LLC., et al.,               )
        Defendants.         )
```

S T I P U L A T I O N S

   IT IS STIPULATED AND AGREED, by and between the parties through their respective counsel, that the deposition of:

   LIZZIE H. JOHNSON,

may be taken before Belinda S. Brewster, Commissioner and Notary Public for the State of Alabama at Large, on the 1st day of March, 2006, commencing at approximately 3:12 p.m., at the law offices of Bradley, Arant, Rose & White, LLP, The Alabama Center for Commerce, 401 Adams Avenue, Suite 780, Montgomery, Alabama; said deposition taken pursuant to the Alabama Rules of Civil Procedure.

Page 11

1  A.      It was in October, but I don't know
2  what time.
3  Q.      And were you in the nursing home
4  the entire time from October to January?
5  A.      I was.
6  Q.      What nursing home was that?
7  A.      Woodland Manor.
8  Q.      Woodland Manor?
9  A.      Uh-huh (affirmative).
10 Q.      Is that in Montgomery?
11 A.      It is, on Woodland Road.
12         MR. STEVENS:  Woodley Manor.
13 Q.      (By Ms. Cannon)  Woodley Manor.
14 The vehicle involved in the accident, you know
15 it was a Chevrolet van; is that correct?
16 A.      As far as I know of.
17 Q.      Do you have any information about
18 when your son purchased that van?
19 A.      No, I don't.  I just know what they
20 said.  I don't know.
21 Q.      Am I correct that you don't have
22 any information about any maintenance that may
23 have been done to the van?

1    A.    I don't.
2    Q.    Am I also correct then that you
3 don't have any information about any of the
4 tires that were on the van at the time of the
5 accident?
6    A.    No, I don't.
7    Q.    How often prior to the time of the
8 accident had you ridden in that van?
9    A.    Beg your pardon?
10   Q.    How often prior to the time of the
11 accident had you ridden in that van?
12   A.    During Sundays we go to church.
13   Q.    Okay. Did you ride in that van
14 every Sunday that you -- since the time your son
15 bought it until the time of the accident?
16   A.    No, I didn't ride every Sunday. It
17 just got to when my husband wasn't able to
18 drive, we started riding with them.
19   Q.    And when would that have been?
20 When did your husband stop driving?
21   A.    Well, I guess about five or six
22 years or more.
23   Q.    So, about five or six years before

Page 13

1  the accident you were riding in that van just
2  about every Sunday?
3      A.    Nearly every Sunday.
4      Q.    Were you ever around when your son
5  or anyone else inspected the van?
6      A.    No, I wasn't.
7      Q.    Were you ever around when your son
8  or anyone else inspected the tires on the van?
9      A.    No.
10     Q.    Other than riding around in the van
11 on Sundays, did you ever ride in the van during
12 the week?
13     A.    Sometimes when the children would
14 go to a ball game.
15     Q.    How often -- was that a regular
16 occasion, or was that pretty often?
17     A.    Just every occasion. Not really.
18     Q.    I'm sorry?
19     A.    Maybe once a week or something like
20 that.
21     Q.    Mrs. Johnson, are you currently
22 taking any medications?
23     A.    I am.

FOSHEE & TURNER COURT REPORTERS

Page 87

1   EXAMINATION BY MR. TULEY:

2        Q.    Ma'am, my name is Jay Tuley, and I
3   represent Mays Brothers, Inc. in Union Springs.
4   You ever been to Mays Brothers?

5        A.    No, I haven't.

6        Q.    Have you ever talked to anybody at
7   Mays Brothers?

8        A.    No, sir.

9        Q.    Are you aware of having any
10  information about anybody taking this van that
11  we're here about to Mays Brothers for work?

12       A.    No.  I don't know anything about
13  it.

14       Q.    Nobody ever told you about --

15       A.    No.

16       Q.    -- any visits to Mays Brothers?

17       A.    No, sir.

18       Q.    And you've never spoken with
19  anybody at Mays Brothers since the date of the
20  accident?

21       A.    I've never --- if I did, I didn't
22  know it.

23            MR. TULEY:  Thank you.

**FOSHEE & TURNER COURT REPORTERS**

```
 1                    C E R T I F I C A T E
 2   STATE OF ALABAMA      )
 3   COUNTY OF JEFFERSON   )
 4
 5              I hereby certify that the
 6   above and foregoing proceeding was taken
 7   down by me by stenographic means, and that
 8   the content herein was produced in
 9   transcript form by computer aid under my
10   supervision, and that the foregoing
11   represents, to the best of my ability, a
12   true and correct transcript of the
13   proceedings occurring on said date at said
14   time.
15              I further certify that I am
16   neither of counsel nor of kin to the
17   parties to the action; nor am I in anywise
18   interested in the result of said case.
19
20
21        __Belinda Brewster_____
22              Court Reporter and Commissioner
23
```