# EXHIBIT   G

**LEGALINK, A MERRILL COMPANY**
Court Reporting * Legal Videography * Trial Services

Page 1

```
1              IN THE CIRCUIT COURT OF

2            BULLOCK COUNTY, ALABAMA

3   HARRISON JOHNSON, JR.,      )

                               )

4   et al.,                     )

            Plaintiffs,         )

5                               )

6   -vs-                        )  CIVIL ACTION NO.

                               )

7   BRIDGESTONE FIRESTONE       )    CV 05-111

                               )

8   NORTH AMERICAN TIRE,        )

                               )

9   LLC., et al.,               )

                               )

10          Defendants.         )

11

12             S T I P U L A T I O N S

13      IT IS STIPULATED AND AGREED, by and
```

between the parties through their respective

counsel, that the deposition of:

                JOI A. JOHNSON,

may be taken before Belinda S. Brewster,

Commissioner and Notary Public for the State of

Alabama at Large, on the 17th day of March,

2006, commencing at approximately 9:10 a.m., at

the law offices of Bradley, Arant, Rose & White,

LLP, One Federal Place, 1819-5th Avenue North,

Birmingham, Alabama; said deposition taken

pursuant to the Alabama Rules of Civil

**1933 Richard Arrington Jr. Blvd. S. * Birmingham, AL 35209 * www.legalink.com**
**1-800-888-DEPO**

**LEGALINK, A MERRILL COMPANY**
**Court Reporting * Legal Videography * Trial Services**

Page 19

1          A.          Usually just on Sunday.

2          Q.          During the times that you rode in

3     the van prior to the accident, was there

4     anything unusual about the way that the van

5     rode?

6          A.          No, ma'am.

7          Q.          Did you ever feel any vibrations

8     before the accident?

9          A.          No, ma'am.

10         Q.          Prior to the accident, when was the

11    last time you rode in that van?

12         A.          I really can't remember.

13         Q.          Have you ever seen your dad do any

14    type of work on the van?

15         A.          No, ma'am.

16         Q.          So, you've never seen him do an oil

17    change?

18         A.          Not to my knowledge.

19         Q.          Are you aware of any repairs or

20    work that may have been done to the van prior to

21    the accident?

22         A.          No.

23         Q.          Have you ever seen your dad inspect

**LEGALINK, A MERRILL COMPANY**
**Court Reporting * Legal Videography * Trial Services**

Page 22

1    you saw your dad check the tires prior to the

2    accident?

3         A.        No, ma'am.

4         Q.        Have you personally ever inspected

5    the van?

6         A.        No, ma'am.

7         Q.        You don't have any automotive or

8    mechanic experience, do you?

9         A.        No, ma'am.

10        Q.        Have you seen -- ever seen anyone

11   else inspecting the van?

12        A.        No, ma'am.

13             MR. STRICKLAND:  No.  I'm just

14   telling you to --

15             THE WITNESS:  Telling me to speak

16   up?

17             MR. STRICKLAND:  -- speak up.

18             THE WITNESS:  Okay.

19             MR. STRICKLAND:  Yeah, just a

20   little bit.

21        Q.        (By Ms. Cannon)  Do you know of

22   anyone else who drove the van other than your

23   mom and dad?

**LEGALINK, A MERRILL COMPANY**
**Court Reporting * Legal Videography * Trial Services**

Page 122

1    belt.

2                    MR. PFLAUM:  Thank you.

3                    THE WITNESS:  You're welcome.

4    EXAMINATION BY MR. TULEY:

5         Q.         My name is Jay Tuley, and I

6    represent Mays Brothers, Inc. in this lawsuit.

7    You ever heard of Mays Brothers?

8         A.         No, sir.

9         Q.         Okay.  Mays Brothers is located

10   down in Union Springs.  Have you ever been to a

11   service station called Mays Brothers or any

12   other service stations in Union Springs?

13        A.         I've been to a service station in

14   Union Springs.

15        Q.         Do you remember if it was Mays

16   Brothers?

17        A.         No, sir.

18        Q.         Have you ever been to Mays Brothers

19   when anyone had any work performed on the van

20   that was involved in this accident?

21        A.         No, sir.

22        Q.         The time that you went to the

23   service station in Union Springs were you in

**LEGALINK, A MERRILL COMPANY**
**Court Reporting * Legal Videography * Trial Services**

Page 123

1    this van?

2         A.        No, sir.

3         Q.        All right.  Are you aware or have

4    any knowledge regarding anybody ever taking this

5    van to a service station in Union Springs for

6    any reason?

7         A.        No, sir.

8         Q.        Did anybody tell you about anybody

9    ever taking this van, either your father or

10   anyone else, taking this van to a service

11   station in Union Springs for any reason?

12        A.        No, sir.

13        Q.        Since this accident, have you had

14   any contact with anyone employed at Mays

15   Brothers?

16        A.        No, sir.

17        Q.        And you're not aware of any work

18   that Mays Brothers, Inc. ever performed on this

19   van?

20        A.        No, sir.

21             MR. TULEY:  That's all I've got.

22   Thank you.

23                    # # # # #

## FOSHEE & TURNER COURT REPORTERS

1                 C E R T I F I C A T E

2  STATE OF ALABAMA      )

3  COUNTY OF JEFFERSON  )

4

5              I hereby certify that the

6  above and foregoing proceeding was taken

7  down by me by stenographic means, and that

8  the content herein was produced in

9  transcript form by computer aid under my

10  supervision, and that the foregoing

11  represents, to the best of my ability, a

12  true and correct transcript of the

13  proceedings occurring on said date at said

14  time.

15              I further certify that I am

16  neither of counsel nor of kin to the

17  parties to the action; nor am I in anywise

18  interested in the result of said case.

19

20

21  __Belinda Brewster_____

22       Court Reporter and Commissioner

23