# EXHIBIT H

LEGALINK, A MERRILL COMPANY
Court Reporting * Legal Videography * Trial Services

Page 1

```
                IN THE CIRCUIT COURT OF
                 BULLOCK COUNTY, ALABAMA
HARRISON JOHNSON, JR.,      )
                            )
et al.,                     )          ORIGINAL
          Plaintiffs,       )
                            )
-vs-                        ) CIVIL ACTION NO.
                            )
BRIDGESTONE FIRESTONE       )    CV 05-111
                            )
NORTH AMERICAN TIRE,        )
                            )
LLC., et al.,               )
                            )
          Defendants.       )
```

S T I P U L A T I O N S

IT IS STIPULATED AND AGREED, by and between the parties through their respective counsel, that the deposition of:

FRANK E. JOHNSON, II,

may be taken before Belinda S. Brewster, Commissioner and Notary Public for the State of Alabama at Large, on the 17th day of March, 2006, commencing at approximately 11:45 a.m., at the law offices of Bradley, Arant, Rose & White, LLP, One Federal Place, 1819-5th Avenue North, Birmingham, Alabama; said deposition taken pursuant to the Alabama Rules of Civil

LEGALINK, A MERRILL COMPANY
Court Reporting * Legal Videography * Trial Services

Page 28

1  accident?
2  A. Like I said, I cannot be certain.
3  I can't give a specific date or a specific
4  instance.
5  Q. Have you ever seen -- I think I
6  asked you. Have you ever seen anybody else put
7  air in the tires?
8  A. No, I haven't.
9  Q. Have you ever seen anyone other
10 than your dad inspect the tires?
11 A. Other than my dad and myself, no.
12 Q. But you've never checked the tires
13 you said on this particular van?
14 A. That's correct. I've never checked
15 the tire pressure.
16 Q. Okay. And the last time that you
17 did a visual check of the tires was a year ago
18 on this van?
19 A. Roughly.
20 Q. Okay. A year ago before the
21 accident?
22 A. That's correct.
23 Q. I'm sorry. Did you ever see

LEGALINK, A MERRILL COMPANY
Court Reporting * Legal Videography * Trial Services

Page 29

1  anybody make any repairs to this vehicle?
2      A.   No, I haven't.
3      Q.   Are you aware of any repairs that
4  were made to this vehicle?
5      A.   No, not to my knowledge.
6      Q.   Did you ever see anybody do any
7  maintenance work on the vehicle other than your
8  dad, what your dad may have done?
9      A.   Not to my recollection.
10     Q.   Did you ever do any maintenance
11 work to this vehicle?
12     A.   No, I didn't.
13     Q.   Are you aware of anyone who may
14 have done maintenance work on the vehicle?
15     A.   Like I said, my father had a lot of
16 friends who are mechanics, but I cannot say with
17 any certainty that they worked on our vehicle.
18     Q.   Those automotive shops that you
19 mentioned that were -- that were owned by
20 friends of your dad, what are the names of those
21 places?
22     A.   I cannot even tell you.  I don't
23 know the names of them.

LEGALINK, A MERRILL COMPANY
Court Reporting * Legal Videography * Trial Services

Page 62

1  for a second?
2         MS. CANNON:  Yes.
3         (Whereupon, an off-the-record
4  discussion was held.)
5         MR. STRICKLAND:  They're going to
6  change gears on you.
7  EXAMINATION BY MR. KING:
8      Q.    Mr. Johnson, just a couple.  And
9  they're about Mays Brothers.  Have you ever been
10 there?
11     A.    No.
12     Q.    You were present at the deposition
13 in which your uncle talked about being -- going
14 on a trip where they stopped at Mays Brothers.
15 Do you recall that?
16     A.    I do.
17     Q.    Did you know anything about that
18 other than the fact that you heard about it at
19 that deposition?
20     A.    No, sir.
21     Q.    Do you have any information at all
22 that Mays Brothers had anything to do with this
23 accident?

LEGALINK, A MERRILL COMPANY
Court Reporting * Legal Videography * Trial Services

Page 63

```
 1        A.      I cannot be certain.
 2        Q.      Do you have any information at all
 3   about it?
 4        A.      No.
 5                MR. KING:  Thank you, sir.
 6                THE WITNESS:  You're welcome.
 7                MR. KING:  Thank you, Hope.
 8                MS. CANNON:  You're welcome.
 9                MR. PERRY:  Would this be a good
10   time to take a run-down-the-hallway break?
11                MR. STRICKLAND:  Yeah.  We'll take
12   a quick little break.
13                (Whereupon, the taking of the
14   deposition was recessed from approximately 12:44
15   p.m. to approximately 12:53 p.m., after which
16   the following proceedings were had and done:)
17   EXAMINATION BY MS. CANNON: (Continued)
18        Q.      Mr. Johnson, before the break when
19   I was asking you questions, we were talking
20   about your ankle.
21                And I don't know if I asked you
22   before, but can you describe the pain in your
23   ankle?  Is it like an ache, a sharp pain?
```

**FOSHEE & TURNER COURT REPORTERS**

1        C E R T I F I C A T E

2   STATE OF ALABAMA     )

3   COUNTY OF JEFFERSON  )

4

5           I hereby certify that the
6   above and foregoing proceeding was taken
7   down by me by stenographic means, and that
8   the content herein was produced in
9   transcript form by computer aid under my
10  supervision, and that the foregoing
11  represents, to the best of my ability, a
12  true and correct transcript of the
13  proceedings occurring on said date at said
14  time.
15          I further certify that I am
16  neither of counsel nor of kin to the
17  parties to the action; nor am I in anywise
18  interested in the result of said case.

19

20

21  _____*Belinda Brewster*_____

22          Court Reporter and Commissioner

23