# EXHIBIT I

IN THE CIRCUIT COURT FOR BULLOCK COUNTY, ALABAMA

| | |
|---|---|
| HARRISON JOHNSON, JR., et al., | * |
| Plaintiffs, | * |
| vs. | *   Case Number: CV-2005-111 |
| MAYS BROTHERS, INC., et al., | * |
| Defendants. | * |

## AFFIDAVIT OF DAVID MAY

BEFORE ME, _Trecy Bray_, a Notary Public in and for the State of Alabama at large, appeared DAVID MAY, who after being duly sworn, states as follows:

My name is David May. I am over the age of nineteen and I am a resident of Bullock County, Alabama. I am president of May Brothers, Inc. As president of May Brothers Inc., I have personal knowledge of the facts set out herein.

On or around October 8, 2005, May Brothers, Inc. was served with a lawsuit. The basis of the lawsuit was an accident involving a 1985 Chevrolet C-20 conversion van with Vin # 1GBEG25H5F7177613. It was further alleged that the van was brought to May Brothers, Inc. in June of 2003 for possible service work. I have no knowledge of the van in question ever having been brought to May Brothers, Inc. for inspection or work in June of 2003 or at any other time. I have also found no invoices, work orders, bills or other documents showing any work performed on the aforementioned vehicle. Finally, I have spoken with my manager and he also has no knowledge of the vehicle in question

having ever been brought to May Brothers Inc. prior to the date of the accident in question.

FURTHER AFFIANT SAITH NOT.

_____
DAVID MAY, Affiant

SWORN to and SUBSCRIBED before me
on this _27th_ day of _March_ 2006.

_____          /seal/
Notary Public
My commission expires: _June 4, 2009_