# EXHIBIT J

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| HARRISON JOHNSON, JR., et al., | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NUMBER: CV- |
| BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC, et al., | ) |
| Defendant. | ) |

## AFFIDAVIT OF WILLIAM TYLER ANDREWS

| | |
|---|---|
| STATE OF GEORGIA | ) |
| FRANKLIN COUNTY | ) |

1. My name is William "Tyler" Andrews. I am over the age of nineteen (19) years, am under no legal disabilities, and have personal knowledge of the matters set forth herein.

2. I have personal knowledge of the matters set forth in this affidavit.

3. I was the President of Tugaloo Sports Vans, Inc. ("Tugaloo"). I incorporated Tugaloo in 1986 as a Georgia corporation. Tugaloo was administratively dissolved by the Georgia Secretary of State in 1997 and has not been in business since that date.

4. Tugaloo never owned the 1985 conversion van, which is at the subject of Plaintiffs' lawsuit, described with VIN # 1GBEG25H5F&177613.

5. Tugaloo never performed any work, maintenance, or repairs to the subject vehicle.

6. Tugaloo never sold any conversion vans to O&M Motor Company, Inc.

7. I sent the attached letter to plaintiffs' counsel after receiving service of the complaint advising plaintiffs' counsel that Tugaloo is not a proper party to this suit.

FURTHER AFFIANT SAITH NOT.

*Tyler Andrews* (signature)
Tyler Andrews

STATE OF GEORGIA )
)
FRANKLIN COUNTY )

I, the undersigned authority, a notary public in and for said County and State, hereby certify that Tyler Andrews, whose name is signed to the foregoing document and who is known to me, acknowledged before me on this day that, being informed of the contents of the document, he executed the same voluntarily.

Given under my hand and official seal this 27th day of March 2006.

*Brenda D. Price* (signature)
NOTARY PUBLIC
My Commission Expires: 4/08/07