# EXHIBIT K

# Secretary of State
## Corporations Division
### 315 West Tower
### #2 Martin Luther King, Jr. Dr.
### Atlanta, Georgia 30334-1530

```
DOCKET NUMBER       : 060721252
CONTROL NUMBER      : J701770
DATE INC/AUTH/FILED : 11/05/1986
JURISDICTION        : GEORGIA
PRINT DATE          : 03/13/2006
FORM NUMBER         : 215
```

BRADLEY ARANT ROSE & WHITE
HOPE CANNON
1819 5TH AVE NORTH
BIRMINGHAM, AL  35203

### CERTIFIED COPY

I, Cathy Cox, the Secretary of State of the State of Georgia, do hereby certify under the seal of my office that the attached documents are true and correct copies of documents filed under the name of

**TUGALOO SPORTS VANS, INC.**
**A DOMESTIC PROFIT CORPORATION**

Said entity was formed in the jurisdiction set forth above and has filed in the Office of Secretary of State on the date set forth above its certificate of limited partnership, articles of incorporation, articles of association, articles of organization or application for certificate of authority to transact business in Georgia.

This certificate is issued pursuant to Title 14 of the Official Code of Georgia Annotated and is prima-facie evidence of the existence or nonexistence of the facts stated herein.



Cathy Cox
Secretary of State

# Secretary of State
## Corporations Division
## 315 West Tower
## #2 Martin Luther King, Jr. Dr.
## Atlanta, Georgia 30334-1530

```
DOCKET NUMBER  : 060721254
CONTROL NUMBER : J701770
DATE INC/AUTH  : 11/05/1986
JURISDICTION   : GEORGIA
DATE DISS/REV  : 07/06/1997
PRINT DATE     : 03/13/2006
FORM NUMBER    : 219
```

BRADLEY ARANT ROSE & WHITE
HOPE CANNON
1819 5TH AVE NORTH
BIRMINGHAM, AL  35203

## CERTIFICATE OF FACT

I, Cathy Cox, the Secretary of State of the State of Georgia, do hereby certify under the seal of my office that

**TUGALOO SPORTS VANS, INC.**
**A DOMESTIC PROFIT CORPORATION**

was mailed a notice in accordance with Title 14 of the Official Code of Georgia Annotated and was involuntarily or administratively dissolved or revoked by the Office of Secretary of State on the date stated above for failure to file its annual registration.

This certificate is issued pursuant to Title 14 of the Official Code of Georgia Annotated and is prima-facie evidence of the existence or nonexistence of the facts stated herein.



*[signature: Cathy Cox]*

Cathy Cox
Secretary of State