IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 MAR 31  A 11: 13

HARRISON JOHNSON, JR., et al.,  )
                                )
    Plaintiff,                  )
                                )
v.                              )   CIVIL ACTION NO. 2:06CV290-SRW
                                )
BRIDGESTONE FIRESTONE NORTH     )
AMERICAN TIRE, LLC, et al.,     )
                                )
    Defendant.                  )

## NOTICE OF CONSENT TO REMOVAL

**COMES NOW** the Defendant described as Phil Owens Used Cars, Inc. ("Phil Owens"), in the above styled-cause, by and through its attorney of record, William A. Mudd, and hereby files this notice of consent to removal and expressly consents to the petition of removal of this action styled, "Harrison Johnson, Jr., as Administrator of the Estate of Harrison Johnson, Sr.; Yvonne Johnson, as Administratrix of the Estate of Frank Ellis Johnson; Yvonne Johnson, individually; Joi Johnson; Frank Ellis Johnson, II; and Lizzie Johnson v. Bridgestone Firestone North American Tire, LLC; General Motors Corporation; Tugaloo Sports Vans, Inc.; Phil Owens Used Cars, Inc.; Maypole Chevrolet, Inc.; O&M Motor Co.; May Brothers, Inc.; Temple Products of Indiana, Inc.; TRW Vehicle Safety Systems, Inc. and/or TRW Automotive US, LLC; Bendix Commercial Vehicle Systems, LLC; et al., Circuit Court of Bullock County, Alabama; Civil Action No.: CV-05-111," from the Circuit Court of Bullock County, Alabama to the United States District Court for the Middle District of Alabama.

By filing this notice of consent to removal, Phil Owens does not submit itself to the personal jurisdiction of this Court or of any other Court sitting in the State of Alabama. To the contrary, Phil

1

Owens specifically hereby reserves all rights and defenses, including without limitation all defenses set forth pursuant to Rule 12(b) of the *Alabama and Federal Rules of Civil Procedure,* with respect to personal jurisdiction, sufficiency of process and service of process. Phil Owens, further adopts by reference all grounds for dismissal contained in and set forth in its motion to dismiss and motion to quash service of process previously filed in the Circuit Court of Bullock County, Alabama, on its behalf and in which, among other things, various Rule 12(b) defenses were asserted.

DATED this 30th day of March, 2006.

_____
William A. Mudd
Attorney Code No.
State      :   MUD001
Federal    :   ASB-4274-U79W
Attorney for Phil Owens Used Cars, Inc.

OF COUNSEL:

SADLER ♦ SULLIVAN, P.C.
2500 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203-5203
Tel:   (205) 326-4166
Fax:   (205) 324-3418

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the following by placing a copy of same in the United States mail, first class postage prepaid, on this the 31st day of March, 2006.

2

Hon. Edward P. Kendall
Hon. Michael G. Strickland
Blaine C. Stevens, Esq.
STRICKLAND & KENDALL, LLC
420 South Lawrence Street
P.O. Box 99
Montgomery, AL 3611-0099
(Fax No.: 334-269-3239)
**Attorney for Plaintiffs**

Hon. Louis C. Rutland
Hon. L. Cooper Rutland, Jr.
RUTLAND & BRASWELL
208 N. Prairie Street
P.O. Box 551
Union Springs, AL 36089-0551
(Fax No.: 334-738-4774)
**Attorney for Defendant TRW Vehicle Safety Systems, Inc.**

Hon. Hope T. Cannon
BRADLEY, ARANT, ROSE & WHITE, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
(Fax No.: 205-488-6722)
**Attorney for Defendant Bridgestone Firestone North American Tire**

Hon. M. Christian King
LIGHTFOOT, FRANKLIN & WHITE, LLC
400 20th Street North
Birmingham, AL 35203
(Fax No.: 205-581-0799)
**Attorney for Defendant General Motors Corporation**

Hon. Will R. Kelly
P.O. Drawer 937
Hayneville, AL 36040-0937
(Fax No.: 334-548-5118)
**Attorney for Plaintiffs**

Hon. Jack E. Little, Jr.
PILLSBURY, WINTHROP, SHAW & PITTMAN, LLP
2 Houston Center
909 Fannin, 22nd Floor
Houston, TX 77010
(Fax No.: 713-425-7373)
**Attorney for Defendant TRW Vehicle Safety Systems, Inc.**

Hon. Jay S. Tuley
NIX, HOLTSFORD, GILLILAND, HIGGINS & HITSON, P.C.
4001 Carmichael Road, Suite 300
P.O. Box 4128
Montgomery, AL 36103-4128
(Fax No.: 334-215-7101)
**Attorney for Defendant May Brothers, Inc.**

Hon. Ronald G. Davenport
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
184 Commerce Street
P.O. Box 270
Montgomery, AL 36101-0270
(Fax No.: 334-262-6277)
**Attorney for Defendant Temple Products of Indiana**

3

Hon. Larry W. Harper
Hon. Keith Pflaum
PORTERFIELD, HARPER, MILLS &
MOTLOW, P.A.
22 Inverness Center Parkway
P.O. Box 530790
Birmingham, AL 35253-0790
(Fax No.: 205-980-5001)
**Attorneys for Defendant Bendix Commercial Vehicle Systems, LLC**

Hon. Robert D. Hays
Hon. L. Frank Coan, Jr.
Hon. Robert J. Arrington, Jr.
KING & SPALDING, LLC
1180 Peachtree Street
Atlanta, GA 30309
(Fax No.: 404-572-5100)
**Attorneys for Defendant General Motors Corporation**

Hon. J. Kenneth Wainwright
HARVEY KRUSE, P.C.
1050 Wilshire Drive, Suite 320
Troy, MI 48084-1526
(Fax No.: 248-649-2316)

_____
OF COUNSEL