IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 MAR 31 A 11: 13

| | |
|---|---|
| HARRISON JOHNSON, JR., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 2:06CV290-SRW |
| ) | |
| BRIDGESTONE FIRESTONE NORTH ) | |
| AMERICAN TIRE, LLC, et al., ) | |
| ) | |
| Defendants. | |

## NOTICE OF CONSENT TO REMOVAL

COMES NOW Defendant, Maypole Chevrolet, Inc., by and through its undersigned attorney of record, and hereby files this notice of consent to removal and expressly consents to the removal of this action styled, "Harrison Johnson, Jr., as Administrator of the Estate of Harrison Johnson, Sr.; Yvonne Johnson, as Administratrix of the Estate of Frank Ellis Johnson; Yvonne Johnson, individually; Joi Johnson; Frank Ellis Johnson, II; and Lizzie Johnson v. Bridgestone Firestone North American Tire, LLC; General Motors Corporation; Tugaloo Sports Vans, Inc.; Phil Owens Used Cars, Inc.; Maypole Chevrolet, Inc.; O&M Motor Co.; May Brothers, Inc.; Temple Products of Indiana, Inc.; TRW Vehicle Safety Systems, Inc. and/or TRW Automotive US, LLC; Bendix Commercial Vehicle Systems, LLC; et al., Circuit Court of Bullock County, Alabama; Civil Action No.: CV-05-111," from the Circuit Court of Bullock County, Alabama to the United States District Court for the Middle District of Alabama. By filing this notice of consent to removal, Defendant Maypole Chevrolet does not submit itself to the personal jurisdiction of this Court or of any other Court sitting in the State of Alabama. Defendant Maypole Chevrolet hereby reserves

all rights and defenses, including without limitation all defenses set forth in Rule 12(b) of the *Federal Rules of Civil Procedure* with respect to personal jurisdiction, sufficiency of process and service of process. Maypole Chevrolet further reasserts and adopts by reference all grounds for dismissal contained in and set forth in its motion to dismiss and motion to quash service of process that was previously filed in the Circuit Court of Bullock County, Alabama, on or about November 9, 2005, and all briefs filed in support of said motion.

DATED this __31st__ day of __March__, 2006.

_____
ROGER S. MORROW (MOR032)
One of the Attorneys for Defendant
Maypole Chevrolet, Inc.

OF COUNSEL:
MORROW, ROMINE & PEARSON, P.C.
P.O. Box 4804
Montgomery, AL 36103-4804
Telephone: 334-262-7707
Facsimile: 334-262-7742

2

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the following by placing a copy of same in the United States mail, first class postage prepaid, and via facsimile transmission, on this the _31st_ day of __March__, 2006.

Hon. Edward P. Kendall
Hon. Michael G. Strickland
Blaine C. Stevens, Esq.
STRICKLAND & KENDALL, LLC
420 South Lawrence Street
P.O. Box 99
Montgomery, AL 3611-0099
(Fax No.: 334-269-3239)
**Attorney for Plaintiffs**

Hon. Will R. Kelly
P.O. Drawer 937
Hayneville, AL 36040-0937
(Fax No.: 334-548-5118)
**Attorney for Plaintiffs**

Hon. Louis C. Rutland
Hon. L. Cooper Rutland, Jr.
RUTLAND & BRASWELL
208 N. Prairie Street
P.O. Box 551
Union Springs, AL 36089-0551
(Fax No.: 334-738-4774)
**Attorney for Defendant TRW Vehicle Safety Systems, Inc.**

Hon. Jack E. Little, Jr.
PILLSBURY, WINTHROP, SHAW & PITTMAN, LLP
2 Houston Center
909 Fannin, 22nd Floor
Houston, TX 77010
(Fax No.: 713-425-7373)
**Attorney for Defendant TRW Vehicle Safety Systems, Inc.**

Hon. Hope T. Cannon
BRADLEY, ARANT, ROSE & WHITE, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
(Fax No.: 205-488-6722)
**Attorney for Defendant Bridgestone Firestone North American Tire**

Hon. Jay S. Tuley
NIX, HOLTSFORD, GILLILAND, HIGGINS & HITSON, P.C.
4001 Carmichael Road, Suite 300
P.O. Box 4128
Montgomery, AL 36103-4128
(Fax No.: 334-215-7101)
**Attorney for Defendant May Brothers, Inc.**

Hon. M. Christian King
LIGHTFOOT, FRANKLIN & WHITE, LLC
400 20th Street North
Birmingham, AL 35203
(Fax No.: 205-581-0799)
**Attorney for Defendant General Motors Corporation**

Hon. William A. Mudd
SADLER SULLIVAN
400 20th Street North, Suite 2500
Birmingham, AL 35203
(Fax No.: 205-263-7127)
**Attorney for Defendant Phil Owens Used Cars**

Hon. Larry W. Harper
Hon. Keith Pflaum
PORTERFIELD, HARPER, MILLS & MOTLOW, P.A.
22 Inverness Center Parkway
P.O. Box 530790
Birmingham, AL 35253-0790
(Fax No.: 205-980-5001)
**Attorneys for Defendant Bendix Commercial Vehicle Systems, LLC**

Hon. Ronald G. Davenport
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
184 Commerce Street
P.O. Box 270
Montgomery, AL 36101-0270
(Fax No.: 334-262-6277)
**Attorney for Defendant Temple Products of Indiana**

Hon. Robert D. Hays
Hon. L. Frank Coan, Jr.
Hon. Robert J. Arrington, Jr.
KING & SPALDING, LLC
1180 Peachtree Street
Atlanta, GA 30309
(Fax No.: 404-572-5100)
**Attorneys for Defendant General Motors Corporation**

Hon. J. Kenneth Wainwright
HARVEY KRUSE, P.C.
1050 Wilshire Drive, Suite 320
Troy, MI 48084-1526
(Fax No.: 248-649-2316)

_____
OF COUNSEL