IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

RECEIVED

2006 MAR 31 A 11: 12

HARRISON JOHNSON, JR., et al.,

Plaintiff,

v.

BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC, et al.,

Defendant.

CIVIL ACTION NUMBER: CV-05-111

2:06CV290-SRW

**NOTICE OF FILING OF NOTICE OF REMOVAL**

Pursuant to 28 USC § 1446(d), Bridgestone Firestone North American Tire, LLC; General Motors Corporation; TRW Vehicle Safety Systems, Inc.; TRW Automotive U.S. LLC; and Bendix Commercial Vehicle Systems, LLC (hereinafter "Defendants"), hereby give notice to the Circuit Court of Bullock County, Alabama, and to Edward P. Kendall, Esq., Michael G. Strickland, Esq., Blaine C. Stevens, Esq. and Will R. Kelly, Esq., as attorneys for plaintiffs, these plaintiffs being the only adverse parties, that Defendants filed a Notice of Removal with the United States District Court for the Middle District of Alabama, Northern Division, and that this case has been removed to that Court. Attached is a copy of this Notice of Removal.

One of the Attorneys for Defendant
Bridgestone Firestone North American Tire, LLC

OF COUNSEL:

Brittin T. Coleman
Kenneth M. Perry
Hope T. Cannon
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104

Chris King / w/perm

One of the Attorneys for Defendant
General Motors Corporation

OF COUNSEL:

M. Christian King, Esq.
Lightfoot, Franklin & White
400 20th Street North
Birmingham, AL 35203

Robert D. Hays, Esq.
L. Frank Coan, Jr., Esq.
Robert L. Arrington, Jr., Esq.
King & Spalding, LLP
1180 Peachtree Street
Atlanta, GA 30309-3521

Keith Pflaum / w/perm

One of the Attorneys for Defendant
Bendix Commercial Vehicle Systems, LLC

OF COUNSEL:

Larry W. Harper, Esq.
Keith J. Pflaum, Esq.
Porterfield, Harper, Mills & Motlow, P.A.
22 Inverness Center Parkway
Birmingham, AL 35242-4821

Jack Little, w/permission

One of the Attorneys for Defendant
TRW Vehicle Safety Systems, Inc. and
TRW Automotive US LLC

OF COUNSEL:

Jack E. Little, Jr.
Pillsbury Winthrop Shaw Pittman LLP
Two Houston Center
909 Fannin 22nd Floor
Houston, Texas 77010

**CERTIFICATE OF SERVICE**

I hereby certify that I have this date served the above and foregoing document on the following

**Attorneys for Plaintiffs:**
Edward P. Kendall, Esq.
Michael G. Strickland, Esq.
Blaine C. Stevens, Esq.
Strickland And Kendall, LLC
420 South Lawrence Street
Post Office Box 99
Montgomery, AL 36101-0099

Will R. Kelly, Esq.
P.O. Drawer 937
Hayneville, AL 36040-0937

**Attorneys for Maypole Chevrolet, Inc.:**
Roger S. Morrow, Esq.
Morrow, Romine & Pearson, P.C.
P.O. Box 4804
Montgomery, AL 36103-4804

Tugoloo Sports Vans, Inc.
c/o William Tyler Andrews
12 Joe Harvey Street
Lavonia, GA 30553

**Attorneys for May Brothers, Inc.:**
Jay S. Tuley, Esq.
Nix, Holtsford, Gilliland,
Higgins & Hitson, P.C.
Post Office Box 4128
Montgomery, AL 36103-4128

**Attorneys for Phil Owens Used Cars, Inc.**
William A. Mudd, Esq.
Sadler & Sullivan PC
2500 Wachovia Tower
420 North 20th Street
Birmingham, AL 35203-5203

O & M Motor Company
c/o Herman A. Donaldson
192 Willow Beach Road
Ellerslie, GA 31807

by directing a copy of same to their respective offices through the United States mail, postage prepaid, on this the 31st day of March 2006.

OF COUNSEL