IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2006 APR -7 A 9 41

HARRISON JOHNSON, JR., et al.,        )

    Plaintiffs,        )

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

v.        )        CIVIL ACTION NO.: 2:06CV290-SRW

            )

BRIDGESTONE FIRESTONE NORTH        )
AMERICAN TIRE, LLC, et al.,        )

            )

    Defendants.

## DEFENDANT MAYPOLE CHEVROLET, INC.'S SPECIAL APPEARANCE FOR THE LIMITED PURPOSE OF FILING A MOTION TO DISMISS AND MOTION TO QUASH SERVICE OF PROCESS TO CHALLENGE *IN PERSONAM* JURISDICTION OVER THIS DEFENDANT

**COMES NOW** the Georgia corporation, Maypole Chevrolet, Inc. (hereinafter

"Maypole Chevrolet"), appearing specially and specifically without submitting to the

jurisdiction of this Court, and again files its motion to dismiss Defendant Maypole Chevrolet

as a party defendant to this action on the grounds that this Court does not have personal

jurisdiction over Defendant Maypole Chevrolet. Defendant Maypole Chevrolet further

moves the Court to quash Plaintiff's attempt to serve Maypole Chevrolet with a copy of the

summons and complaint because the Court does not have jurisdiction over Maypole

Chevrolet. Defendant Maypole Chevrolet adopts by reference its motion to dismiss filed

in the Circuit Court of Bullock County, Alabama, on November 9, 2005, a copy of which is

attached as Exhibit "1" and which was not ruled upon. Defendant Maypole Chevrolet sets

forth the following grounds in support of this motion, to-wit:

    1.        Defendant Maypole Chevrolet is a Georgia corporation that was incorporated

in the State of Georgia on August 3, 1971. Maypole Chevrolet does not do business in the

State of Alabama and does not have minimum contacts with the State of Alabama that subjects it to suit in the State of Alabama. See Rules 4(h) and 12(b)(2), *Federal Rules of Civil Procedure*. See, International Shoe Co. v. Washington, 326 U.S. 310 (1945); World-Wide Volkswagen Corp. v. Woodson, 444 U.S. 286 (1980), and their progeny based on the due process protections under the Fourteenth Amendment. See also, Ex parte Troncalli Chrysler Plymouth Dodge, Inc., 876 So.2d 459 (Ala. 2003); Sudduth v. Howard, 646 So.2d 664, 667 (Ala. 1994).

2.    Defendant Maypole Chevrolet adopts by reference the affidavit of Judd Worley, its General Manager, that proves that Maypole Chevrolet is not subject to suit in the State of Alabama, a copy of which is attached hereto as Exhibit "A" to Exhibit "1" to this motion.

3.    Due to this Court's lack of *in personam* jurisdiction over Maypole Chevrolet, this Defendant was not subject to service of process pursuant to Rule 4 of the *Federal Rules of Civil Procedure*, and the service of process attempted on Maypole Chevrolet is due to be quashed pursuant to Rule 12(b)(4) and (5) of the *Federal Rules of Civil Procedure*.

4.    Defendant Maypole Chevrolet is due to be dismissed for lack of jurisdiction over the person pursuant to Rule 12(b)(2) of the *Federal Rules of Civil Procedure*.

5.    Alternatively, the Complaint fails to state a cause of action against Defendant Maypole Chevrolet upon which relief may granted, and the Complaint shows on its face that this Court does not have jurisdiction over Defendant Maypole Chevrolet.

6.    Defendant Maypole Chevrolet adopts by reference as Exhibits "2" and "3" the

2

briefs previously filed by this Defendant in the Circuit Court of Bullock County, Alabama.

7.     Alternatively, venue of this action is improper as to Defendant Maypole Chevrolet, and the case should be dismissed with leave for Plaintiffs to file the action in the State of Georgia.

