IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

FILED IN OFFICE
NOV 09 2005
CLERK-REGISTER, BULLOCK CO., ALA.

| | |
|---|---|
| HARRISON JOHNSON, JR., as Administrator of the Estate of Harrison Johnson, Sr.; YVONNE JOHNSON, as Administratrix of the Estate of Frank Ellis Johnson; YVONNE JOHNSON, individually; JOI JOHNSON; FRANK ELLIS JOHNSON, II; and LIZZIE JOHNSON,<br><br>Plaintiffs,<br><br>v.<br><br>BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC; GENERAL MOTORS CORPORATION; TUGALOO SPORTS VANS, INC.; PHIL OWENS USED CARS, INC.; MAYPOLE CHEVROLET, INC.; O&M MOTOR CO.; MAY BROTHERS, INC.; TEMPLE PRODUCTS OF INDIANA, INC.; TRW VEHICLE SAFETY SYSTEMS, INC. AND/OR TRW AUTOMOTIVE U.S., LLC; BENDIX COMMERCIAL VEHICLE SYSTEMS, LLC; et al.,<br><br>Defendants. | CIVIL ACTION NO.: CV-05-111<br><br><br><br>ORAL ARGUMENT REQUESTED. |

## DEFENDANT MAYPOLE CHEVROLET, INC.'S MOTION TO DISMISS AND MOTION TO QUASH SERVICE OF PROCESS

COMES NOW the Georgia corporation, Maypole Chevrolet, Inc. (hereinafter "Maypole Chevrolet"), appearing specially and specifically without submitting to the jurisdiction of this Court, and respectfully requests this Court to dismiss Maypole Chevrolet as a party Defendant to this action on the grounds that this Court does not have personal jurisdiction over Defendant Maypole Chevrolet. Defendant Maypole Chevrolet further moves the Court to quash Plaintiffs' attempt to serve Maypole Chevrolet with a copy of the


EXHIBIT 1

summons and complaint because the Court does not have jurisdiction over Maypole Chevrolet. Defendant Maypole Chevrolet sets forth the following grounds in support of this motion, to-wit:

1. Defendant Maypole Chevrolet is a Georgia corporation that was incorporated in the State of Georgia on August 3, 1971. Maypole Chevrolet does not do business in the State of Alabama and does not have minimum contacts with the State of Alabama that subjects it to suit in the State of Alabama. See Rules 4.2(b) and 12(b)(2), *Alabama Rules of Civil Procedure*.

2. Defendant Maypole Chevrolet adopts by reference the affidavit of Judd Worley, its General Manager, that proves that Maypole Chevrolet is not subject to suit in the State of Alabama, a copy of which is attached hereto as "Exhibit A."

3. Due to this Court's lack of jurisdiction over Maypole Chevrolet, this Defendant was not subject to service of process pursuant to Rule 4 of the *Alabama Rules of Civil Procedure*, and the service of process attempted on Maypole Chevrolet is due to be quashed pursuant to Rule 12(b)(4) and (5) of the *Alabama Rules of Civil Procedure*.

4. Defendant Maypole Chevrolet is due to be dismissed for lack of jurisdiction over the person pursuant to Rule 12(b)(2) of the *Alabama Rules of Civil Procedure*.

5. Alternatively, the Complaint fails to state a cause of action against Defendant Maypole Chevrolet upon which relief may granted and the Complaint shows on its face that this Court does not have jurisdiction over Defendant Maypole Chevrolet.

5. Alternatively, venue of this action is improper as to Defendant Maypole Chevrolet, and the case should be dismissed with leave for Plaintiff to file the action in the State of Georgia.

WHEREFORE, THESE PREMISES CONSIDERED, Defendant Maypole Chevrolet, specially appears before this Court, without submitting to the jurisdiction of this Court, and moves this Honorable Court to dismiss this action as to Defendant Maypole Chevrolet, Inc.

RESPECTFULLY SUBMITTED this the 8th day of November, 2005.

_____
ROGER S. MORROW (MOR032)
Attorney for Defendant Maypole Chevrolet, Inc.

OF COUNSEL:
MORROW, ROMINE & PEARSON, P.C.
P.O. Box 4804
Montgomery, AL 36103-4804
Telephone: 334-262-7707
Facsimile: 334-262-7742

ORAL ARGUMENT REQUESTED ON THIS MOTION.

