**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| **HARRISON JOHNSON, JR.,** as Administrator of the Estate of Harrison Johnson, Sr.; **YVONNE JOHNSON,** as Administratrix of the Estate of Frank Ellis Johnson; **YVONNE JOHNSON,** individually; **JOI JOHNSON; FRANK ELLIS JOHNSON, II;** and **LIZZIE JOHNSON,**<br><br>    **Plaintiffs,**<br><br>v.<br><br>**BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC; GENERAL MOTORS CORPORATION; TUGALOO SPORTS VANS, INC.; PHIL OWENS USED CARS, INC.; MAYPOLE CHEVROLET, INC.; O&M MOTOR CO.; MAY BROTHERS, INC.; TEMPLE PRODUCTS OF INDIANA, INC.; TRW VEHICLE SAFETY SYSTEMS, INC. AND/OR TRW AUTOMOTIVE U.S., LLC; BENDIX COMMERCIAL VEHICLE SYSTEMS, LLC; et al.,**<br><br>    **Defendants.** | CIVIL ACTION NO.:<br><br>2:06 -CV-290-SRW |

## NOTICE OF CHANGE OF ADDRESS

COMES NOW, William A. Mudd, attorney of record for the defendants in the above-referenced case, and hereby provides the following information concerning the change of address of Attorney Mudd insofar as the issuance of Court notices and information is concerned:

MILLER, HAMILTON, SNIDER & ODOM, L.L.C.
1200 Financial Center
505 20th Street N.
Birmingham, AL 35203
(205) 226-5200 *telephone*
(205) 226-5226 *facsimile*
Direct Dial: (205) 226-5267

WHEREFORE, PREMISES CONSIDERED the undersigned, William A. Mudd, respectfully moves this Honorable Court to change the address of William A. Mudd so that future Court notices and information will be directed to his attention at the law firm of Miller, Hamilton, Snider & Odom, L.L.C., the address of which is set forth above.

/s/: William A. Mudd_____
William A. Mudd
Attorney Code No.: MUD001
Attorney for Phil Owens Used Cars, Inc.

**OF COUNSEL:**

MILLER, HAMILTON,
SNIDER & ODOM, L.L.C.
1200 Financial Center
505 20th Street N.
Birmingham, AL 35203
(205) 226-5200 *telephone*
(205) 226-5226 *facsimile*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above and foregoing pleading on counsel as follows by placing same in the United States Mail, properly addressed and first-class postage prepaid on this the 12th day of April, 2006.

Mr. Edward P. Kendall
Mr. Michael G. Strickland
Mr. Blaine C. Stevens
STRICKLAND & KENDALL, LLC
420 South Lawrence Street
P.O. Box 99
Montgomery, AL 3611-0099
(Fax No.: 334-269-3239)

Mr. Will R. Kelly
P.O. Drawer 937
Hayneville, AL 36040-0937
(Fax No.: 334-548-5118)

Mr. Louis C. Rutland
Mr. L. Cooper Rutland, Jr.
RUTLAND & BRASWELL
208 N. Prairie Street
P.O. Box 551
Union Springs, AL 36089-0551
(Fax No.: 334-738-4774)

Mr. Jack E. Little, Jr.
PILLSBURY, WINTHROP, SHAW &
PITTMAN, LLP
2 Houston Center
909 Fannin, 22nd Floor
Houston, TX 77010
(Fax No.: 713-425-7310)

Mr. Hope T. Cannon
BRADLEY, ARANT, ROSE & WHITE, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
(Fax No.: 205-488-6722)

Mr. Jay S. Tuley
NIX, HOLTSFORD, GILLILAND,
HIGGINS & HITSON, P.C.
4001 Carmichael Road, Suite 300
P.O. Box 4128
Montgomery, AL 36103-4128
(Fax No.: 334-215-7101)

Mr. Andrew S. Nix
Mr. M. Christian King
LIGHTFOOT, FRANKLIN & WHITE, LLC
400 20th Street North
Birmingham, AL 35203
(Fax No.: 205-581-0799)

Mr. Ronald G. Davenport
RUSHTON, STAKELY, JOHNSTON & GARRETT,
P.A.
184 Commerce Street
P.O. Box 270
Montgomery, AL 36101-0270
(Fax No.: 334-262-6277)

| | |
|---|---|
| Mr. Ronald Davenport | Mr. Roger Stephen Morrow |
| Rushton, Stakley, Johnston & Garrett | MORROW, ROMINE & PEARSON, P.C. |
| Post Office Box 270 | Post Office Box 4804 |
| Montgomery, Alabama 36101 | Montgomery, Alabama 36103-4804 |
| (Fax No. 334-262-6277) | (Fax No. 334-262-7742) |

                                        /s/: William A. Mudd_____
                                              **OF COUNSEL**