**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

April 12, 2006

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: Harrison Johnson, Jr., et al v. Bridgestone Firestone North American Tire LLC, et al.**
**Case Number: 2:06-cv-290-SRW**

**Pleading : #6 - Notice of Change of Address**

**Notice of Correction is being filed this date to correct the incomplete pleading which was e-filed on 4/12/2006. The pdf document attached to this notice is the complete document including a Certificate of Service.**