IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| HARRISON JOHNSON, JR., )<br>as Administrator of the Estate )<br>of Harrison Johnson, Sr., et al. )<br>     )<br>Plaintiffs, )<br>     )<br>vs. )<br>     )<br>BRIDGESTONE FIRESTONE NORTH )<br>AMERICAN TIRE, LLC, et al. )<br>     )<br>Defendants. ) | CIVIL ACTION NO.<br>2:06-CV-290-SRW |

## MOTION TO WITHDRAW

Comes now Louis C. Rutland and L. Cooper Rutland, Jr., Rutland & Braswell, LLC and move this Honorable Court for an Order granting their Motion to Withdraw as counsel for TRW Automotive U.S., L.L.C. and would show unto the Court that on March 27, 2006 the State Court had granted aMotion to Withdraw either prior to or contemporaneously with the Notice of Removal of the case from State Court. (Attached is Exhibit A)

TRW Automotive U.S., L.L.C. has retained other counsel and attorneys are no longer employed by TRW Automotive U.S., L.L.C. in this case.

Respectfully submitted this the 13 day of April, 2006.

L. Cooper Rutland, Jr. (RUT010)
Attorney for TRW

OF COUNSEL:

Louis C. Rutland
L. Cooper Rutland, Jr.
RUTLAND & BRASWELL, L.L.C.
208 N. Prairie Street
Post Office Box 551
Union Springs, Alabama 36089
(334) 738-4770 - telephone
(334) 738-4774 - fax
email lcrj@ustconline.net

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing pleading on counsel as follows by placing a copy of same in the United States Mail, with first class postage and properly addressed this the 13th day of April, 2006.

Mr. Edward P. Kendall
Mr. Michael G. Strickland
Mr. Blaine C. Stevens
STRICKLAND & KENDALL, LLC
420 S. Lawrence Street
Post Office Box 99
Montgomery, alabama 3611-0099

Hope T. Cannon
BRADLEY, ARANT ROSE & WHITE, LLC
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203

Mr. Andrew S. Nix
Mr. M. Christian King
LIGHTFOOT, FRANKLIN, & WHITE, LLC.
400 20th Street North
Birmingham, Alabama 35203

Mr. Will R. Kelly
Post Office Drawer 937
Hayneville, Alabama 36040-0937

Mr. Jack E. Little, Jr.
PILLSBURY, WINTHROP, SHAW & PITTMAN, LLP
2 Houston Center
909 Fannin, 22nd Floor
Houston, Texas 77010

Mr. Jay S. Tuley
NIX, HOLTSFORD, GILLILAND, HIGGINS & HITSON, P.C
4001 Carmichael Road, Suite 300
Post Office Box 4128
Montgomery, Alabama 36103-4128

Mr. Ronald G. Davenport
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270

Mr. Roger S. Morrow
MORROW, ROMINE & PEARSON, P.C.
Post Office Box 4804
Montgomery, Alabama 36103-4804

Mr. William A. Mudd
MILLER HAMILTON SNIDER & ODOM, LLC
1200 Financial Center
505 20th Street N
Birmingham, Alabama 35203

_____
Of Counsel

EXHIBIT A

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

FILED IN OFFICE
MAR 16 2006
CLERK-REGISTER, BULLOCK CO., ALA.

| | | |
|---|---|---|
| HARRISON JOHNSON, JR., et al., | ) | |
| Plaintiff, | ) | |
| vs | ) | CIVIL ACTION NO. CV 05-111 |
| BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC, et al., | ) ) | |
| Defendants. | ) | |

MOTION FOR LEAVE TO WITHDRAW

Comes now Louis C. Rutland and L. Cooper Rutland, Jr., Rutland and Braswell LLC and moves the Court to allow their withdrawal as one of the Attorneys for TRW Vehicle Safety Systems, Inc., one of the Defendants in the above styled cause and shows unto the Court that Defendant has employed additional counsel and such withdrawal will not prejudice the defense of said defendant in said cause.

Respectfully submitted,

_____
Louis C. Rutland (RUT005)
Attorney for Defendant TRW

OF COUNSEL:

Rutland & Braswell LLC
Post Office Box 551
Union Springs, AL 36089
334-738-4770

3-27-06
Granted
/s/ [signature]