IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **HARRISON JOHNSON, JR., et al.,** ) | |
| ) | |
|     **Plaintiffs,** ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 2:06 -CV-290-SRW |
| ) | |
| **BRIDGESTONE FIRESTONE** ) | |
| **NORTH AMERICAN TIRE LLC, et al.,** ) | |
| ) | |
|     **Defendants.** ) | |

**<u>DEFENDANT PHIL OWENS USED CARS, INC.'S SPECIAL APPEARANCE FOR THE LIMITED PURPOSE OF FILING A MOTION TO DISMISS AND MOTION TO QUASH SERVICE OF PROCESS TO CHALLENGE *IN PERSONAM* JURISDICTION OVER THIS DEFENDANT</u>**

COMES NOW the Defendant described as Phil Owens Used Cars, Inc., (hereinafter "Phil Owens"), appearing specially and specifically without submitting to the jurisdiction of this Court, and again files its Motion to Dismiss Defendant Phil Owens as a party defendant to this action on the grounds that this Court does not have personal jurisdiction over Defendant Phil Owens. Defendant Phil Owens further moves the Court to quash Plaintiff's attempt to serve Phil Owens with a copy of the Summons and Complaint because the Court does not have jurisdiction over Phil Owens. Defendant Phil Owens adopts by reference its Motion to Dismiss filed in the circuit Court of Bullock County, Alabama on February 7, 2006, which has not been ruled on by any Court. Defendant Phil Owens sets forth the following grounds in support of this Motion, to-wit:

    1.    Phil Owens is a Georgia Corporation with its principal place of business, and sole place of business, located in Toccoa, Georgia. Phil Owens is not, and has never been, incorporated in the State of Alabama. Phil Owens does not advertise its goods and services in the State of Alabama, nor engage in any other activity of any nature whatsoever in the State of Alabama. Phil

1

Owens does not own any real or personal property in the State of Alabama, nor is it licensed in, or authorized to do business, in the State of Alabama. Phil Owens does not solicit business or engage in any other persistent course of conduct for business in the State of Alabama, nor does it derive a substantial revenue from goods used or consumed in the State of Alabama or from services rendered in the State of Alabama. No employees of Phil Owens reside in the State of Alabama. Phil Owens has no agents or employees located in the State of Alabama. Phil Owens does not do business in the State of Alabama and does not have minimum contacts with the State of Alabama so as to subject it to suit in the State of Alabama. See Rules 4(h) and 12(b)(2), *Federal Rules of Civil Procedure*. See, International Shoe Co. v. Washington, 326 U.S. 310 (1945); World-Wide Volkswagen Corp. v. Woodson, 444 U.S. 286 (1980), and their progeny based on the due process protections under the Fourteenth Amendment. See also, Ex parte Troncalli Chrysler Plymouth Dodge, Inc. 876 So. 2d 459 (Ala. 2003); Sudduth v. Howard, 646 So. 2d 664, 667 (Ala. 1994).

2. Phil Owens adopts by reference, as if fully set forth herein, the Affidavit of Phil Owens filed on February 2006, in the Circuit Court of Bullock County, Alabama, as Exhibit "A" in support of that certain pleading styled "Brief in Support of Motion to Dismiss and Motion to Quash Service of Process" filed on behalf of this Defendant.

3. Due to this Court's lack of *in personam* jurisdiction over Phil Owens, this Defendant was not subject to service of process pursuant to Rule 4 of the *Federal Rules of Civil Procedure,* and the service of process attempted on Phil Owens is due to be quashed pursuant to Rule 12(b)(4) and (5) of the *Federal Rules of Civil Procedure.*

4. Phil Owens is due to be dismissed.

5. Alternatively, the Complaint fails to state a cause of action against Defendant Phil

Owens upon which relief may be granted, and the Complaint shows on its fact that this Court does not have jurisdiction over Defendant Phil Owens.

  6. Phil Owens adopts by reference, as if fully set forth and incorporated herein, the Motion to Dismiss and Supporting Brief filed on its behalf in the Circuit Court of Bullock County on or about February 7, 2006.

  7. Alternatively, venue of this action is improper as to Defendant Phil Owens and the case should be dismissed with leave for Plaintiffs to file this action in the State of Georgia..

