## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **HARRISON JOHNSON, JR., et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 2:06 -CV-290-SRW |
| ) | |
| **BRIDGESTONE FIRESTONE** ) | |
| **NORTH AMERICAN TIRE LLC, et al.,** ) | |
| ) | |
| Defendants. ) | |

### OBJECTION OF DEFENDANT TO NOTICE OF TAKING DEPOSITION OF PHIL OWENS USED CARS

COMES NOW, the Defendant described as Phil Owens Used Cars, Inc., in the above-styled cause, for the limited purpose of objecting to the Notice of Taking 30(B)(5) and (6) Deposition Duces Tecum from this Defendant, without waiving defenses previously submitted on this Defendant's behalf in the Circuit Court of Bullock County, Alabama (via Motion to Dismiss/Quash Service) and states as follows:

1. By agreement of attorney of record on behalf of this Defendant and attorney of record for the Plaintiff, the taking of deposition testimony of a representative of Phil Owens Used Cars, Inc., in this matter is to be limited to the personal jurisdictional defense presented on behalf of this Defendant by Motion to Dismiss and Motion to Quash Service previously filed in the Circuit Court of Bullock County, Alabama. Said Motion was filed prior to the Notice of Removal filed in this action.

2. The Notice of Taking 30(B)(5) and (6) Deposition Duces Tecum of Phil Owens Used Cars, Inc., includes a request for documents to be produced at the time of the deposition. A copy of the deposition notice in question is attached hereto as Exhibit " A."

3. The documents to be produced pursuant to Exhibit "A" which is made a part of the deposition notice made the basis of this pleading, is broader in scope than the personal jurisdictional

defense of Phil Owens Used Cars, Inc. More specifically, this Defendant objects to Items 2, 3, 4, 5, 9, 10, and 11. Those items are clearly broader in scope than the personal jurisdictional issue to which the deposition in question is to be limited, by agreement of Plaintiff's counsel and counsel of this Defendant.

WHEREFORE, premises considered, this Defendant appears, by and through counsel of record, to specifically object to the scope of the document request made the basis of the Notice of Deposition directed to this Defendant, and to be taken on April 19, 2006, in the State of Georgia. This Defendant submits this objection without waiving the defenses previously asserted on its behalf in the Circuit Court of Bullock County, Alabama.

/s/: William A. Mudd_____
William A. Mudd
Attorney Code No.: MUD001
Attorney for Phil Owens Used Cars, Inc.

**OF COUNSEL:**

MILLER, HAMILTON,
SNIDER & ODOM, L.L.C.
1200 Financial Center
505 20th Street N.
Birmingham, AL 35203
(205) 226-5200 *telephone*
(205) 226-5226 *facsimile*

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the above and foregoing pleading on counsel as follows via electronic mail on this the 17th day of April, 2006.

Mr. Edward P. Kendall
Mr. Michael G. Strickland
Mr. Blaine C. Stevens
STRICKLAND & KENDALL, LLC
420 South Lawrence Street
P.O. Box 99
Montgomery, AL 3611-0099
(Fax No.: 334-269-3239)

Mr. Will R. Kelly
P.O. Drawer 937
Hayneville, AL 36040-0937
(Fax No.: 334-548-5118)

Mr. Louis C. Rutland
Mr. L. Cooper Rutland, Jr.
RUTLAND & BRASWELL
208 N. Prairie Street
P.O. Box 551
Union Springs, AL 36089-0551
(Fax No.: 334-738-4774)

Mr. Jack E. Little, Jr.
PILLSBURY, WINTHROP, SHAW & PITTMAN, LLP
2 Houston Center
909 Fannin, 22nd Floor
Houston, TX 77010
(Fax No.: 713-425-7310)

Meredith Lee Tolar
MORROW, ROMINE & PEARSON, P.C.
P.O. Box 4804
Montgomery, AL 36103-4804
(334) 262-7707
(334) 262-7742 fax

Mr. Jay S. Tuley
NIX, HOLTSFORD, GILLILAND, HIGGINS & HITSON, P.C.
4001 Carmichael Road, Suite 300
P.O. Box 4128
Montgomery, AL 36103-4128
(Fax No.: 334-215-7101)

Mr. Andrew S. Nix
Mr. M. Christian King
LIGHTFOOT, FRANKLIN & WHITE, LLC
400 20th Street North
Birmingham, AL 35203
(Fax No.: 205-581-0799)

Mr. Ronald G. Davenport
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
184 Commerce Street
P.O. Box 270
Montgomery, AL 36101-0270
(Fax No.: 334-262-6277)

| | |
|---|---|
| Robert L. Arrington<br>Ann M. Carter<br>L. Frank Coan, Jr.<br>Robert D. Hays<br>KING & SPAULDING LLP<br>1180 Peachtree Street, NE<br>Atlanta, GA 30309-3521 | Mr. Roger Stephen Morrow<br>MORROW, ROMINE & PEARSON, P.C.<br>Post Office Box 4804<br>Montgomery, Alabama 36103-4804<br>(Fax No. 334-262-7742) |
| J. Kenneth Wainwright, Jr.<br>HARVEY KRUSE, PC<br>1050 Wilshire Drive<br>Suite 320<br>Troy, MI 48084-1526 | David B. Weinstein<br>PILLSBURY WINTHROP<br>SHAW PITTMAN<br>Two Houston Center<br>909 Fannin<br>Suite 2200<br>Houston, TX 77010 |
| Chad Wesley Bryan<br>James N. Walter, Jr.<br>CAPELL & HOWARD, P.C.<br>P.O. Box 2069<br>Montgomery, AL 36102-2069<br>(334) 241-8000<br>(334) 241-8234 fax | Brittin T. Coleman<br>Kenneth M. Perry<br>Hope T. Stewart<br>BRADLEY, ARANT, ROSE & WHITE LLP<br>One Federal Place<br>1819 5th Avenue N.<br>Birmingham, AL 35203-2104<br>(205) 521-8305<br>(205) 521-8800 fax |
| Larry W. Harper<br>Keith J. Pflaum<br>PORTERFIELD, HARPER, MILLS &<br>MOTLOW, P.A.<br>P.O. Box 530790<br>Birmingham, AL 35253-0790<br>(205) 980-5000<br>(205) 980-5001 fax | |

                  /s/: William A. Mudd_____
                        **OF COUNSEL**