IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

HARRISON JOHNSON, Jr., et al. )
)
    Plaintiffs, )
)
v. ) CIVIL ACTION NO. CV-05-111
)
GENERAL MOTORS CORPORATION; et al. )
)
    Defendants. )

### NOTICE OF TAKING 30(B)(5) and (6) DEPOSITION
### *DUCES TECUM*

**PLEASE TAKE NOTICE** that pursuant to *Alabama Rules of Civil Procedure* 30(b)(5) and (6), the plaintiffs, by and through undersigned counsel, will take the deposition of the **PHIL OWENS**, representative for the Defendant, **PHIL OWENS USED CARS**, on April 19, 2006 at 12:30 CST at Maypole Chevrolet, 1223 South Big A Road, Toccoa, Georgia 30577. Said deposition will continue from day to day until completed and will be held upon oral examination before a Notary Public, or other officer authorized by law to administer oaths.

Pursuant to Rule 30(b)(5), Plaintiff requests that, at the time and place of the taking of said deposition, said corporation produce for inspection and copying **the original of** each note, memorandum, item of correspondence, picture, videotape, audiotape, policy and/or procedure manual, drawing or other document evidencing or relating to all matters described as they relate to the occurrences made the basis of Plaintiffs' complaint.

Further, in accordance with *Alabama Rules of Civil Procedure* 26, 30, and 45, the deponent is instructed to produce and permit the plaintiffs and their counsel to inspect and to

copy each of the following documents listed on **Exhibits "A"** attached hereto which are in the deponent's possession, custody or control, or in the possession, custody or control of any business entity in which the deponent has an interest and which are, or can be, made available to the deponent by any person or business entity.

These requests are continuing in character so as to require you to file supplemental responses if you obtain further or different information prior to trial in this cause.

Respectfully submitted this the 14 day of April, 2006.

_____
BLAINE C. STEVENS (STE091)
*Attorney for Plaintiffs*

**OF COUNSEL:**
**STRICKLAND & KENDALL, L.L.C.**
420 S. Lawrence Street [36104]
P.O. Box 99
Montgomery, AL 36101-0099
(334) 269-3230
(334) 269-3239 / fax

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the following by placing a copy of same in the U.S. mail, properly addressed and first class postage prepaid, on this the day of 14 April, 2006.

Will R. Kelly
Post Office Drawer 937
Hayneville, AL 36040

Jack E. Little Jr., Esq.
Pillsbury, Winthrop, Shaw & Pittman
2 Houston Center
909 Fannin 22nd Floor
Houston, TX 77010

Jay Tuley, Esq.
Nix, Holtsford, Gilliland, Higgins & Hitson
Post Office Box 4128
Montgomery, AL 36103

William A Mudd
420 20th Street North Ste 2500
Birmingham, AL 35203

Hope Cannon
Brittin T. Coleman
Kenneth Perry
Bradley, Arant, Rose and White
1819 5th Ave North
Birmingham, AL 35203

M. Christian King
Lightfoot, Franklin & White
400 20th Street North
Birmingham, AL 35203

Robert D. Hays
L. Frank Coan, Jr., Esq.
Robert Arrington, Jr., Esq.
King & Spalding
1180 Peachtree Street
Atlanta, GA 30309

Roger Morrow, Esq.
Morrow, Romine & Pearson
Post Office Box 4804
Montgomery, AL 36103

Keith Pflaum, Esq.
Porterfield, Harper Mills & Motlow
Post Office Box 530790
Birmingham, AL 35253

Ronald Davenport
Rushton, Stakley, Johnston & Garrett
Post Office Box 270
Montgomery, AL 36101

J. Kenneth Wainwright, Esq.
HARVEY KRUSE, P.C.
1050 Wilshire Drive, Suite 320
Troy, MI 48084-1526

James N. Walter, Jr.
Capell & Howard, P.C.
P.O. Box 2069
Montgomery, AL 36102-2069

_____
OF COUNSEL

## EXHIBIT "A"

1. All documents relating to the subject vehicle.

2. All documents relating to GM conversion vans.

3. All documents regarding conversion of GM vans.

4. Any and all documents concerning the conversion of the subject vehicle.

5. Any and all documents disclosing communications with Phil Owens or Tugaloo regarding conversion vans.

6. Any and all "incomplete vehicle" document for the subject vehicle.

7. Any and all certificates of origin for the subject vehicle.

8. Any and all documents evidencing the sale or transfer of the subject vehicle.

9. Any and all GM conversion instructions, plans, drawings or specifications.

10. Any and all claims or lawsuits against this Defendant arising outside the state of Georgia.

11. Any and all documents evidencing liens or UCC financing statements filed outside the state of Georgia.

12. Any and all documents evidencing ownership of property outside the state of Georgia.

13. Any and all ads, commercial or print advertising used outside the state of Georgia.

IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

| | |
|---|---|
| HARRISON JOHNSON, Jr., et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. CV-05-111 |
| ) | |
| GENERAL MOTORS CORPORATION; et al. ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF TAKING 30(B)(5) and (6) DEPOSITION
### DUCES TECUM

