IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **HARRISON JOHNSON, Jr., et al.** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.:** |
| ) | **2:06CV290-SRW** |
| **GENERAL MOTORS CORPORATION;** ) | |
| et al. ) | |
| ) | |
| **Defendants.** ) | |

### PLAINTIFFS' FIRST REQUEST FOR PRODUCTION TO DEFENDANT PHIL OWENS USED CARS

**COME NOW** the Plaintiffs, by and through undersigned counsel and pursuant to Rule 34 of the *Alabama Rules of Civil Procedure* propound the following requests for production of documents to Defendant **Phil Owens Used Cars** to produce the following documents and things for inspection and copying at the law offices of Strickland & Kendall, L.L.C., 420 S. Lawrence Street, Montgomery, Alabama 36104, within the time prescribed by law.

Plaintiffs request that you produce the documents described hereinbelow, whether the same be in your possession or subject to the control of you or any of your agents, representatives, employees, servants, accountants and/or attorneys. Plaintiffs further state that this request is of a continuing nature as provided for by the *Alabama Rules of Civil Procedure*, requiring timely additions or supplements for the documents and records and things which are discovered or become available to you subsequent to the time of the production as noted herein. Plaintiffs further demand that the documents requested hereinbelow be produced in the file folder or other container in which they are maintained or stored, and that the order or sequence of the documents, if more than one within a file is requested, be in the same order or sequence within such file as was maintained in the ordinary course of business just prior to the production thereof.

If you object to the production of any document based upon a claim that such document is privileged, for each document, supply the following information, to-wit:

    a.    the author of the document;
    b.    the person or person to whom the document was addressed;
    c.    the date of the document; and
    d.    the subjects discussed in the said document.

**The documents requested are as follows:**

1. All insurance policies, including excess or umbrella.
2. All journal entry pages similar to Exhibit 1 to Phil Owens' deposition disclosing sales of conversion vans to dealers in the state of Alabama.
3. Any documents which are in this defendant's possession which in any way refer to the van at issue in this case.
4. A list of parts suppliers Phil Owens dealt with for the following components/parts/assemblies:
   a. Seats;
   b. Seat Belts;
   c. Seat Belt anchors
   d. Seat and seat belt installation plans or procedure;
   e. Seat belt testing to ensure FMVSS compliance or proper function;
5. A list of the names and last known addresses of employees of Phil Owens who were responsible for the installation of seats and seat belts in conversion van;
6. Identification of the manufacturer and supplier of the fiberglass roof installed on the subject van;
7. Identification of all employees involved in modifying van bodies to accommodate after-market roofs;
8. Any plans and drawings for the conversion process still in the defendant's possession;
9. Identification of all dealers or individuals to whom this defendants sold vans in Alabama;
10. Identification of all persons who were responsible for safety testing of conversion vans.
11. Identification of any and all persons/entities who performed any evaluation of safety impact of the conversion process;
12. Identification of any engineer or outside agency who evaluated safety issues related to van conversion process.

**RESPECTFULLY** submitted this the 20 day of April, 2006.

/s/ Blaine C. Stevens
**BLAINE C. STEVENS (STE091)**
Attorney for Plaintiffs

**OF COUNSEL:**
**STRICKLAND & KENDALL, L.L.C.**
420 S. Lawrence Street [36104]
P.O. Box 99
Montgomery, AL 36101-0099
(334) 269-3230
(334) 269-3239 / fax

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the following by placing a copy of same in the U.S. mail, properly addressed and first class postage prepaid, and sent via electronic filing on this the day of 20th April, 2006.

Will R. Kelly
Post Office Drawer 937
Hayneville, AL 36040

Jack E. Little Jr., Esq.
Pillsbury, Winthrop, Shaw & Pittman
2 Houston Center
909 Fannin 22nd Floor
Houston, TX 77010

Jay Tuley, Esq.
Nix, Holtsford, Gilliland,
Higgins & Hitson
Post Office Box 4128
Montgomery, AL 36103

Hope Cannon
Brittin T. Coleman
Kenneth Perry
Bradley, Arant, Rose and White
1819 5th Ave North
Birmingham, AL 35203

M. Christian King
Lightfoot, Franklin & White
400 20th Street North
Birmingham, AL 35203

Robert D. Hays
L. Frank Coan, Jr., Esq.
Robert Arrington, Jr., Esq.
King & Spalding
191 Peachtree Street
Atlanta, GA 30303

Roger Morrow, Esq.
Morrow, Romine & Pearson
Post Office Box 4804
Montgomery, AL 36103

Keith Pflaum, Esq.
Porterfield, Harper Mills & Motlow
Post Office Box 530790
Birmingham, AL 35253

William A Mudd
400 20th Street North Ste 2500
Birmingham, AL 35203

Ronald Davenport
Rushton, Stakley, Johnston & Garrett
Post Office Box 270
Montgomery, AL 36101

James N. Walter, Jr.
Capell & Howard, P.C.
P.O. Box 2069
Montgomery, AL 36102-2069

/s/ Blaine C. Stevens
OF COUNSEL