IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HARRISON JOHNSON, JR., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No.: 2:06-CV-290-SRW |
| ) | |
| BRIDGESTONE FIRESTONE NORTH ) | |
| AMERICAN TIRE, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**APPLICATION FOR ADMISSION OF COUNSEL**
<u>*PRO HAC VICE*</u>

Defendants TRW Automotive US LLC (as Assignee of the former TRW Inc. n/k/a Northrop Grumman Space & Mission Systems Corp.) and TRW Vehicle Safety Systems Inc. (collectively "TRW"), by counsel and pursuant to M.D. Ala. Local Rule 83.1(b), respectfully requests the Court admit Jack E. Little, Jr., *pro hac vice* for purposes of appearing as counsel for TRW in this proceeding. As grounds for this application, plaintiff shows unto the Court the following:

1. Jack E. Little, Jr., has been an active member in good standing of the bar of the State of Texas since 1990. Mr. Little has also been admitted to practice in the United States District Courts for the Eastern, Southern, Western, and Northern Districts of Texas.

2. Mr. Little resides and practices law in Houston, Texas, located within the territorial jurisdiction of the United States District Court for the Southern District of Texas. Attached hereto and incorporated by reference herein is a Certificate of Good Standing issued by the Clerk of the United States District Court for the Southern District of Texas,

-2-

on April 20, 2006, stating Mr. Little has been a member of the bar of that Court since February 8, 1991, and remains in good standing.

3.	Mr. Little has never been disciplined in any manner for the professional activities conducted by him in any jurisdiction to which he has been admitted to practice law.  No disciplinary proceedings are presently pending against Mr. Little in any jurisdiction.

4.	Mr. Little and his firm, Pillsbury Winthrop Shaw Pittman LLP, are defending TRW in the case of *Harrison Johnson, Jr., et al. v. Bridgestone Firestone North American Tire LLC, et al.,* pending in the United States District Court for the Middle District of Alabama, Southern Division, under Civil Action No. 2:06-CV-290-SRW.

5.	Mr. Little has agreed to adhere and be bound by all applicable provisions of this Court's Local Rules, the Alabama Rules of Professional Conduct, and the Alabama Standards for Imposing Lawyer Discipline and has agreed to submit to this Court's jurisdiction on all matters respecting their professional conduct as counsel in this case.

6.	The undersigned counsel is an active member in good standing of the bar of this Court, has appeared in this action on behalf of TRW, and has agreed to serve as local counsel and co-counsel with Mr. Little in this case.

WHEREFORE, Defendants TRW Automotive US LLC (as Assignee of the former TRW Inc. n/k/a Northrop Grumman Space & Mission Systems Corp.) and TRW Vehicle Safety Systems Inc. (collectively "TRW"), by counsel, respectfully requests the Court admit Jack E. Little, Jr., *pro hac vice* for purposes of appearing as counsel for TRW in this proceeding.

Respectfully submitted,

*[signature]*

James N. Walter, Jr. (WAL021)
Attorneys for Defendants TRW
Automotive US LLC (as Assignee of the
former TRW Inc. n/k/a Northrop
Grumman Space & Mission Systems
Corp.) and TRW Vehicle Safety
Systems Inc.

Of Counsel:
Capell & Howard, P.C.
150 South Perry Street
Post Office Box 2069
Montgomery, Alabama  36102-2069
(334) 241-8000

Jack E. Little, Jr.
Pillsbury Winthrop Shaw Pittman LLP
2 Houston Center
909 Fannin, 22nd Floor
Houston, TX 77010
(713) 425-7300

## Certificate of Service

I hereby certify that I have served a copy of the foregoing upon the following by hand delivery and/or United States mail, first class postage prepaid and properly addressed, on this the 21st day of April 2005:

Edward P. Kendall
Michael G. Strickland
Blaine C. Stevens
Strickland and Kendall, LLC
420 South Lawrence Street
P.O. Box 99
Montgomery, AL 36101-0099

Will R. Kelly
Attorney at Law
P.O. Drawer 937
Hayneville, AL 36040-0937

Attorneys for Plaintiffs

Hope T. Stewart
Brittin T. Coleman
Kenneth M. Perry
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104

M. Christian King
Andrew S. Nix
Lightfoot, Franklin & White, L.L.C.
The Clark Building
400 20th Street North
Birmingham, AL 35203

Robert D. Hays
L. Frank Coan, Jr.
Robert L. Arrington, Jr.
Ann M. Carter
King & Spalding, LLP
1180 Peachtree Street, NE
Atlanta, GA 30309-3521

Jay S. Tuley
Nix, Holtsford, Gilliland, Higgins
 & Hitson, P.C.
4001 Carmichael Road, Suite 300
P.O. Box 4128
Montgomery, AL 36103-4128

Ronald G. Davenport
Rushton, Stakely, Johnston
 & Garrett, P.A.
184 Commerce Street
P.O. Box 270
Montgomery, AL 36101-0270

William A. Mudd

Ronald G. Davenport
Rushton, Stakely, Johnston
  & Garrett, P.A.
184 Commerce Street
P.O. Box 270
Montgomery, AL 36101-0270

Roger S. Morrow
Morrow, Romine & Pearson, P.C.
P.O. Box 4804
Montgomery, AL 36103-4804

William A. Mudd
Miller, Hamilton, Snider & Odom, L.L.C.
1200 Financial Center
505 20th Street North
Birmingham, AL 35203

Louis C. Rutland
L. Cooper Rutland, Jr.
Rutland & Braswell
208 N. Prairie Street
P.O. Box 551
Union Springs, AL 37089-0551

Meredith Lee Tolar
Morrow, Romine & Pearson, P.C.
P.O. Box 4804
Montgomery, AL 36103-4804

J. Kenneth Wainwright, Jr.
Harvey Kruse, PC
1050 Wilshire Drive, Ste. 320
Troy, MI 48084-1526

Attorneys for Defendants

OF COUNSEL