# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA § § §
SOUTHERN DISTRICT OF TEXAS

I, MICHAEL N. MILBY, Clerk of the United States District Court for the SOUTHERN DISTRICT OF TEXAS

DO HEREBY CERTIFY that **Jack E. Little, Jr., Federal ID 12533**, was duly admitted to practice in said Court on **February 08, 1991**, and is in good standing as a member of the bar of said Court.

Dated April 20, 2006, at Houston, Texas.

MICHAEL N. MILBY, Clerk

By: _Cynthia Horace_
Cynthia Horace
Attorney Admissions Deputy Clerk