IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HARRISON JOHNSON, JR., as, Administrator of the Estate of Harrison Johnson, Sr., | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:06-cv-290-MEF ) |
| BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE LLC, *et al.,* | ) ) ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the Motion for Jack E. Little, Jr. to Appear Pro Hac Vice (Doc. #15) filed on April 21, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 27th day of April, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE