IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HARRISON JOHNSON, JR., as, Administrator of the Estate of Harrison Johnson, Sr., | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:06-cv-290-MEF ) |
| BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE LLC, *et al.,* | ) ) ) |
| Defendants. | ) |

# **O R D E R**

Upon consideration of the Motion to Stay Discovery originally filed in state court by Defendant Maypole Chevrolet, it is hereby ORDERED:

1. That the Plaintiff shall file a response which shall include a brief and any evidentiary materials on or before May 8, 2006.

2. That the Defendant may file a reply brief on or before May 15, 2006.

DONE this the 27th day of April, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE