IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HARRISON JOHNSON, JR., as, Administrator of the Estate of Harrison Johnson, Sr., | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:06-cv-290-MEF ) |
| BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE LLC, *et al.,* | ) ) ) |
| Defendants. | ) |

# **O R D E R**

Upon consideration of the plaintiff's Motion to Remand (Doc. #19) filed on April 28, 2006, it is hereby ORDERED that:

1. The defendants shall file its response which shall include a brief and any evidentiary materials on or before May 16, 2006. The plaintiff may file a reply brief on or before May 23, 2006.

DONE this the 1st day of May, 2006.

　　　　　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE