IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HARRISON JOHNSON, JR., as Administrator of the Estate of Harrison Johnson, Sr., <br><br> Plaintiff, <br><br> v. <br><br> BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE LLC, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) )     CIVIL ACTION NO. 2:06cv290-MEF |

## **ORDER**

Upon consideration of plaintiff's motion for inspection of premises (filed in state court prior to removal) and for good cause, it is

ORDERED that defendants file a response to the motion on or before May 22, 2006.

Done, this 2nd day of May, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE