IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 MAY -3 P 4: 14
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

HARRISON JOHNSON, JR., as Administrator of the Estate of Harrison Johnson, Sr.; YVONNE JOHNSON, as Administratrix of the Estate of Frank Ellis Johnson; YVONNE JOHNSON, individually; JOI JOHNSON; FRANK ELLIS JOHNSON, II; and LIZZIE JOHNSON,

Plaintiffs,

v.

BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC; GENERAL MOTORS CORPORATION; TUGALOO SPORTS VANS, INC.; PHIL OWENS USED CARS, INC.; MAYPOLE CHEVROLET, INC.; O & M MOTOR CO.; MAY BROTHERS, INC.; TEMPLE PRODUCTS OF INDIANA, INC; TRW VEHICLE SAFETY SYSTEMS, INC AND/OR TRW AUTOMOTIVE U.S., LLC; BENDIX COMMERCIAL VEHICLE SYSTEMS, LLC,

Defendants.

CIVIL ACTION NO.: 2:06-CV-290-SRW

**JOINT STIPULATION AND MOTION FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT MAYPOLE CHEVROLET, INC.**

COME NOW all Plaintiffs in the above-styled case, namely: Harrison Johnson, Jr., as Administrator of the Estate of Harrison Johnson, Sr.; Yvonne Johnson, as Administratrix of the Estate of Frank Ellis Johnson; Yvonne Johnson, individually; Joi Johnson; Frank Ellis Johnson, II; and Lizzie Johnson; and the Defendant, Maypole Chevrolet, Inc., by and through each party's undersigned counsel of record, and hereby move, stipulate and agree

for this Honorable Court to dismiss without prejudice Defendant Maypole Chevrolet, Inc., and all claims asserted against Maypole Chevrolet, Inc., from the above-styled action and lawsuit. This dismissal is a *pro tanto* dismissal that is only applicable to Defendant Maypole Chevrolet, Inc., and all claims asserted in this action and in Plaintiffs' Complaint against all other defendants and parties, other than Maypole Chevrolet, Inc., shall proceed without prejudice.

DATED this the 26 day of April, 2006.

**BLAINE C. STEVENS (STE091)**
**Attorney for Plaintiffs: Harrison Johnson, Jr., as Administrator of the Estate of Harrison Johnson, Sr.; Yvonne Johnson, as Administratrix of the Estate of Frank Ellis Johnson; Yvonne Johnson, individually; Joi Johnson; Frank Ellis Johnson, II; and Lizzie Johnson**

**OF COUNSEL:**
**STRICKLAND & KENDALL, LLC**
**420 S. Lawrence Street**
**Montgomery, AL 36104**
**Telephone: 334-269-1474**
**Facsimile: 334-269-3239**

ROGER S. MORROW (MOR032)
**Attorney for Defendant Maypole Chevrolet, Inc.**

**OF COUNSEL:**

**MORROW, ROMINE & PEARSON, P.C.**
**P.O. Box 4804**
**Montgomery, AL 36103-4804**
**Telephone: 334-262-7707**
**Facsimile: 334-262-7742**

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the following by placing a copy of same in the United States mail, first class postage prepaid; on this the 3rd day of May, 2006.

Hon. Will R. Kelly
P.O. Drawer 937
Hayneville, AL 36040-0937
(Facsimile No.: 334-548-5118)
**Attorney for Plaintiffs**

Hon. James N. Walter, Jr.
Hon. Chad W. Bryan
Capell & Howard, P.C.
P.O. Box 2069
Montgomery, AL 36102-2069
**Attorney for Defendant TRW Vehicle Safety Systems, Inc.**

Hon. Jack E. Little, Jr.
PILLSBURY, WINTHROP, SHAW & PITTMAN, LLP
2 Houston Center
909 Fannin, 22nd Floor
Houston, TX 77010
**Attorney for Defendant TRW Vehicle Safety Systems, Inc.**

Hon. Brittin T. Coleman
Hon. Kenneth M. Perry
Hon. Hope T. Cannon
BRADLEY, ARANT, ROSE & WHITE, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
**Attorney for Defendant Bridgestone Firestone North American Tire**

Hon. M. Christian King
LIGHTFOOT, FRANKLIN & WHITE, LLC
400 20th Street North
Birmingham, AL 35203
**Attorney for Defendant General Motors Corporation**

Hon. Robert D. Hays
Hon. L. Frank Coan, Jr.
Hon. Robert J. Arrington, Jr.
KING & SPALDING, LLC
1180 Peachtree Street
Atlanta, GA 30309
**Attorneys for Defendant General Motors Corporation**

Hon. J. Kenneth Wainwright
HARVEY KRUSE, P.C.
1050 Wilshire Drive, Suite 320
Troy, MI 48084-1526

Hon. Jay S. Tuley
NIX, HOLTSFORD, GILLILAND, HIGGINS & HITSON, P.C.
4001 Carmichael Road, Suite 300
P.O. Box 4128
Montgomery, AL 36103-4128
**Attorney for Defendant May Brothers, Inc.**

Hon. William A. Mudd
Miller, Hamilton, Snider & Odom, LLC
1200 Financial Center
505 20th Street North
Birmingham, AL 35203
**Attorney for Defendant Phil Owens Used Cars**

Hon. Larry W. Harper
Hon. Keith Pflaum
PORTERFIELD, HARPER, MILLS & MOTLOW, P.A.
22 Inverness Center Parkway
P.O. Box 530790
Birmingham, AL 35253-0790
**Attorneys for Defendant Bendix Commercial Vehicle Systems, LLC**

OF COUNSEL