IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HARRISON JOHNSON, JR., as, Administrator of the Estate of Harrison Johnson, Sr., | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:06-cv-290-MEF ) |
| BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE LLC, *et al.,* | ) ) ) |
| Defendants. | ) |

# **O R D E R**

Upon consideration of the Stipulation of Dismissal (Doc. #22) filed by the Plaintiffs and Defendant Maypole Chevrolet, Inc. on May 3, 2006, it is hereby

ORDERED that all claims against Defendant Maypole Chevrolet, Inc. are DISMISSED WITHOUT PREJUDICE, and Defendant Maypole Chevrolet, Inc. is TERMINATED as a party from this case. Nothing in this Order is intended to effect in any way any claim against any defendant other than Maypole Chevrolet, Inc., which claims remain pending.

DONE this the 4th day of May, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE