

## alacourt.com's
## Alabama SJIS Case Detail



PLAINTIFF'S EXHIBIT 2

| Settings | Parties | Case Action Summary | Witness List | Financial | Consolidated CAS |

### Case

| Field | Value | Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|---|---|
| County | 63 | Case Number | CV 1991 001567 00 | JID | RBH | Trial | J |
| Style | RICHARD MICHAEL BREWER AS ADM VS OSCAR LEE HARRIS ET AL | | | | | | |
| Code | CVXX | Type | NEGLIGENT | Filed | 12161991 | Track | |
| Amount | | Status | DISPOSED | Plaintiffs | 001 | Defendants | 002 |
| DJID | RBH | Court Action | T (TRANSFERRED) 08101992 | | | For | X |
| Damages-Comp | | Damages-Pun | | Damages-Gen | | No Damages | X |
| Trial Days | | Lien | | | | | |

### Settings

| Field | Value | Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|---|---|
| Date 1 | | Que 1 | | Time 1 | | Description | |
| Date 2 | | Que 2 | | Time 2 | | Description | |
| Date 3 | | Que 3 | | Time 3 | | Description | |
| Date 4 | | Que 4 | | Time 4 | | Description | |
| Cont Date | | Why | | | | Cont # | |
| RevJmt | | Admin Date | | Why | | | |
| Appeal Date | | CRT | | Case | | 0000 000000 00 | |
| TBNV1 | | TBNV2 | | DSDT | | DTYP | |
| Comment 1 | REMOVED TO U S DISTRICT CT | | | | | | |
| Comment 2 | | | | | | | |

### Party 1

| Field | Value | Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|---|---|
| Party | C 001 | Name | BREWER RICHARD MICHAEL | | | Type | |
| INDX | HARRIS | ANAM | | | | JID | RBH |
| SSN | | Address 1 | | | | Sex | |
| DOB | | Address 2 | | | | Race | |
| Country | | City | 00000 0000 | | | Phone | 205 000 0000 |
| Atty 1 | PRINCE ROBERT F | Atty 2 | | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | | Type | | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | | Type | | Serv On | | By | |
| Answer | | Type | | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | T (TRANSFERRED) | Date | 08101992 | For | X | Exep | |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

### Party 2

| Field | Value | Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|---|---|
| Party | D 001 | Name | HARRIS OSCAR LEE | | | Type | |
| INDX | BREWER | ANAM | | | | JID | RBH |
| SSN | | Address 1 | | | | Sex | |
| DOB | | Address 2 | 26 ADAMS STREET | | | Race | |
| Country | US | City | LAVONIA GA 00000 0000 | | | Phone | 205 000 0000 |
| Atty 1 | WIGGINS G STEPHEN | Atty 2 | WILLIAMS CRAIG L | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | | Type | | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | 12201991 | Type | C CERTIFIED MAI | Serv On | | By | |
| Answer | | Type | | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | T (TRANSFERRED) | Date | 08101992 | For | X | Exep | |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

### Party 3

| Field | Value | Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|---|---|
| Party | D 002 | Name | PHIL OWENS USED CARS, INC | | | Type | |
| INDX | BREWER | ANAM | | | | JID | RBH |
| SSN | | Address 1 | | | | Sex | |
| DOB | | Address 2 | 26 ADAMS STREET | | | Race | |