| Country | US | City | LAVONIA GA 00000 0000 | | | Phone | 205 000 0000 |
|---|---|---|---|---|---|---|---|
| Atty 1 | WIGGINS G STEPHEN | Atty 2 | WILLIAMS CRAIG L | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | | Type | | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | 12201991 | Type | C CERTIFIED MAI | Serv On | | By | |
| Answer | | Type | | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | T (TRANSFERRED) | Date | 08101992 | For | X | Exep | |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |
| Case Action Summary | | | | | | | |

**Date Time Code Comments Operator**