IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **HARRISON JOHNSON, Jr., et al.** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | **2:06CV290-MEF** |
| **GENERAL MOTORS CORPORATION;** ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**MOTION TO SUPPLEMENT RESPONSE TO
MOTION TO DISMISS OUT OF TIME**

Plaintiffs took the deposition of Phil Owens, owner of defendant Phil Owens Used Cars, Inc., on April l9, 2006. At the deposition, Owens produced a "ledger sheet" disclosing the sale of the van at issue in this lawsuit. (See "Exhibit 1" to Deposition of Phil Owens.) Owens also testified that there were other ledger sheets disclosing sales of other vans in the State of Alabama and agreed to produce the same. In timely fashion, Plaintiffs filed a request for production of documents to Phil Owens requesting, among other items, the remaining ledger sheets. As of this date, these documents have not been produced. Plaintiffs would request that this Court allow Plaintiffs additional time to supplement this response with materials that may be produced in response to the request for production set out above.

**RESPECTFULLY SUBMITTED** this 8th day of May, 2006.

/s/ Blaine C. Stevens
**BLAINE C. STEVENS (STE091)**
Attorney for Plaintiffs

**OF COUNSEL:**
**STRICKLAND & KENDALL, L.L.C.**
420 S. Lawrence Street [36104]
P.O. Box 99
Montgomery, AL  36101-0099
(334) 269-3230
(334) 269-3239 / fax

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the following by placing a copy of same in the U.S. mail, properly addressed and first class postage prepaid, on this the 8th day of May, 2006.

Will R. Kelly
Post Office Drawer 937
Hayneville, AL 36040

Jack E. Little Jr., Esq.
Pillsbury, Winthrop, Shaw & Pittman
2 Houston Center
909 Fannin 22nd Floor
Houston, TX 77010

Jay Tuley, Esq.
Nix, Holtsford, Gilliland, Higgins & Hitson
Post Office Box 4128
Montgomery, AL 36103

Hope Cannon
Brittin T. Coleman
Kenneth Perry
Bradley, Arant, Rose and White
1819 5th Ave North
Birmingham, AL 35203

M. Christian King
Lightfoot, Franklin & White
400 20th Street North
Birmingham, AL 35203

Robert D. Hays
L. Frank Coan, Jr., Esq.
Robert Arrington, Jr., Esq.
King & Spalding
1180 Peachtree Street
Atlanta, GA 30309

Roger Morrow, Esq.
Morrow, Romine & Pearson
Post Office Box 4804
Montgomery, AL 36103

Keith Pflaum, Esq.
Porterfield, Harper Mills & Motlow
Post Office Box 530790
Birmingham, AL 35253

J. Kenneth Wainwright, Esq.
HARVEY KRUSE, P.C.
1050 Wilshire Drive, Suite 320
Troy, MI 48084-1526

William A Mudd
420 20th Street North Ste 2500
Birmingham, AL 35203

James N. Walter, Jr.
Capell & Howard, P.C.
P.O. Box 2069
Montgomery, AL 36102-2069

/s/ Blaine C. Stevens
**OF COUNSEL**