
PLAINTIFF'S EXHIBIT 1

June - 1985

| Date Sold | Name | Total Selling Price | Sales Tax | Cash Price of Vehicle | Make-Yr | Serial Number | Date Purchased | | Cost | |
|---|---|---|---|---|---|---|---|---|---|---|
| 6-3-85 | Bellsmith Chev. | 15,300 00 | — | 15,300 00 | Chev.-85 | 2G6EG25H6F4152439 | 5-24-85 | Mayfair Chevrolet | 11,044 30 | Pd. |
| 6-4-85 | W. Blackwell Jr. | 15,300 00 | — | 15,300 00 | Ford-85 | 1FTBE14H5FHB36003 | 4-25-85 | Duane Ford Co. | 11,040 83 | Pd. |
| 6-5-85 | Hutson Mtr. Co. | 15,200 00 | — | 15,200 00 | Ford-85 | 1FTBE14F1FHC02143 | 5-21-85 | Duane Ford Co. | 11,041 13 | Pd. |
| 6-5-85 | Hutson Mtr. Co. | 15,910 00 | — | 15,910 00 | Dodge-85 | 2B6HB33T0FK30234 | 5-30-85 | Nissmouth Co. | 11,861 25 | Pd. |
| 6-6-85 | Nissmi Bros. M.C. | 15,600 00 | — | 15,600 00 | Chev.-85 | 1G6EG25H5F4115523 | 5-13-85 | Mayfair Chevrolet | 11,292 00 | Pd. |
| 6-6-85 | Duane Bros. Mt. Co. | 15,300 00 | — | 15,300 00 | Chev.-85 | 2G6EG25H5F4151559 | 5-20-85 | Mayfair Chevrolet | 11,044 30 | Pd. |
| 6-6-85 | Hutson Auto Sales | 15,550 00 | — | 15,550 00 | Chev.-85 | 1G6EG25H3F1110232 | 4-26-85 | Mayfair Chevrolet | 11,032 00 | Pd. |
| 6-6-85 | Hovie Chevrolet | 15,300 00 | — | 15,300 00 | Chev.-85 | 1G6EG25H1F4105324 | 5-13-85 | Mayfair Chevrolet | 11,292 00 | Pd. |
| 6-6-85 | Retail Auto Sales | 15,200 00 | — | 15,200 00 | Chev.-85 | 1G6EG25H7F1002618 | 5-22-85 | Mayfair Chevrolet | 11,040 91 | Pd. |
| 6-4-85 | C+M Mtr. Co. | 15,300 00 | — | 15,300 00 | Chev.-85 | 1G6EG25H5F1002613 | 5-13-85 | Mayfair Chevrolet | 11,040 91 | Pd. |
| 6-7-85 | D+M Mtr. Co. | 15,200 00 | — | 15,200 00 | Ford-85 | 1F2RE14F2FHB1B117 | 5-3-85 | Williamsett-Cadillac | 15,300 00 | Pd. |
| 6-5-85 | D+M Mtr. Co. | 15,200 00 | — | 15,200 00 | Chev.-85 | 1G6EG25H4F1002544 | 5-21-85 | Mayfair Chevrolet | 11,040 97 | Pd. |
| 6-5-85 | D+M Mtr. Co. | 15,400 00 | — | 15,400 00 | Chev.-85 | 2G6EG25H3F9102406 | 4-26-85 | Parker Chevrolet | 14,520 00 | Pd. |
| 6-5-85 | Bunny Ricks+Jay | 11,014 30 | — | 11,014 30 | Chev.-85 | 1G6EG25H4F1102838 | 5-3-85 | Mayfair Chevrolet | 11,044 30 | Pd. |
| 6-5-85 | John Harrison | 5,356 00 | 156 00 | 5,200 00 | Cad.-83 | 1G6AJ19R43BU44527 | | | | |
| 6-6-85 | Atlanta Auto Auction | 15,600 00 | 1,000 00 | 15,900 00 | Chev.-85 | 1G6EG25H3F9109506 | 5-15-85 | Mayfair Chevrolet | 11,090 91 | Pd. |
| 6-6-85 | Atlanta Auto Auction | 15,540 00 | 100 00 | 15,500 00 | Chev.-85 | 2G6EG25HXF4152556 | 5-24-85 | Mayfair Chevrolet | 11,044 30 | Pd. |
| 6-5-85 | Redmond Ford | 4,300 00 | — | 4,300 00 | Ford-85 | 1FDDE14F1FHB9506 | (Built in Redmond) | | — | Pd. |
| 6-5-85 | Damn Owenby Mtrs | 15,000 00 | — | 15,000 00 | Chev.-85 | 1G6EG25HXF1116621 | 5-14-85 | Cooper Chevrolet | 11,132 60 | Pd. |
| 6-5-85 | Cochran Mt. Co. | 15,000 00 | — | 15,000 00 | Chev.-85 | 2G6EG25H4F4151693 | 5-29-85 | Mayfair Chevrolet | 11,044 30 | Pd. |
| 6-7-85 | Cochran Mt. Co. | 14,910 00 | — | 14,910 00 | Chev.-85 | 1G6EG25H6F9118344 | 5-21-85 | Mayfair Chevrolet | 11,044 30 | Pd. |
| 6-7-85 | Cochran M Co. | 14,865 00 | — | 14,865 00 | Chev.-85 | 1G6EG25H1F4152443 | 5-23-85 | Mayfair Chevrolet | 11,044 30 | Pd. |
| 6-7-85 | Brant Van-Inc | 11,225 00 | — | 11,225 00 | Dodge-85 | 2B6HB33T0FK299741 | 5-23-85 | Nissmouth Co. | 11,025 17 | Pd. |
| 6-7-85 | Old Hickory Mtrs | 16,450 00 | — | 16,450 00 | Chev.-85 | 1G6EG25H8F9118194 | 5-23-85 | Mayfair Chevrolet | 11,300 61 | Pd. |
| 6-7-85 | Old Hickory Mtrs | 16,450 00 | — | 16,450 00 | Chev.-85 | 2G6EG25H7F9118581 | 5-23-85 | Mayfair Chevrolet | 11,300 61 | Pd. |
| 6-7-85 | Old Hickory Mtrs | 16,450 00 | — | 16,450 00 | Chev.-85 | 2G6EG25H6F4151577 | 5-24-85 | Mayfair Chevrolet | 11,044 30 | Pd. |
| 6-7-85 | Old Hickory Mtrs | 16,450 00 | — | 16,450 00 | Chev.-85 | 1G6EG25H8F9118203 | 5-24-85 | Mayfair Chevrolet | 11,300 61 | Pd. |
| 6-7-85 | Juliana W/C | 11,725 00 | — | 11,725 00 | Bady-85 | 2G6EG25HXF9117787 | 6-3-85 | Juliana W/C | 10,912 67 | Pd. |
| 6-3-85 | Red Hemming W/C | 11,114 39 | — | 11,114 39 | Chev.-85 | 2G6HB33T9FK299742 | 5-23-85 | Hutson Mt. Co. | 11,035 36 | Pd. |
| 6-7-85 | Brian Fulghum W/C | 15,000 00 | — | 15,000 00 | Chev.-85 | 1G6EG25H3F9116508 | 4-19-85 | Mayfair Chevrolet | 11,044 31 | Pd. |
| 6-11-85 | Cochran Mt. Co. | 15,000 00 | — | 15,000 00 | Chev.-85 | 1G6EG25H3F4160837 | — | Mayfair Chevrolet | 11,203 37 | Pd. |