IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HARRISON JOHNSON, JR., as Administrator of the Estate of Harrison Johnson, Sr.; YVONNE JOHNSON, as Administratrix of the Estate of Frank Ellis Johnson; YVONNE JOHNSON, individually; JOI JOHNSON; FRANK ELLIS JOHNSON, II; and LIZZIE JOHNSON, <br><br>  Plaintiffs, <br><br> v. <br><br> BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC; GENERAL MOTORS CORPORATION; TUGALOO SPORTS VANS, INC.; PHIL OWENS USED CARS, INC.; MAYPOLE CHEVROLET, INC.; O&M MOTOR CO.; MAY BROTHERS, INC.; TEMPLE PRODUCTS OF INDIANA, INC.; TRW VEHICLE SAFETY SYSTEMS, INC. AND/OR TRW AUTOMOTIVE U.S., LLC; BENDIX COMMERCIAL VEHICLE SYSTEMS, LLC; et al., <br><br>  Defendants. | CIVIL ACTION NO.: <br><br> 2:06 -CV-290-MEF |

**NOTICE OF APPEARANCE**

**COMES NOW,** James M. Strong, with the law firm of Miller, Hamilton, Snider and Odom, L.L.C., and hereby files this Notice of Appearance as additional counsel of record for the defendant, Phil Owens Used Cars, Inc.

/s/ James M. Strong
James M. Strong (ASB-8304-M60S)
*One of the Attorneys for Defendant, Phil Owens Used Cars, Inc.*
SNIDER & ODOM, L.L.C.
1200 Financial Center
505 20th Street N.
Birmingham, AL 35203
(205) 226-5200 *telephone*
(205) 226-5226 *facsimile*
jamiestrong@mhsolaw.com

CERTIFICATE OF SERVICE

   I hereby certify that I have served a copy of the above and foregoing pleading on counsel as follows via electronic mail on this the 15 day of May, 2006.

| | |
|---|---|
| Mr. Edward P. Kendall<br>Mr. Michael G. Strickland<br>Mr. Blaine C. Stevens<br>STRICKLAND & KENDALL, LLC<br>420 South Lawrence Street<br>P.O. Box 99<br>Montgomery, AL 3611-0099<br>(Fax No.: 334-269-3239) | Mr. Will R. Kelly<br>P.O. Drawer 937<br>Hayneville, AL 36040-0937<br>(Fax No.: 334-548-5118) |
| Mr. Louis C. Rutland<br>Mr. L. Cooper Rutland, Jr.<br>RUTLAND & BRASWELL<br>208 N. Prairie Street<br>P.O. Box 551<br>Union Springs, AL 36089-0551<br>(Fax No.: 334-738-4774) | Mr. Jack E. Little, Jr.<br>PILLSBURY, WINTHROP, SHAW & PITTMAN, LLP<br>2 Houston Center<br>909 Fannin, 22nd Floor<br>Houston, TX 77010<br>(Fax No.: 713-425-7310) |

| | |
|---|---|
| Mr. Hope T. Cannon<br>BRADLEY, ARANT, ROSE & WHITE, LLP<br>One Federal Place<br>1819 Fifth Avenue North<br>Birmingham, AL 35203<br>(Fax No.: 205-488-6722) | Mr. Jay S. Tuley<br>NIX, HOLTSFORD, GILLILAND,<br>HIGGINS & HITSON, P.C.<br>4001 Carmichael Road, Suite 300<br>P.O. Box 4128<br>Montgomery, AL 36103-4128<br>(Fax No.: 334-215-7101) |
| Mr. Andrew S. Nix<br>Mr. M. Christian King<br>LIGHTFOOT, FRANKLIN & WHITE, LLC<br>400 20th Street North<br>Birmingham, AL 35203<br>(Fax No.: 205-581-0799) | Mr. Ronald G. Davenport<br>RUSHTON, STAKELY, JOHNSTON & GARRETT,<br>P.A.<br>184 Commerce Street<br>P.O. Box 270<br>Montgomery, AL 36101-0270<br>(Fax No.: 334-262-6277) |
| Mr. Ronald Davenport<br>Rushton, Stakely, Johnston & Garrett<br>Post Office Box 270<br>Montgomery, Alabama 36101<br>(Fax No. 334-262-6277) | Mr. Roger Stephen Morrow<br>MORROW, ROMINE & PEARSON, P.C.<br>Post Office Box 4804<br>Montgomery, Alabama 36103-4804<br>(Fax No. 334-262-7742) |

/s/ James M. Strong
**OF COUNSEL**