IN THE CIRCUIT COURT OF BULLOCK COUNTY, ALABAMA

| | |
|---|---|
| HARRISON JOHNSON, JR., as Administrator of the Estate of Harrison Johnson, Sr.; YVONNE JOHNSON, as Administratrix of the Estate of Frank Ellis Johnson; YVONNE JOHNSON, individually; JOI JOHNSON; FRANK ELLIS JOHNSON, II; and LIZZIE JOHNSON, ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO.: CV-05-111 |
| Plaintiffs, ) ) | |
| v. ) ) | |
| BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC; GENERAL MOTORS CORPORATION; TUGALOO SPORTS VANS, INC.; PHIL OWENS USED CARS, INC.; MAYPOLE CHEVROLET, INC.; O&M MOTOR CO.; MAY BROTHERS, INC.; TEMPLE PRODUCTS OF INDIANA, INC.; TRW VEHICLE SAFETY SYSTEMS, INC. AND/OR TRW AUTOMOTIVE U.S., LLC; BENDIX COMMERCIAL VEHICLE SYSTEMS, LLC; et al., ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | |

## AFFIDAVIT OF PHIL OWENS

STATE OF GEORGIA)
COUNTY OF _FRANKLIN_____)

  **Before me,** __Brenda G. Price__, a Notary Public in and for the said county and state, personally appeared Phil Owens, President of Phil Owens Used Cars, Inc., who, after being duly identified by me, and after first being duly sworn, did state as follows:

  1. My name is Phil Owens. I am over the age of twenty-one (21) years. I am of sound mind and body. I am an individual resident of the State of Georgia. I have executed this affidavit

voluntarily and for the purpose of having the document filed in the above-referenced lawsuit.

2.   I am familiar with the above-styled lawsuit. The testimony I render herein is based upon my personal knowledge and/or review and examination of business records of Phil Owens Used Cars, Inc.

3.   I am the President of Phil Owens Used Cars, Inc. I have served as the President of Phil Owens Used Cars, Inc. at all times pertinent to the subject matter of this litigation.

4.   Phil Owens Used Cars, Inc. is a Georgia corporation. It has always been a Georgia corporation. Phil Owens Used Cars, Inc. has never been incorporated in the State of Alabama.

5.   The principal place of business of Phil Owens Used Cars, Inc. is 13231 Jones Street, Lavonia, Georgia 30553. That is the only business location of Phil Owens Used Cars, Inc.

6.   Phil Owens Used Cars, Inc. has never had an office or business location in the State of Alabama. Furthermore, Phil Owens Used Cars, Inc. has never employed anyone who was a resident of the State of Alabama.

7.   Phil Owens Used Cars, Inc. has never been registered to do business in the State of Alabama, and the dealership does not do business by agent in the State of Alabama.

8.   Phil Owens Used Cars, Inc. does not, and has not, advertised goods and/or services in the State of Alabama. Likewise, Phil Owens Used Cars, Inc. has never owned any real or personal property located in the State of Alabama.

9.   Phil Owens Used Cars, Inc. does not solicit business or otherwise engage in any other persistent course of conduct or business in the State of Alabama. Accordingly, Phil Owens Used Cars, Inc. does not derive substantial revenue from goods and/or services used or consumed in the State of Alabama, nor from services rendered in the State of Alabama.

10.  Phil Owens Used Cars, Inc. purchased the 1985 GM Van made the basis of this litigation (1985 Chevrolet CG21305 GM Van - VIN: 1GBEG25H5F7177613) from Maypole Chevrolet, Inc. located in Toccoa, Georgia, which is very near the South Carolina border with the State of Georgia. Phil Owens Used Cars, Inc. performed work upon the van and then sold the van to O & M Motor Company located in the State of Georgia. Phil Owens Used Cars, Inc. did not sell, lease, or otherwise enter into a contract for the purchase of the van made the basis of the case with any of the named plaintiffs. Likewise, Phil Owens Used Cars, Inc. did not know where the vehicle would be sold by O & M Motor Company (such as in the State of Georgia or in any other state).

11.  I have read the above and foregoing affidavit and certify that the facts contained herein are true and accurate, are based upon my personal knowledge, my personal examination and/or review of the business records of Phil Owens Used Cars, Inc., as well as other documents supplied to me by counsel.

2

FURTHER AFFIANT SAITH NOT

*Phil Owens*
Phil Owens
President of Phil Owens Used Cars, Inc.

SUBSCRIBED AND SWORN TO
before me on this the 19th
day of December, 2005.

*Brenda B. Price*
NOTARY PUBLIC

My commission expires:

4/08/07

3