IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **HARRISON JOHNSON, JR., et al.,** ) | |
| ) | |
|    **Plaintiffs,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.: 2:06 -CV-290-MEF** |
| ) | |
| **BRIDGESTONE FIRESTONE** ) | |
| **NORTH AMERICAN TIRE LLC, et al.,** ) | |
| ) | |
|    **Defendants.** ) | |

### DEFENDANT PHIL OWENS USED CARS, INC.'S SPECIAL APPEARANCE FOR THE LIMITED PURPOSE OF RESPONDING TO PLAINTIFFS' MOTION TO SUPPLEMENT RESPONSE TO MOTION TO DISMISS OUT OF TIME

**COMES NOW** the Defendant described as Phil Owens Used Cars, Inc., appearing specially and specifically, by and through counsel of record, without submitting to the jurisdiction of this Court, and files this Response to Plaintiff's Motion to Supplement Response to Motion to Dismiss Out of Time filed on May 8, 2006.

Defendant Phil Owens Used Cars, Inc. respectfully submits that the plaintiffs seek documents from Phil Owens Used Cars, Inc. that relate to the sales of conversion vans to vehicle dealers located in the State of Alabama. While these documents may serve to shed light upon the quantity or number of conversion vans sold to Alabama vehicle dealers by Phil Owens Used Cars, Inc., the documents do not shed light on how the transactions took place as described by Phil Owens, the corporate representative of Phil Owens Used Cars, Inc., in his deposition. The quantity or number of conversion vans that may have been sold to an Alabama resident or buyer by Defendant Phil Owens Used Cars, Inc. is not the relevant issue. These sales were initiated pursuant to the unilateral actions of the Alabama resident(s) who purchased the conversion vans. The deposition testimony of Phil Owens clearly demonstrates that such "Alabama sales" were initiated when Phil Owens Used

Cars, Inc. was contacted either through the Atlanta Auto Auction or by telephone calls from Alabama automobile dealers. At no time did Phil Owens Used Cars, Inc. directly advertise in Alabama, solicit sales in Alabama, or initiate contacts with Alabama residents. The documents requested by the plaintiffs will only shed light on the quantity of conversion vans sold and not on the character of the sales. Accordingly, the documents are not relevant to the issue of whether this court has personal jurisdiction over Phil Owens used Cars, Inc.

**WHEREFORE, PREMISES CONSIDERED**, Defendant Phil Owens Used Cars, Inc. specially appears before this Court, without submitting to the jurisdiction of this Court, and moves this Honorable Court to deny the plaintiffs' request for additional time to supplement its responsive brief with additional documentation.

s/: William A. Mudd
William A. Mudd (
Attorney for Phil Owens Used Cars, Inc.
MILLER, HAMILTON, SNIDER & ODOM, L.L.C.
1200 Financial Center
505 20th Street N.
Birmingham, AL 35203
(205) 226-5200 *telephone*
(205) 226-5226 *facsimile*
billmudd@mhsolaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above and foregoing pleading on counsel as follows via electronic mail on this the 15 day of May, 2006.

| | |
|---|---|
| Mr. Edward P. Kendall<br>Mr. Michael G. Strickland<br>Mr. Blaine C. Stevens<br>STRICKLAND & KENDALL, LLC<br>420 South Lawrence Street<br>P.O. Box 99<br>Montgomery, AL 3611-0099<br>(Fax No.: 334-269-3239) | Mr. Will R. Kelly<br>P.O. Drawer 937<br>Hayneville, AL 36040-0937<br>(Fax No.: 334-548-5118) |
| Mr. Louis C. Rutland<br>Mr. L. Cooper Rutland, Jr.<br>RUTLAND & BRASWELL<br>208 N. Prairie Street<br>P.O. Box 551<br>Union Springs, AL 36089-0551<br>(Fax No.: 334-738-4774) | Mr. Jack E. Little, Jr.<br>PILLSBURY, WINTHROP, SHAW &<br>PITTMAN, LLP<br>2 Houston Center<br>909 Fannin, 22nd Floor<br>Houston, TX 77010<br>(Fax No.: 713-425-7310) |
| Meredith Lee Tolar<br>MORROW, ROMINE & PEARSON, P.C.<br>P.O. Box 4804<br>Montgomery, AL 36103-4804<br>(334) 262-7707<br>(334) 262-7742 fax | Mr. Jay S. Tuley<br>NIX, HOLTSFORD, GILLILAND,<br>HIGGINS & HITSON, P.C.<br>4001 Carmichael Road, Suite 300<br>P.O. Box 4128<br>Montgomery, AL 36103-4128<br>(Fax No.: 334-215-7101) |
| Mr. Andrew S. Nix<br>Mr. M. Christian King<br>LIGHTFOOT, FRANKLIN & WHITE, LLC<br>400 20th Street North<br>Birmingham, AL 35203<br>(Fax No.: 205-581-0799) | Mr. Ronald G. Davenport<br>RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.<br>184 Commerce Street<br>P.O. Box 270<br>Montgomery, AL 36101-0270<br>(Fax No.: 334-262-6277) |

| | |
|---|---|
| Robert L. Arrington<br>Ann M. Carter<br>L. Frank Coan, Jr.<br>Robert D. Hays<br>KING & SPAULDING LLP<br>1180 Peachtree Street, NE<br>Atlanta, GA 30309-3521 | Mr. Roger Stephen Morrow<br>MORROW, ROMINE & PEARSON, P.C.<br>Post Office Box 4804<br>Montgomery, Alabama 36103-4804<br>(Fax No. 334-262-7742) |
| J. Kenneth Wainwright, Jr.<br>HARVEY KRUSE, PC<br>1050 Wilshire Drive<br>Suite 320<br>Troy, MI 48084-1526 | David B. Weinstein<br>PILLSBURY WINTHROP<br>SHAW PITTMAN<br>Two Houston Center<br>909 Fannin<br>Suite 2200<br>Houston, TX 77010 |
| Chad Wesley Bryan<br>James N. Walter, Jr.<br>CAPELL & HOWARD, P.C.<br>P.O. Box 2069<br>Montgomery, AL 36102-2069<br>(334) 241-8000<br>(334) 241-8234 fax | Brittin T. Coleman<br>Kenneth M. Perry<br>Hope T. Stewart<br>BRADLEY, ARANT, ROSE & WHITE LLP<br>One Federal Place<br>1819 5th Avenue N.<br>Birmingham, AL 35203-2104<br>(205) 521-8305<br>(205) 521-8800 fax |
| Larry W. Harper<br>Keith J. Pflaum<br>PORTERFIELD, HARPER, MILLS &<br>MOTLOW, P.A.<br>P.O. Box 530790<br>Birmingham, AL 35253-0790<br>(205) 980-5000<br>(205) 980-5001 fax | |

/s/: William A. Mudd
**OF COUNSEL**