**WHEREFORE, THESE PREMISES CONSIDERED**, Defendant Maypole Chevrolet, Inc., specially appears before this Court, without submitting to the jurisdiction of this Court, and moves this Honorable Court to dismiss Defendant Maypole Chevrolet, Inc., from this lawsuit.

**RESPECTFULLY SUBMITTED** this the _7th_ day of _April_ , 2006.

**ROGER S. MORROW (MOR032)**
**ATTORNEY FOR DEFENDANT**
**MAYPOLE CHEVROLET, INC.**

**OF COUNSEL:**
**MORROW, ROMINE & PEARSON, P.C.**
**P.O. Box 4804**
**Montgomery, AL 36103-4804**
**Telephone:  334-262-7707**
**Facsimile:   334-262-7742**

3

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the following by placing a copy of same in the United States mail, first class postage prepaid; on this the 1th day of _Aprel_, 2006.

Hon. Edward P. Kendall
Hon. Michael G. Strickland
Blaine C. Stevens, Esq.
STRICKLAND & KENDALL, LLC
420 South Lawrence Street
P.O. Box 99
Montgomery, AL 3611-0099
**Attorney for Plaintiffs**

Hon. Louis C. Rutland
Hon. L. Cooper Rutland, Jr.
RUTLAND & BRASWELL
208 N. Prairie Street
P.O. Box 551
Union Springs, AL 36089-0551
(Facsimile No.: 334-738-4774)
**Attorney for Defendant TRW Vehicle**
**Safety Systems, Inc.**

Hon. Hope T. Cannon
BRADLEY, ARANT, ROSE & WHITE, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
**Attorney for Defendant Bridgestone**
**Firestone North American Tire**

Hon. M. Christian King
LIGHTFOOT, FRANKLIN & WHITE, LLC
400 20th Street North
Birmingham, AL 35203
**Attorney for Defendant General Motors**
**Corporation**

Hon. Will R. Kelly
P.O. Drawer 937
Hayneville, AL 36040-0937
(Facsimile No.: 334-548-5118)

Hon. Jack E. Little, Jr.
PILLSBURY, WINTHROP, SHAW &
PITTMAN, LLP
2 Houston Center
909 Fannin, 22nd Floor
Houston, TX 77010
(Facsimile No.: 713-425-7373)
**Attorney for Defendant TRW Vehicle**
**Safety Systems, Inc.**

Hon. Jay S. Tuley
NIX, HOLTSFORD, GILLILAND,
HIGGINS & HITSON, P.C.
4001 Carmichael Road, Suite 300
P.O. Box 4128
Montgomery, AL 36103-4128
**Attorney for Defendant May Brothers,**
**Inc.**

Hon. Ronald G. Davenport
RUSHTON, STAKELY, JOHNSTON &
GARRETT, P.A.
184 Commerce Street
P.O. Box 270
Montgomery, AL 36101-0270
**Attorney for Defendant Temple**
**Products of Indiana**

4

Hon. William A. Mudd
SADLER SULLIVAN
400 20th Street North, Suite 2500
Birmingham, AL 35203
**Attorney for Defendant Phil Owens**
**Used Cars**


Hon. Larry W. Harper
Hon. Keith Pflaum
PORTERFIELD, HARPER, MILLS &
MOTLOW, P.A.
22 Inverness Center Parkway
P.O. Box 530790
Birmingham, AL 35253-0790
**Attorneys for Defendant Bendix**
**Commercial Vehicle Systems, LLC**

Hon. Robert D. Hays
Hon. L. Frank Coan, Jr.
Hon. Robert J. Arrington, Jr.
KING & SPALDING, LLC
1180 Peachtree Street
Atlanta, GA 30309
**Attorneys for Defendant General**
**Motors Corporation**

Hon. J. Kenneth Wainwright
HARVEY KRUSE, P.C.
1050 Wilshire Drive, Suite 320
Troy, MI 48084-1526

**OF COUNSEL**

5