_____
OF COUNSEL

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the following by placing a copy of same in the United States mail, first class postage prepaid, and via facsimile transmission, on this the 8th day of November, 2005.

Hon. Edward P. Kendall
Hon. Michael G. Strickland
Hon. Blaine C. Stevens
STRICKLAND & KENDALL, LLC
420 South Lawrence Street
P.O. Box 99
Montgomery, AL 3611-0099
(Fax No.: 334-269-3239)
**Attorney for Plaintiffs**

Hon. Louis C. Rutland
Hon. L. Cooper Rutland, Jr.
RUTLAND & BRASWELL
208 N. Prairie Street
P.O. Box 551
Union Springs, AL 35089-0551
(Fax No.: 334-738-4774)
**Attorney for Defendant TRW Vehicle Safety Systems, Inc.**

Hon. Will R. Kelly
P.O. Drawer 937
Hayneville, AL 36040-0937
(Fax No.: 334-548-5118)
**Attorney for Plaintiffs**

_____
OF COUNSEL

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

| | |
|---|---|
| HARRISON JOHNSON, JR., as Administrator of the Estate of Harrison Johnson, Sr.; YVONNE JOHNSON, as Administratrix of the Estate of Frank Ellis Johnson; YVONNE JOHNSON, individually; JOI JOHNSON; FRANK ELLIS JOHNSON, II; and LIZZIE JOHNSON, <br><br>Plaintiffs, <br><br>v. <br><br>MAYPOLE CHEVROLET, INC.; et al., <br><br>Defendants. | CIVIL ACTION NO.: CV-05-111 |

### AFFIDAVIT OF JUDD WORLEY

STATE OF GEORGIA  )
COUNTY OF STEPHENS )

BEFORE ME, Connie Garrison, Notary Public in and for said county and state, personally appeared Judd Worley, General Manager of Maypole Chevrolet, Inc., who is known to me, and who, after first being duly sworn, did state as follows:

1. My name is Judd Worley, and I am over the age of 21 years. I am a resident of the State of Georgia, and I execute this affidavit for the purpose of filing in the above-styled lawsuit.

2. I base this affidavit on my personal review and examination of the corporate and business records of Maypole Chevrolet, Inc. (hereinafter sometimes referred to "Maypole Chevrolet"), and based on my knowledge of the business practices and history of Maypole Chevrolet. I am the General Manager of Maypole Chevrolet,


EXHIBIT A

Inc., and I am custodian of dealership records. I have been employed by Maypole Chevrolet for a total of approximately six (6) years, with a gap in employment from 2000 to 2002. I am authorized to sign this affidavit on behalf of Maypole Chevrolet. I have personal knowledge of the facts contained in this affidavit based on my examination of the business records of Maypole Chevrolet, on my examination of certain title records from the Alabama Department of Revenue, Motor Vehicle Division, and because I am General Manager of Maypole Chevrolet.

     3.    Attached to this Affidavit as "Exhibit 1" is a true and correct copy of the title history and title for a 1985 Chevrolet CG21305 GM Van, VIN: 1GBEG25H5F7177613, as maintained by the Alabama Department of Revenue, Motor Vehicle Division. According to the title history and records maintained by the Alabama Department of Revenue, Motor Vehicle Division, ownership of the 1985 Chevrolet CG21305 GM Van, VIN: 1GBEG25H5F7177613, was conveyed to Defendant Maypole Chevrolet by General Motors Corporation in the State of Georgia by "Certificate of Origin" on or about May 2, 1985. The title documents further indicate that ownership of the GM Van and "Certificate of Origin" was conveyed to Phil Owen's Used Cars on or about May 8, 2005, in the State of Georgia, and the vehicle had an odometer reading of 3 miles. The complete title history of the vehicle, including subsequent ownership transfers, is attached hereto as "Exhibit 1."