  WHEREFORE, premises considered, Defendant Phil Owens Used Cars, Inc., specially appears before this Court, without submitting to the jurisdiction of this Court, and moves this Honorable Court to dismiss it from this lawsuit.

  /s/: William A. Mudd\
  William A. Mudd\
  Attorney Code No.: MUD001\
  Attorney for Phil Owens Used Cars, Inc.

**OF COUNSEL:**

MILLER, HAMILTON,\
SNIDER & ODOM, L.L.C.\
1200 Financial Center\
505 20th Street N.\
Birmingham, AL 35203\
(205) 226-5200 *telephone*\
(205) 226-5226 *facsimile*

**CERTIFICATE OF SERVICE**

    I hereby certify that I have served a copy of the above and foregoing pleading on counsel as follows via electronic mail on this the 17th day of April, 2006.

Mr. Edward P. Kendall
Mr. Michael G. Strickland
Mr. Blaine C. Stevens
STRICKLAND & KENDALL, LLC
420 South Lawrence Street
P.O. Box 99
Montgomery, AL 3611-0099
(Fax No.: 334-269-3239)

Mr. Will R. Kelly
P.O. Drawer 937
Hayneville, AL 36040-0937
(Fax No.: 334-548-5118)

Mr. Louis C. Rutland
Mr. L. Cooper Rutland, Jr.
RUTLAND & BRASWELL
208 N. Prairie Street
P.O. Box 551
Union Springs, AL 36089-0551
(Fax No.: 334-738-4774)

Mr. Jack E. Little, Jr.
PILLSBURY, WINTHROP, SHAW & PITTMAN, LLP
2 Houston Center
909 Fannin, 22nd Floor
Houston, TX 77010
(Fax No.: 713-425-7310)

Meredith Lee Tolar
MORROW, ROMINE & PEARSON, P.C.
P.O. Box 4804
Montgomery, AL 36103-4804
(334) 262-7707
(334) 262-7742 fax

Mr. Jay S. Tuley
NIX, HOLTSFORD, GILLILAND, HIGGINS & HITSON, P.C.
4001 Carmichael Road, Suite 300
P.O. Box 4128
Montgomery, AL 36103-4128
(Fax No.: 334-215-7101)

Mr. Andrew S. Nix
Mr. M. Christian King
LIGHTFOOT, FRANKLIN & WHITE, LLC
400 20th Street North
Birmingham, AL 35203
(Fax No.: 205-581-0799)

Mr. Ronald G. Davenport
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
184 Commerce Street
P.O. Box 270
Montgomery, AL 36101-0270
(Fax No.: 334-262-6277)

| | |
|---|---|
| Robert L. Arrington<br>Ann M. Carter<br>L. Frank Coan, Jr.<br>Robert D. Hays<br>KING & SPAULDING LLP<br>1180 Peachtree Street, NE<br>Atlanta, GA 30309-3521 | Mr. Roger Stephen Morrow<br>MORROW, ROMINE & PEARSON, P.C.<br>Post Office Box 4804<br>Montgomery, Alabama 36103-4804<br>(Fax No. 334-262-7742) |
| J. Kenneth Wainwright, Jr.<br>HARVEY KRUSE, PC<br>1050 Wilshire Drive<br>Suite 320<br>Troy, MI 48084-1526 | David B. Weinstein<br>PILLSBURY WINTHROP<br>SHAW PITTMAN<br>Two Houston Center<br>909 Fannin<br>Suite 2200<br>Houston, TX 77010 |
| Chad Wesley Bryan<br>James N. Walter, Jr.<br>CAPELL & HOWARD, P.C.<br>P.O. Box 2069<br>Montgomery, AL 36102-2069<br>(334) 241-8000<br>(334) 241-8234 fax | Brittin T. Coleman<br>Kenneth M. Perry<br>Hope T. Stewart<br>BRADLEY, ARANT, ROSE & WHITE LLP<br>One Federal Place<br>1819 5th Avenue N.<br>Birmingham, AL 35203-2104<br>(205) 521-8305<br>(205) 521-8800 fax |
| Larry W. Harper<br>Keith J. Pflaum<br>PORTERFIELD, HARPER, MILLS &<br>MOTLOW, P.A.<br>P.O. Box 530790<br>Birmingham, AL 35253-0790<br>(205) 980-5000<br>(205) 980-5001 fax | |

                                            /s/: William A. Mudd_____
                                                  **OF COUNSEL**