**PLEASE TAKE NOTICE** that pursuant to *Alabama Rules of Civil Procedure* 30(b)(5) and (6), the plaintiffs, by and through undersigned counsel, will take the deposition of the **JUDD WORLEY**, representative for the Defendant, **MAYPOLE CHEVROLET** on April 19, 2006 at 12:30 CST at Maypole Chevrolet, 1223 South Big A Road, Toccoa, Georgia 30577. Said deposition will continue from day to day until completed and will be held upon oral examination before a Notary Public, or other officer authorized by law to administer oaths.

Pursuant to Rule 30(b)(5), Plaintiff requests that, at the time and place of the taking of said deposition, said corporation produce for inspection and copying **the original of** each note, memorandum, item of correspondence, picture, videotape, audiotape, policy and/or procedure manual, drawing or other document evidencing or relating to all matters described as they relate to the occurrences made the basis of Plaintiffs' complaint.

Further, in accordance with *Alabama Rules of Civil Procedure* 26, 30, and 45, the deponent is instructed to produce and permit the plaintiffs and their counsel to inspect and to

copy each of the following documents listed on <u>Exhibits "A"</u> attached hereto which are in the deponent's possession, custody or control, or in the possession, custody or control of any business entity in which the deponent has an interest and which are, or can be, made available to the deponent by any person or business entity.

These requests are continuing in character so as to require you to file supplemental responses if you obtain further or different information prior to trial in this cause.

Respectfully submitted this the __ day of April, 2006.

_____
BLAINE C. STEVENS (STE091)
*Attorney for Plaintiffs*

**OF COUNSEL:**
STRICKLAND & KENDALL, L.L.C.
420 S. Lawrence Street [36104]
P.O. Box 99
Montgomery, AL 36101-0099
(334) 269-3230
(334) 269-3239 / fax

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the following by placing a copy of same in the U.S. mail, properly addressed and first class postage prepaid, on this the day of __ April, 2006.

Will R. Kelly
Post Office Drawer 937
Hayneville, AL 36040

Jack E. Little Jr., Esq.
Pillsbury, Winthrop, Shaw & Pittman
2 Houston Center
909 Fannin 22nd Floor
Houston, TX 77010

Jay Tuley, Esq.
Nix, Holtsford, Gilliland, Higgins & Hitson
Post Office Box 4128
Montgomery, AL 36103

William A Mudd
420 20th Street North Ste 2500
Birmingham, AL 35203

Hope Cannon
Brittin T. Coleman
Kenneth Perry
Bradley, Arant, Rose and White
1819 5th Ave North
Birmingham, AL 35203

M. Christian King
Lightfoot, Franklin & White
400 20th Street North
Birmingham, AL 35203

Robert D. Hays
L. Frank Coan, Jr., Esq.
Robert Arrington, Jr., Esq.
King & Spalding
1180 Peachtree Street
Atlanta, GA 30309

Roger Morrow, Esq.
Morrow, Romine & Pearson
Post Office Box 4804
Montgomery, AL 36103

Keith Pflaum, Esq.
Porterfield, Harper Mills & Motlow
Post Office Box 530790
Birmingham, AL 35253

Ronald Davenport
Rushton, Stakley, Johnston & Garrett
Post Office Box 270
Montgomery, AL 36101

J. Kenneth Wainwright, Esq.
HARVEY KRUSE, P.C.
1050 Wilshire Drive, Suite 320
Troy, MI 48084-1526

James N. Walter, Jr.
Capell & Howard, P.C.
P.O. Box 2069
Montgomery, AL 36102-2069

/s/ _____
OF COUNSEL

## EXHIBIT "A"

1. All documents relating to the subject vehicle.

2. All documents relating to GM conversion vans.

3. All documents regarding conversion of GM vans.

4. Any and all documents concerning the conversion of the subject vehicle.

5. Any and all documents disclosing communications with Phil Owens or Tugaloo regarding conversion vans.

6. Any and all "incomplete vehicle" document for the subject vehicle.

7. Any and all certificates of origin for the subject vehicle.

8. Any and all documents evidencing the sale or transfer of the subject vehicle.

9. Any and all GM conversion instructions, plans, drawings or specifications.

10. Any and all claims or lawsuits against this Defendant arising outside the state of Georgia.

11. Any and all documents evidencing liens or UCC financing statements filed outside the state of Georgia.

12. Any and all documents evidencing ownership of property outside the state of Georgia.

13. Any and all ads, commercial or print advertising used outside the state of Georgia.