     4.    I have made a due and diligent search of the records of Maypole Chevrolet, and Maypole Chevrolet does not have any records evidencing or relating to the sale or service of the before described 1985 Chevrolet Van, VIN:

1GBEG25H5F7177613, at issue in this case. The normal and customary records retention policy of Maypole Chevrolet requires the retention of sales and service records pertaining to vehicles for a period of seven (7) years, after which sales and service records are routinely destroyed. The sale of the 1985 GM Van in question by Maypole Chevrolet occurred more than 20 years ago, and any records that may have been in the possession of Maypole Chevrolet concerning the sale of the GM Van in question were destroyed pursuant to the usual and customary record retention policy of Maypole Chevrolet. However, the Alabama title history clearly shows that any sale of the vehicle took place in the State of Georgia and not in the State of Alabama. Furthermore, Maypole Chevrolet never sold the van to Harrison Johnson, Jr., Harrison Johnson, Sr., Yvonne Johnson, Frank Ellis Johnson, II, Lizzie Johnson or any other Plaintiff named in the above-referenced lawsuit.

5. Maypole Chevrolet is a Georgia corporation with its principal and sole place of business in the State of Georgia. Maypole Chevrolet is not incorporated in and does not have its principal place of business in the State of Alabama. Maypole Chevrolet, Inc., has never been registered to do business in the State of Alabama, and the dealership does not do business in the State of Alabama. A copy Maypole Chevrolet, Inc.'s Certificate of Incorporation from the office of the Secretary of State of the State of Georgia is attached hereto as "Exhibit 2."

6. As stated above, Maypole Chevrolet is a Georgia corporation with its principal and sole place of business located in Toccoa, Georgia, which is very near South Carolina's border with Georgia. Maypole Chevrolet is not incorporated in the

3

State of Alabama. Maypole Chevrolet has never sold vehicles or otherwise transacted business in the State of Alabama. Maypole Chevrolet has never engaged in supplying services or goods in the State of Alabama. Maypole Chevrolet has never done business in, or solicited business in the State of Alabama. Maypole Chevrolet does not advertise its goods or services in the State of Alabama or engage in any other activity of any nature whatsoever in the State of Alabama. Maypole Chevrolet does not own any real or personal property located in the State of Alabama. Maypole Chevrolet has never been registered to do business or authorized to do business in the State of Alabama. Maypole Chevrolet does not solicit business or engage in any other persistent course of conduct or business in the State of Alabama. Maypole Chevrolet does not derive substantial revenue from goods used or consumed in the State of Alabama or from services rendered in the State of Alabama. Maypole Chevrolet has never maintained an office or agents in the State of Alabama.

7.  Maypole Chevrolet did not sell the 1985 GM Van at issue in this case in the State of Alabama, and it has never made any repairs or performed any service related to said van in the State of Alabama because it has never maintained a location, employees or agents in the State of Alabama. All witnesses who Maypole Chevrolet would expect to call at a trial of this action reside in the State of Georgia.

8.  The GM vehicle which is the subject of the above-styled lawsuit was manufactured outside the State of Alabama and traveled in interstate commerce prior to the sale by Maypole Chevrolet. The vehicle was manufactured by General Motors Corporation, and the vehicle was subsequently shipped to the State of Georgia as

4

shown by "Exhibit 1."

9. I have read the above and foregoing affidavit of five (4) pages, including the signature page, and I certify that the facts contained herein are true and correct based on my personal knowledge, my personal examination and review of the business records of Maypole Chevrolet, Inc., and my personal examination and review of the attached title records from the Alabama Department of Revenue, Motor Vehicle Division.

Further Affiant saith not.

_____
JUDD WORLEY, General Manager of Maypole Chevrolet, Inc.

**STATE OF GEORGIA   )**
**COUNTY OF STEPHENS )**

Sworn to and subscribed to before me this the 7th day of November, 2005.

_____
Notary Public
(SEAL)                My Commission Expires: MY COMMISSION EXPIRES 4/17/06

5

```
11:47:29 Wed Nov 02, 2005
                              STATE OF ALABAMA
                            DEPARTMENT OF REVENUE
                       MOTOR VEHICLE DIVISION: TITLE SECTION
       FUNCTION: _ (I/U/A/D)    TITLE#: 05994413
       ------------------------------------------------------------------
         TRANS CODE: 01    ISSUE DATE: 07 19 1985    LEGENDS: _ _ _ _
       ------------------------------------------------------------------
       VEHICLE-- VIN#:  1GBEG25H5F7177613  DUP CODE: _  MAKE: CHEVROL  YEAR: 1985
                 MODEL: C20       BODY: VA  P.A.T.#: ____  CYL: 08  N/U/R/D: N
                 PUR DATE: 06 03 1985  #LIENS: 1  COLOR: ____  ODOMETER: 0000000
       ------------------------------------------------------------------
       OWNER----- NAME: JOHNSON FRANK E          ADD: 3213 S PERRY ST
                  CITY: MONTG AL                 ST: __ ZIP: 00000
       ------------------------------------------------------------------
       OPERATOR-- NAME: _____   ADD: _____
                  CITY: _____         ST: __ ZIP: _____
       ------------------------------------------------------------------
       MAIL TO    NAME: _____   ADD: _____
       ADDRESS--- CITY: _____         ST: __ ZIP: _____
       ------------------------------------------------------------------
       DA NBR: ___ - _____ - _
       _    1GBEG25H5F7178194      NEXT VIN # ON FILE
```

CERTIFICATION: It is hereby certified that this document is a true and correct:
___ Microfilm Copy ___ Photostatic Reproduction
_X_ Computer Print Out of a record duly recorded in the Motor Vehicle Division. This ____ day of
NOV 02 2005   20____.
OFFICIAL: Attest _____
Alabama Department of Revenue

EXHIBIT 1

# ALABAMA DEPARTMENT OF REVENUE

**05994413**
TITLE NUMBER

**6667127**
APPLICATION NUMBER

APPLICATION MVT 5-1 R 8-78

MOTOR VEHICLE & LICENSE DIVISION — TITLE SECTION
P.O. BOX 1331    MONTGOMERY, ALABAMA 36102

## VEHICLE INFORMATION

| TYPE TRANSACTION | TRANS CODE | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| 01-FIRST TITLE    04-FILING OF LIEN<br>02-REPLACEMENT TITLE    05-RELEASE OF LIEN<br>03-TITLE TRANSFER    06-CORRECTION | 01 | 1GBEG25H5F7177613 |

| MAKE | YR MODEL | MODEL | BODY TYPE | PREVIOUS ALABAMA TITLE NUMBER |
|---|---|---|---|---|
| Chevrolet | 1985 | C-20 | Van | |

| CYLINDERS | NEW | USED | DEMO | DATE OF PURCHASE | NO LIENS | COLOR | ODOMETER READING |
|---|---|---|---|---|---|---|---|
| 8 | x | | | 6/3/85 | 1 | | 121 |

## OWNER INFORMATION

NAME: Frank E. Johnson
MAILING ADDRESS: 3213 South Perry St.
CITY: Montgomery    STATE: Al.    ZIP: 36105

ALABAMA RESIDENT ADDRESS IF DIFFERENT FROM ABOVE.
COUNTY

## LIENHOLDER INFORMATION

FIRST LIENHOLDER
LIEN DATE → 6/3/85

NAME: Maxwell Gunter Credit Union
ADDRESS: 400 Eastdale CS 17930
CITY: Montgomery    STATE: Al.    ZIP: 36193

FELONY OFFENSE FOR FAILURE TO NAME LIENHOLDER WITH INTENT TO DEFRAUD.

SECOND LIENHOLDER
LIEN DATE →
NAME:
ADDRESS:
CITY:    STATE:    ZIP:

## OTHER INFORMATION

NAME OF SELLER
NAME: O & M Motor Co.
ADDRESS: 1433 Manchester Exp.
CITY: Columbus, Ga.    STATE:    ZIP: 31904

1. THE UNDERSIGNED, CERTIFY THAT THE VEHICLE DESCRIBED ABOVE IS OWNED BY ME AND I HEREBY MAKE APPLICATION FOR A CERTIFICATE OF TITLE FOR SAID MOTOR VEHICLE AND THIS VEHICLE WILL NOT BE THE SUBJECT OF LIEN PRIOR TO RECEIPT OF TITLE UNLESS INDICATED ABOVE. I FURTHER CERTIFY THAT ALL INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

OWNER'S SIGNATURE(S): *Frank E Johnson*
(PERSONALLY SIGNED BY EACH OWNER (IN INK) OR AUTHORIZED REPRESENTATIVE OF FIRM)

I HEREBY CERTIFY THAT THE ABOVE DESCRIBED VEHICLE HAS BEEN PHYSICALLY INSPECTED BY ME AND THAT THE V.I.N. AND DESCRIPTIVE DATA SHOWN ON THIS APPLICATION ARE CORRECT AND FURTHER, I IDENTIFIED THE PERSON SIGNING THE APPLICATION AND WITNESSED HIS SIGNATURE.

Trust Co. Bank of Cols NA
DESIGNATED AGENT                BY *[signature]* AUTHORIZED SIGNATURE

DESIGNATED AGENT NO: 68-14-01        DATE: 6-5-19 85

## APPLICATION FOR CERTIFICATE OF TITLE

APPROVED BY:

RECEIVED

JUL 01 '05

Department of Revenue
Legal Division
Montgomery 6



# CERTIFICATE OF ORIGIN FOR A VEHICLE

DATE: 05/02/85
INVOICE NO.: 1A018377241

VEHICLE IDENTIFICATION NO.: 1GBEG25H5F7177613
YEAR: 1985
MAKE: CHEVROLET

BODY TYPE: CHEVY VAN
SHIPPING WEIGHT: 4119

H.P. (S.A.E.): 44.6
G.V.W.R: 6600
NO CYLS: 08
SERIES OR MODEL: CG21305

H.T.R.: 3/4 TON
S.D.C.W.: 2373
CAPACITY: N/A
H.P. (J245): 160

I, the undersigned authorized representative of the company, firm or corporation named below, hereby certify that the new vehicle described above is the property of the said company, firm or corporation and is transferred on the above date and under the Invoice Number indicated to the following distributor or dealer.

NAME OF DISTRIBUTOR, DEALER ETC.

MAYPOLE CHEVROLET, INC.
HWY 17 SOUTH PO BX 1223
TOCCOA   GA   30577-1223

It is further certified that this was the first transfer of such new motor vehicle in ordinary trade and commerce.

CHEVROLET MOTOR DIVISION
GENERAL MOTORS CORPORATION

G65058177

02538

BY: _____
(SIGNATURE OF AUTHORIZED REPRESENTATIVE)

30007 VAN DYKE, WARREN, MI 48090
CITY - STATE

FOR VALUE RECEIVED, I THE UNDERSIGNED, TRANSFER THE VEHICLE DESCRIBED ON THE FACE OF THIS CERTIFICATE TO

NAME OF PURCHASER(S): PHIL OWENS USED CARS
ADDRESS: P.O. BOX 489 LAVONIA GA 30553

AND CERTIFY TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF UNDER PENALTY OF LAW THAT THE VEHICLE IS NEW AND HAS NOT BEEN REGISTERED IN THIS OR ANY STATE AND AT THE TIME OF DELIVERY THE VEHICLE WAS SUBJECT TO THE FOLLOWING SECURITY INTERESTS AND NONE OTHER AND WARRANT TITLE TO THE VEHICLE.

FEDERAL REGULATIONS REQUIRE YOU TO STATE THE ODOMETER MILEAGE UPON TRANSFER OF OWNERSHIP

I certify to the best of my knowledge that the odometer reading is _____ and reflects the actual mileage of the vehicle unless one of the following statements is checked ☐ 1 The amount of mileage stated is in excess of 99,999 or ☐ 2 The odometer reading is not the actual mileage

AMOUNT OF LIEN   DATE OF LIEN   KIND OF LIEN   IN FAVOR OF

LIENHOLDER'S ADDRESS DEALER: MAYPOLE CHEVROLET, INC. 205
State of: GA
County of: STEPHENS

Date: 05-08-85

USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION
MY COMMISSION EXPIRES MAR. 31, 1989

---

FOR VALUE RECEIVED, I THE UNDERSIGNED, TRANSFER THE VEHICLE DESCRIBED ON THE FACE OF THIS CERTIFICATE TO

NAME OF PURCHASER(S): O & M Motor Co.
ADDRESS: 1433 Manchester Exp., Columbus, Ga. 31904

AND CERTIFY TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF UNDER PENALTY OF LAW THAT THE VEHICLE IS NEW AND HAS NOT BEEN REGISTERED IN THIS OR ANY STATE AND AT THE TIME OF DELIVERY THE VEHICLE WAS SUBJECT TO THE FOLLOWING SECURITY INTERESTS AND NONE OTHER AND WARRANT TITLE TO THE VEHICLE.

FEDERAL REGULATIONS REQUIRE YOU TO STATE THE ODOMETER MILEAGE UPON TRANSFER OF OWNERSHIP

I certify to the best of my knowledge that the odometer reading is 12 _____ and reflects the actual mileage of the vehicle unless one of the following statements is checked ☐ 1 The amount of mileage stated is in excess of 99,999 or ☐ 2 The odometer reading is not the actual mileage

AMOUNT OF LIEN   DATE OF LIEN   KIND OF LIEN   IN FAVOR OF

LIENHOLDER'S ADDRESS DEALER: Phil Owens U/C
State of: Ga.
County of: Franklin

Date: May __, 19 85
Title: Pres.

USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

---

FOR VALUE RECEIVED, I THE UNDERSIGNED, TRANSFER THE VEHICLE DESCRIBED ON THE FACE OF THIS CERTIFICATE TO

NAME OF PURCHASER(S): Frank E. Johnson
ADDRESS: 3213 South Perry St., Montgomery, AL. 36105

AND CERTIFY TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF UNDER PENALTY OF LAW THAT THE VEHICLE IS NEW AND HAS NOT BEEN REGISTERED IN THIS OR ANY STATE AND AT THE TIME OF DELIVERY THE VEHICLE WAS SUBJECT TO THE FOLLOWING SECURITY INTERESTS AND NONE OTHER AND WARRANT TITLE TO THE VEHICLE.

FEDERAL REGULATIONS REQUIRE YOU TO STATE THE ODOMETER MILEAGE UPON TRANSFER OF OWNERSHIP

RECEIVED

I certify to the best of my knowledge that the odometer reading is 121 _____ and reflects the actual mileage of the vehicle unless one of the following statements is checked ☐ 1 The amount of mileage stated is in excess of 99,999 or ☐ 2 The odometer reading is not the actual mileage

AMOUNT OF LIEN   DATE OF LIEN   KIND OF LIEN   IN FAVOR OF

JUL 01 1985

LIENHOLDER'S ADDRESS DEALER: O & M Motor Co. 7128
State of: Ga.
County of: Muscogee

Date: June __, 85
Title: Mgr.
Dept. of Revenue
Division

USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION



- HOME  - CONTACT  - SEARCH
- ARCHIVES
- CORPORATIONS
- ELECTIONS
- PROFESSIONAL LICENSURE
- SECURITIES
- STATE CAPITOL

**Search Results**
Information current as of 11/4/2005
Records 1 - 2 of 2 Total Records Found

*Click here for an explanation of terms*

**MAYPOLE CHEVROLET, INC. (DOMESTIC PROFIT)**                          *Officers*
PO BOX 1223
TOCCOA, GA 30577

| Control # | Status            |               | Filing Date | Last AR Paid | Jurisdiction  |
|-----------|-------------------|---------------|-------------|--------------|---------------|
| J510251   | ACTIVE/COMPLIANCE |               | 08/03/1971  | 01/20/2005   | GEORGIA       |
| **Registered Agent**      | **Agent Address** |          |             | **Agent County** |
| MAYPOLE, CHARLES G. | HWY 17 SOUTH    |          | TOCCOA, GA 30577 | STEPHENS |

**MAYPOLE CHEVROLET, INC. (DOMESTIC PROFIT)**                          *Officers*
PO BOX 1223
TOCCOA, GA 30577

| Control # | Status             |               | Filing Date | Last AR Paid | Jurisdiction  |
|-----------|--------------------|---------------|-------------|--------------|---------------|
| J204572   | DISS/CANCEL/TERMINAT |             | 09/19/1975  |              | GEORGIA       |
| **Registered Agent**      | **Agent Address** |          |             | **Agent County** |
| MAYPOLE, CHARLES G. | HIGHWAY 17 SOUTH |         | TOCCOA, GA 30577 | NOT ON FILE |

New Search

EXHIBIT
2



- HOME · CONTACT · SEARCH
- ARCHIVES
- CORPORATIONS
- ELECTIONS
- PROFESSIONAL LICENSURE
- SECURITIES
- STATE CAPITOL

Search Results

**MAYPOLE CHEVROLET, INC.**
**Corporate Officers**

| Title | Name | Address |
|---|---|---|
| CHIEF EXECUTIVE OFFICER | MAYPOLE, CHARLES G. | P O BOX 70<br>LAKEMONT, GEORGIA 30552 |
| CHIEF FINANCIAL OFFICER | MAYPOLE JOHN F | 55 SANDY HOOK RD NORTH<br>SARASOTA, FLORIDA 34242 |
| SECRETARY | WORLEY JUDD M | 96 VICTORIA LN<br>LAVONIA, GEORGIA 30553 |