FOSHEE & TURNER COURT REPORTERS

Page 1

```
1        IN THE CIRCUIT COURT OF
2        BULLOCK COUNTY, ALABAMA
3    HARRISON JOHNSON, JR.,   )
                             )
4    et al.,                  )
            Plaintiffs,       )
5                             )
     -vs-              ) CIVIL ACTION NO.
6                             )
     BRIDGESTONE FIRESTONE  )  CV 05-111
7                             )
     NORTH AMERICAN TIRE,    )
8                             )
     LLC., et al.,           )
9        Defendants.   )
10       S T I P U L A T I O N S
11       IT IS STIPULATED AND AGREED, by and
12   between the parties through their respective
13   counsel, that the deposition of:
14       WAYNE A. JOHNSON,
15   may be taken before Belinda S. Brewster,
16   Commissioner and Notary Public for the State of
17   Alabama at Large, on the 1st day of March, 2006,
18   commencing at approximately 1:55 p.m., at the
19   law offices of Bradley, Arant, Rose & White,
20   LLP, The Alabama Center for Commerce, 401 Adams
21   Avenue, Suite 780, Montgomery, Alabama; said
22   deposition taken pursuant to the Alabama Rules
23   of Civil Procedure.
```

Page 2

```
1        IT IS STIPULATED AND AGREED, by and
2    between the parties through their respective
3    counsel, that the reading of and signature to
4    the deposition by the witness is waived, said
5    deposition to have the same force and effect as
6    if full compliance had been had with all laws
7    and rules of Court relating to the taking of
8    depositions.
9        IT IS STIPULATED AND AGREED that it
10   shall not be necessary for any objections to be
11   made by counsel to any questions, except as to
12   form or leading questions, and that counsel for
13   the parties may make objections and assign
14   grounds at the time of the trial, or at the time
15   said deposition is offered in evidence, or prior
16   thereto.
17       In accordance with Rule 5(d) of The
18   Alabama Rules of Civil Procedure, as amended,
19   effective May 15, 1988, I, Belinda S. Brewster,
20   am hereby delivering to Kenneth M. Perry the
21   original transcript of the oral testimony of
22   Wayne A. Johnson taken on the 1st day of March,
23   2006, along with exhibits.
```

Page 3

```
1        Please be advised that this is the
2    same and not retained by the Court Reporter, nor
3    filed with the Court.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
```

Page 4

```
 1            A P P E A R A N C E S
 2    BLAINE C. STEVENS, ESQUIRE
      MICHAEL G. STRICKLAND, ESQUIRE
 3    Strickland and Kendall, LLC
      420 South Lawrence Street
 4    Montgomery, Alabama 36101-0099
          ATTORNEYS FOR PLAINTIFFS
 5
 6    KENNETH M. PERRY, ESQUIRE
      HOPE T. CANNON, ESQUIRE
 7    Bradley, Arant, Rose & White, LLP
      One Federal Place
 8    1819-5th Avenue North
      Birmingham, Alabama 35203-2104
 9        ATTORNEYS FOR DEFENDANT BRIDGESTONE
          FIRESTONE NORTH AMERICAN, TIRE, LLC
10
11    M. CHRISTIAN KING, ESQUIRE
      Lightfoot, Franklin & White, LLC
12    The Clark Building
      400-20th Street North
13    Birmingham, Alabama 35203-3200
          ATTORNEY FOR DEFENDANT GENERAL MOTORS
14        CORPORATION
15    L. COOPER RUTLAND, JR., ESQUIRE
      Rutland & Braswell, LLC
16    208 N. Prairie Street
      Union Springs, Alabama 36089-0551
17        ATTORNEY FOR DEFENDANT TRW VEHICLE
          SAFETY SYSTEMS, INC. and TRW
18        AUTOMOBILE US, LLC
19    BRENTON P. MONTELEONE, ESQUIRE
      Pillsbury, Winthrop, Shaw, Pittman, LLP
20    Two Houston Center
      909 Fannin Street, 22nd Floor
21    Houston, Texas 77010
          ATTORNEY FOR DEFENDANT TRW VEHICLE
22        SAFETY SYSTEMS, INC. and TRW
          AUTOMOBILE US, LLC
23
24
```

1 (Pages 1 to 4)

FOSHEE & TURNER COURT REPORTERS

Page 5

1        A P P E A R A N C E S (Cont'd.)
2    WILLIAM A. MUDD, ESQUIRE
     Sadler, Sullivan, P.C.
3    420-20th Street North
     2500 SouthTrust Tower
4    Birmingham, Alabama 35203-5203
         ATTORNEY FOR DEFENDANT PHIL OWENS USED
5        CARS, INC.
6    ROGER S. MORROW, ESQUIRE
     Morrow, Romine & Pearson, P.C.
7    122 South Hull
     Montgomery, Alabama 36103-4804
8        ATTORNEY FOR DEFENDANT MAYPOLE
         CHEVROLET, INC.
9
     KEITH J. PFLAUM, ESQUIRE
10   Porterfield, Harper, Mills & Motlow, P.A.
     22 Inverness Center Parkway
11   Suite 600
     Birmingham, Alabama 35242-4821
12       ATTORNEY FOR DEFENDANT BENDIX
         COMMERCIAL VEHICLE SYSTEM, LLC
13
     JAY S. TULEY, ESQUIRE
14   Nix, Holtsford, Gilliland, Higgins &
         Hitson, P.C.
15   Carmichael Center
     4001 Carmichael Road
16   Suite 300
     Montgomery, Alabama 36103-4128
17       ATTORNEY FOR DEFENDANT MAYS BROTHERS,
         INC.
18
19
20
21
22
23

Page 6

## I N D E X

Witness:                                    Page
WAYNE A. JOHNSON
    Examination by Mr. Perry            7
    Examination By Mr. Monteleone       47
    Examination by Mr. Mudd             51
    Examination by Mr. Morrow           65
    Examination by Mr. Tuley            67
    Examination by Mr. Pflaum           81
    Further Examination by Mr. Perry    83
    Examination By Mr. King             85
    Further Examination by Mr. Mudd     86
    Further Examination by Mr. Tuley    96

Page 7

1        I, Belinda S. Brewster, as
2    Commissioner and Notary Public for the State of
3    Alabama at Large, certify that pursuant to Rule
4    30 of the Alabama Rules of Civil Procedure and
5    the foregoing stipulations of counsel, there
6    came before me at the law offices of Bradley,
7    Arant, Rose & White, LLP, The Alabama Center for
8    Commerce, 401 Adams Avenue, Suite 780,
9    Montgomery, Alabama 36104, on the 1st day of
10   March, 2006, commencing at approximately 1:55
11   p.m., Wayne A. Johnson, witness in the above
12   cause, for oral examination and the following
13   proceedings were had:
14           WAYNE A. JOHNSON,
15   a witness of lawful age, having sworn or
16   affirmed to tell the truth, the whole truth, and
17   nothing but the truth, was examined and
18   testified as follows:
19   EXAMINATION BY MR. PERRY:
20       Q.    Mr. Johnson, you have the right to
21   read and sign your deposition if you would like
22   to do so.  Since you are a nonparty, I'm telling
23   you that.

Page 8

1           Now, most of the witnesses who have
2    this opportunity waive signature.
3        A.    Yes, sir.
4        Q.    But it's your choice whether you
5    want to do it or not.  Do you want to read and
6    sign, or do you want to waive signature?
7        A.    What should I do?
8           MR. STRICKLAND:  Most people just
9    waive it.  They trust this lady.  She's going to
10   get it down pretty close if not exact.
11          THE WITNESS:  I'll waive, sir.
12       Q.    (By Mr. Perry)  What is your
13   current employment?
14       A.    I serve in the United States Navy.
15       Q.    And how long have you been in the
16   Navy?
17       A.    Eighteen years, sir.
18       Q.    What is your rank?
19       A.    My rank is E-6, sir, first class
20   petty officer.
21       Q.    First class petty officer?
22       A.    Yes, sir.
23       Q.    Where are you stationed?

2 (Pages 5 to 8)

FOSHEE & TURNER COURT REPORTERS

Page 9

1    A.    I'll be stationed in Norfolk,
2  Virginia on board the USS Ponce, P-O-N-C-E.
3    Q.    How long have you been in Norfolk?
4    A.    No, sir.  As a matter of fact, I'm
5  getting transferred to Norfolk, sir.
6    Q.    You're transferring to Norfolk?
7    A.    Yes, sir.  I'm going to come from
8  NAS Meridian, sir.  Naval Air Station, Meridian,
9  Mississippi.
10    Q.    Okay.
11    A.    Yes, sir.
12    Q.    And how long have you been there?
13    A.    I've been in Meridian, sir, for --
14  well, stationed there, sir, for two years.  I
15  just returned from Djibouti, Africa, sir, on a
16  nine-month deployment.
17    Q.    Okay.  You returned from where?
18    A.    Djibouti, Africa, sir.
19  D-J-I-B-O-U-T-I.
20    Q.    D-J-I-B --
21    A.    D-J-I-B-O-U-T-I.
22    Q.    That's not a country, is it?
23    A.    I'm sorry, sir?

Page 10

1    Q.    Is that a country?
2    A.    Yeah.  Africa is a country, yes,
3  sir.
4    Q.    No, no.
5    A.    The continent of Africa, but
6  Djibouti is a country.
7    Q.    It is a country?
8    A.    Yes, sir.
9    Q.    Where is it?
10    A.    In North Africa, sir.
11    Q.    It is?
12    A.    Yes, sir.
13    Q.    Okay.  Do you know if it used to
14  have a different name?
15    A.    No, sir, I do not.
16        MR. STRICKLAND:  Talk up just a
17  little bit.
18        THE WITNESS:  Oh, excuse me.
19        MR. STRICKLAND:  They've got to
20  hear you, too.
21    Q.    (By Mr. Perry)  Can you just tell
22  me another country that's near it or maybe
23  adjacent to it?

Page 11

1    A.    Somalia's near it, sir.  Kenya,
2  Ethiopia.
3    Q.    All right.  And, again, how long
4  were you there?
5    A.    I was there for nine months, sir.
6    Q.    Nine months.  And prior to there,
7  where were you?
8    A.    Prior to that, sir, before leaving
9  there, I was stationed at Naval Air Station
10  Meridian.  I deployed from Meridian over there
11  to Africa.
12    Q.    Okay.  Now --
13    A.    And before that, sir, I was
14  stationed at Quantico, Virginia.
15    Q.    All right.  Why don't we do it this
16  way because I'm not sure I'm going to be able to
17  figure it out when I go back and look at the
18  record.
19    A.    Yes, sir.
20    Q.    You joined the Navy you said 18
21  years ago?
22    A.    Yes, sir.  I joined, sir, April,
23  1988.

Page 12

1    Q.    Was that fresh out of high school?
2    A.    No, sir, it was not.
3    Q.    How long had you been out of high
4  school?
5    A.    Ooh, sir, come on.
6    Q.    When did you graduate high school?
7  Let me do it --
8    A.    I graduated high school, sir, in
9  1982.
10    Q.    Okay.  All right.  So, from '82 to
11  '88, what did you do?
12    A.    I worked as a waiter at Ogden Food
13  Service, which is downtown at the Civic Center.
14        And after that, sir, I worked at
15  TPS, which is an automotive warehouse, an
16  automotive warehouse distributor.
17    Q.    Okay.  And how long did you work at
18  at TPS?
19    A.    Ooh, okay.  Until -- okay.  Let me
20  think on it, sir.
21    Q.    I tell you what.  I can do it even
22  better for you.
23    A.    Okay.

3 (Pages 9 to 12)

FOSHEE & TURNER COURT REPORTERS

Page 13

1    Q.    I just want to know the different
2  jobs you had between '82 and '88.
3          So, you worked as a waiter, you
4  worked at TPS as an automotive distributor.
5  What else did you do?
6    A.    Yes, sir. And then after that,
7  sir, I, again, returned back to the Civic Center
8  working as a waiter. And then from that, that's
9  when I joined the military.
10   Q.    Joined the military?
11   A.    Yes, sir.
12   Q.    Okay. Good. You say automotive
13 warehouse distributor?
14   A.    Yes, sir.
15   Q.    Were there certain parts that you
16 handled?
17   A.    Well, sir, like -- my job was like
18 basically pulling parts off the shelf and
19 putting them into a basket -- they went down the
20 assembly line -- well, not an assembly line, but
21 like down a conveyor belt.
22          And they put those into a basket
23 and put them on a truck. They went to -- out to

Page 14

1  different shops.
2    Q.    Okay. So, you would actually pull
3  the orders and put them on the belt --
4    A.    Yes, sir.
5    Q.    -- so that they could then be taken
6  to whomever ordered them?
7    A.    Yes, sir.
8    Q.    Okay. Now, when you first joined
9  the Navy in '88 where were you stationed?
10   A.    When I first joined the Navy, sir,
11 in '88, I had to go to school in Orlando,
12 Florida.
13   Q.    All right. And that lasted until
14 when?
15   A.    When I left the school in Orlando,
16 Florida, sir, I went to A School. A School was
17 in Meridian, Mississippi.
18   Q.    Okay.
19   A.    Yes, sir. And then when I left --
20   Q.    Let me just get this A School in
21 Meridian. That was from '88 until when?
22   A.    No, sir. All of that was in the
23 year of '88.

Page 15

1    Q.    '88?
2    A.    Yes, sir.
3    Q.    All right. So, Orlando. Then you
4  you go to A School in Meridian?
5    A.    Yes, sir.
6    Q.    And then you go to where?
7    A.    And then I went to my ship, sir.
8  The first ship I was attached to was the USS
9  Worden, W-O-R-D-E-N.
10   Q.    And you were there until when?
11   A.    I was in Pearl Harbor, Hawaii, sir,
12 until '91, 1991.
13   Q.    And is that where the USS Worden
14 is?
15   A.    Yes, sir. That's where she was,
16 sir. She decommissioned now.
17   Q.    All right. So, then after you left
18 the USS Worden in '91, where did you go?
19   A.    Then I went, sir, to Naval Air
20 Station Fallon, Nevada.
21   Q.    How long were you there?
22   A.    I was in Fallon, Nevada, sir, from
23 1991 to 1993, sir.

Page 16

1    Q.    All right. And then where did you
2  go?
3    A.    I left Fallon, Nevada, sir, en
4  route to Jakuska, Japan. I was on board the USS
5  Mobile Bay.
6    Q.    How long were you there?
7    A.    I was on board the USS Mobile Bay,
8  sir, from 1993, sir, to 1997, sir.
9    Q.    All right. And then where were you
10 after that?
11   A.    After I left the USS -- I'm sorry.
12 After I left the USS Mobile Bay in Jakuska,
13 Japan, I went to Naval Air Station Cecil Field,
14 and that's in Jacksonville, Florida.
15   Q.    Okay. And that was until when?
16   A.    I was there, sir, from 1997 to
17 1999.
18   Q.    All right. And then where did you
19 go?
20   A.    From 1999, sir, to 2000, I was in
21 Okinawa, Japan.
22   Q.    Okay.
23   A.    And that was with 4th Marines Camp

4 (Pages 13 to 16)

FOSHEE & TURNER COURT REPORTERS

Page 17

1    Squad, Okinawa, Japan.
2        Q.    And then where did you go?
3        A.    After leaving Okinawa, sir, in
4    2000, I went to -- I went to Quantico, Virginia,
5    sir, Marine Corps Air Facility, HMX-1.
6        Q.    And you were there until when?
7        A.    I was there, sir, from 2000 -- from
8    the year 2000 till -- I want to say, sir, 2004.
9        Q.    2004?
10       A.    Yes, sir.
11       Q.    And then from Quantico, I think you
12   told me --
13       A.    Yes, sir. From 2004 to 2006, sir,
14   I was at Naval Air Station Meridian. And then
15   while I was at Naval Air Station Meridian, I was
16   deployed for a nine-month deployment.
17           And now, sir, I'm en route to the
18   USS Ponce in Norfolk, Virginia, about to go on a
19   six-month deployment.
20       Q.    Okay. Now, in October 2003 when
21   this accident occurred, if I've done my plotting
22   correctly, you were stationed at Quantico?
23       A.    That's correct, sir.

Page 18

1        Q.    Now, when was the last time you had
2    been home as of October 2003?
3        A.    Before then, sir, I was home in
4    June 2003, sir. And before then, sir, I was
5    home March of 2003.
6        Q.    And then prior to that?
7        A.    March 2003, sir. And before then,
8    sir, December 2002.
9        Q.    And before that?
10       A.    In 2002, I came home in June, sir.
11       Q.    2002?
12       A.    No. I'm sorry, sir. August.
13   Because I came back to get the kids, and I took
14   them back to school.
15       Q.    August 2002?
16       A.    Yes, sir.
17       Q.    And before that?
18       A.    Before then, sir, it was May 2002,
19   sir, because we took the kids down south for the
20   summer.
21       Q.    Okay. How about before that, May
22   of 2002, if you recall? When was the last time
23   you had been home before then?

Page 19

1        A.    Before May, sir?
2        Q.    Yes, sir.
3        A.    That's it, sir, to my knowledge.
4        Q.    That's as far back as you can
5    recall?
6        A.    Yes, sir.
7        Q.    Now, how long were you home in June
8    2003?
9        A.    In June 2003, sir, I came home, and
10   I was there for -- I want to say for a week,
11   sir, because I came home for a funeral, sir.
12       Q.    Whose funeral?
13       A.    My sister-in-law, sir. My wife's
14   sister.
15       Q.    How long were you home in March?
16       A.    In March, sir, we also come home
17   for a funeral, and we were also there for a
18   week, sir.
19       Q.    And whose funeral was that?
20       A.    That was my wife's brother-in-law.
21   The funeral who was deceased in June, sir, her
22   husband died in March. Yes, sir.
23       Q.    Okay. And then how long were you

Page 20

1    home in December 2002?
2        A.    We were there for a week, sir,
3    because I -- for the Christmas holidays, yes,
4    sir.
5        Q.    All right. Now, we may or may not
6    need to go back into that. Let me just move
7    forward a little bit so we can figure it out.
8        A.    Yes, sir.
9        Q.    At any point -- well, let me back
10   up for a second. You know that at the time of
11   the subject accident your brother owned a
12   Chevrolet van, correct?
13       A.    That's correct, sir.
14       Q.    And you understand that that van
15   was involved in the accident?
16       A.    Yes, sir.
17       Q.    Do you know when your brother
18   purchased the tires that were on that vehicle at
19   the time of the accident?
20       A.    No, sir, I do not.
21       Q.    Did you personally ever inspect
22   those tires that were on the vehicle at the time
23   of the accident?

A Legalink Company * 1933 Richard Arrington Jr. Blvd. S. * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

FOSHEE & TURNER COURT REPORTERS

Page 21

1    A.    No, sir, I did not.
2    Q.    **Have you ever been present when**
3    **anyone else was inspecting the tires that were**
4    **on the vehicle at the time of the accident?**
5    A.    Yes, sir, I did.
6    Q.    **When was that?**
7    A.    That was when I came home, sir, for
8    June for the funeral.
9    Q.    **June. Okay.**
10    A.    Yes, sir.
11    Q.    **I'll go into detail about it, but**
12    **let me just back up a second.**
13    A.    Yes, sir.
14    Q.    **Other than that occasion, have you**
15    **ever been present when anyone else was**
16    **inspecting those tires?**
17    A.    No, sir.
18    Q.    **I'm assuming there may have been**
19    **some discussion between you and your brother**
20    **concerning that tire inspection when you were**
21    **home in June; is that correct?**
22    A.    No, sir.
23    Q.    **Okay. Was your brother present**

Page 22

1    when the tires were inspected in June of 2003?
2    A.    Yes, sir.
3    Q.    **Have you ever discussed with your**
4    **brother any problems that he may have**
5    **experienced with any of the tires that were on**
6    **the vehicle at the time of the accident?**
7    A.    I'm sorry, sir. Could you repeat
8    the question again, please?
9    Q.    **I tell you what. Let's talk to**
10    **about this June 2003 situation.**
11    A.    Yes, sir.
12    Q.    **That might be the easiest way to**
13    **deal with it. Tell me what happened in June**
14    **2003 that led to you being present when someone**
15    **inspected the tires that were on the vehicle at**
16    **the time of the accident.**
17    A.    Yes, sir. In June 2003, sir, I
18    came home for my sister-in-law's funeral. From
19    that standpoint, sir, when we were there for the
20    funeral, we also were there and I had talked to
21    my brother.
22         Normally when I would come home,
23    sir, my brother would discuss about my career

Page 23

1    plans in the military, what I plan on doing for
2    retirement. And he and I just basically just
3    had a good-time conversation.
4         Also, my brother, sir, and I -- I'm
5    sorry. Can you hear me? Can you understand me?
6         MR. MUDD: Could you slow down a
7    little bit?
8         THE WITNESS: All right. My mother
9    tells me to slow down because I talk too fast.
10         Excuse me. Well, also, I had
11    talked to my brother, and my brother had told me
12    I had to come over to the house to see him like
13    I always do when I come home.
14         Okay. What I did, sir, like I came
15    home, I visited my brother. And my brother and
16    I -- my brother told me that he wanted me to go
17    and I can see the new prison. And so I -- there
18    was a new prison in Union Springs.
19    Q.    **(By Mr. Perry) Okay.**
20    A.    Yes, sir. From that, sir, like my
21    brother and I got -- I went ahead and I got in
22    his van. I'm still too fast?
23    Q.    **That's all right. Let me ask you**

Page 24

1    this.
2    A.    Okay.
3    Q.    **You're talking about the van that**
4    **was involved in the accident in October 2003.**
5    **You and your brother got into the van?**
6    A.    Yes, sir.
7    Q.    **And he was driving?**
8    A.    Yes, sir.
9    Q.    **Had you ever ridden in that van**
10    **before then?**
11    A.    Yes, sir. But the reason why, sir,
12    that we did go ahead like and ride the van
13    because like my brother was going ahead and
14    taking my father to his first baseball game in
15    Atlanta, Georgia.
16    Q.    **Okay. Let's take it one leg at a**
17    **time.**
18    A.    Oh, I'm sorry.
19    Q.    **That's all right. When you and**
20    **your brother got into the van --**
21    A.    Yes, sir.
22    Q.    **-- to go to see the prison, was**
23    **your -- did you say your father-in-law?**

6 (Pages 21 to 24)

FOSHEE & TURNER COURT REPORTERS

Page 25

1    A.    No, sir.
2    Q.    His father?
3    A.    Our father.
4    Q.    Right. Your father. Harrison,
5    Sr.?
6    A.    Yes, sir.
7    Q.    You were going to take him to his
8    first baseball game in Atlanta?
9    A.    Yes, sir.
10    Q.    So, when you got into the van to go
11    to see the prison, was your father in the van
12    with you?
13    A.    No, sir, he was not.
14    Q.    Was that trip going to be sometime
15    later on?
16    A.    Yes, sir.
17    Q.    Okay. So, you get into the van to
18    go to see the prison. As of that point, has
19    your brother said anything to you about
20    experiencing any problems with the van or the
21    way it was driving?
22    A.    No, sir. As a matter of fact, sir,
23    we were riding in the van, sir, and we were just

Page 26

1    driving. And as a matter of fact, sir, that's
2    when I heard a noise, sir, coming from the van.
3    Q.    Okay.
4    A.    But then also, sir, the van started
5    shaking.
6    Q.    So, you heard a noise, and the van
7    started shaking?
8    A.    Yes, sir.
9    Q.    Okay. At that point did your
10    brother say whether or not he had experienced
11    that feeling in the van before? Did he say
12    anything about it?
13    A.    No, sir. The only thing my brother
14    had did, at that time, sir, my brother had took
15    his foot off the accelerator, and then the van
16    slowed -- and the van slowed down.
17    Q.    Okay.
18    A.    Yes, sir. And then from that my
19    brother had said he was going to go ahead and --
20    he had noticed a sign that said Union Springs.
21    My brother said he was going to go ahead like
22    and take the van to a shop called Mays Brothers.
23    Q.    Okay.

Page 27

1    A.    Yes, sir. Now, from that, sir,
2    that's when -- after it slowed down, the shaking
3    stopped.
4    Q.    Okay.
5    A.    Yes, sir. But then from that
6    standpoint is when he went and pulled the van in
7    to Mays Brothers, sir.
8    Q.    Now, on what road were y'all on
9    when you started hearing this noise and noticing
10    the shaking?
11    A.    I don't know. I don't recall, sir.
12    Q.    Was it interstate?
13    A.    No, sir. When we -- when we left,
14    sir, we were driving on Vaughn Road. We just
15    drove out Vaughn Road going down.
16    Q.    Okay.
17    A.    Yes, sir.
18    Q.    How long had you been driving when
19    you started hearing the noise and feeling the
20    shaking?
21    A.    I would say, sir -- if I can
22    recall, I want to say between 45 minutes to an
23    hour, sir.

Page 28

1    Q.    All right. And then after you
2    heard the noise and noticed the shaking, how
3    long did it take you to get from that point to
4    the service station that you went to?
5    A.    Actually, sir, I don't know.
6    Q.    Okay. You know, I'm not sure
7    whether I just asked you how far or how long.
8    But if I did, I apologize.
9    Do you know how far you went?
10    A.    No, sir, I do not.
11    Q.    Do you know how long it took time
12    wise?
13    A.    No, sir.
14    Q.    All right. Did the shaking and
15    noise ever come back before you got to the
16    service station? In other words, you said once
17    he slowed down, it went away?
18    A.    Yes, sir.
19    Q.    Did it come back at any point
20    before you got to the service station?
21    A.    No, sir.
22    Q.    So, tell me what happened. You get
23    to the service station?

7 (Pages 25 to 28)

FOSHEE & TURNER COURT REPORTERS

Page 29

1    A.    Yes, sir.
2    Q.    Did you get out?
3    A.    We both got out, sir.
4    Q.    Who went to talk to the people?
5    A.    My brother did, sir.
6    Q.    And tell me what he said.
7    A.    As a matter of fact, I don't know
8    what he said, sir, because like when we both got
9    out of the vehicle, all I did, sir, was like --
10   I just like stood there and was looking around
11   at the time.
12   Q.    So --
13   A.    Yes, sir.
14   Q.    -- you weren't present then where
15   you could hear what was being said between him
16   and the person at the service station; is that
17   right?
18   A.    Correct, sir.
19   Q.    Tell me what happened next from
20   your perspective.
21   A.    From that standpoint, sir, as I
22   said, I was standing around looking at the town.
23   I was just looking around at the area where I

Page 30

1    was. And from there, sir, like that's when a
2    gentleman had already took the van and they put
3    it on a lift.
4    Q.    Okay.
5    A.    Yes, sir.
6    Q.    All right. Now, this was inside or
7    outside? The lift I'm assuming was inside?
8    A.    Yes, sir.
9    Q.    Were you inside when the van got
10   put up on the lift?
11   A.    No, sir, I was not.
12   Q.    Did you ever talk to anyone at the
13   service station?
14   A.    No, sir, I did not.
15   Q.    Did you ever hear any conversation
16   between your brother and anyone at the service
17   station?
18   A.    No, sir.
19   Q.    Did your brother tell you what he
20   said to the people at the service station?
21   A.    Well, sir, like when we got back in
22   the van, my brother had said that he had
23   mentioned to the people about the shaking sound.

Page 31

1    Yes, sir, about the rattling sound.
2        But then my -- but then my brother
3    had said that the person that he had talked to
4    said that they couldn't find anything.
5    Q.    Okay.
6    A.    Yes, sir.
7    Q.    Now, when you heard the shaking --
8    or when you felt the shaking and you heard the
9    noise, could you tell where it was coming from
10   in the van?
11   A.    It was from the back, sir, but I
12   don't know exactly where it was coming from.
13   Q.    Could you tell whether it was back
14   right, back left, back center? Could you tell
15   at all?
16   A.    No, sir.
17   Q.    In your mind, did you form a
18   judgment as to where the noise was coming from
19   or where the shaking was coming from?
20   A.    What do you mean, sir, in my mind
21   did I form a --
22   Q.    Yes, sir. In other words, when you
23   went up -- when you and your brother arrived at

Page 32

1    the service station, did you have in your mind
2    what you thought may have been causing the noise
3    you were hearing or what you thought may have
4    been causing the shaking that you were feeling?
5    A.    No, sir.
6    Q.    You didn't have any idea what it
7    was?
8    A.    No, sir, I did not.
9    Q.    Did you -- from what you could
10   tell, do you know whether your brother had any
11   judgment in his mind as to what was causing the
12   noise or the shaking?
13   A.    No, sir, I do not.
14   Q.    Did he ever say I think it might be
15   this or I think it might be that or anything
16   like that?
17   A.    No, sir.
18   Q.    Did he tell you whether the people
19   at the service station gave any indication of
20   what the possible culprits or causes could have
21   been for the noise on the one hand or the
22   shaking?
23   A.    No, sir.

8 (Pages 29 to 32)

FOSHEE & TURNER COURT REPORTERS

Page 33

1    Q.    So, from your standpoint when you
2    were out there -- and you said looking around at
3    the town?
4    A.    Yes, sir.
5    Q.    Okay. Could you see what the
6    people inside the service station were doing?
7    A.    No, sir, I did not.
8    Q.    You just saw it up on a lift?
9    A.    Yes, sir.
10   Q.    Do you have any idea what they may
11   have checked?
12   A.    No, sir.
13   Q.    Did your brother ever express to
14   you his belief or his firsthand knowledge of
15   what they may have checked while that vehicle
16   was in the service station?
17   A.    No, sir.
18   Q.    So, is it fair to say then that
19   there was a vibration and a shaking that you
20   felt in the van with your brother. You had know
21   idea what it was. Y'all took the van to a
22   service station. You have no idea what, if
23   anything, they may have checked, but at some

Page 34

1    point you guys got back into the van.
2    Is that right?
3    A.    Yes, sir.
4    Q.    Now, when you got back into the van
5    to drive back to -- Montgomery?
6    A.    No, sir. From that standpoint,
7    sir, we went ahead like and drove by the prison.
8    Q.    Okay.
9    A.    Yes, sir.
10   Q.    And after you left the prison,
11   where did you go?
12   A.    That's when we came back to
13   Montgomery.
14   Q.    Did you feel that feeling again?
15   A.    No, sir.
16   Q.    Did hear the noise again?
17   A.    No, sir.
18   Q.    So, it just went away?
19   A.    Well, it -- we didn't hear it
20   again, sir. So, when you say went away.
21   Q.    Okay. Fair enough. Do you know
22   whether the people at the service station
23   attempted any sort of repair?

Page 35

1    A.    I'm sorry, sir. Say that again.
2    Q.    Do you know whether they attempted
3    any repair? I think you told me --
4    A.    Well, sir, when you say do I know
5    because like I -- I'll say it again. Like I
6    wasn't like looking at the van like to see what
7    they were doing to it.
8    Q.    Yes, sir. So, you don't know?
9    A.    No, sir.
10   Q.    I think you said, though, your
11   brother said they checked and they didn't see
12   anything wrong with it?
13   A.    Yes, sir.
14   Q.    But if I took it a step further and
15   said do you know whether they repaired it in any
16   fashion, your response to that would be?
17   A.    Again, I don't know, sir.
18   Q.    Don't know. From the time your
19   brother got out of the vehicle to go up and talk
20   to the people at the service station, from that
21   point, did you and your brother have anymore
22   discussion about this sound or vibration?
23   A.    No, sir.

Page 36

1    Q.    That's the last you've ever talked
2    to him about it?
3    A.    Yes, sir.
4    Q.    Do you know one way or the other
5    whether that sound or that shaking ever came
6    back in that vehicle?
7    A.    No, sir, I don't.
8    Q.    Now, I would have some questions
9    about -- in more detail about who, what and
10   where with respect to the service station.
11   A.    Yes, sir.
12   Q.    I'm not going to cover that now
13   with the understanding that somebody else
14   probably will.
15   A.    Yes, sir.
16   Q.    And then if not, I'll come back to
17   it after the other lawyers have asked their
18   questions.
19   A.    Yes, sir.
20   Q.    You said you had ridden in this
21   vehicle prior to this particular occasion; is
22   that correct?
23   A.    Yes, sir.

9 (Pages 33 to 36)

FOSHEE & TURNER COURT REPORTERS

Page 37

1    Q.    When was the last time prior to
2  June of 2003 that you had ridden in the vehicle?
3    A.    I don't know exactly the year, but
4  I know I have ridden in the van, sir, like going
5  to church before.
6    Q.    Okay.
7    A.    Yes, sir.
8    Q.    Can you say whether you rode in it
9  on any other occasion in 2003 prior to that?
10    A.    In 2003?
11    Q.    Yes, sir.
12    A.    Yes, sir.  On one occasion.  Like I
13  say, basically from -- just like riding around
14  in town.
15    Q.    Would that have been -- you told me
16  you were home in March 2003?
17    A.    That's correct, sir.
18    Q.    Do you know whether you rode in it
19  in March of 2003?
20    A.    As a matter of fact, sir, that was
21  for my brother-in-law's funeral.
22    Q.    All right.  Let me make it easier
23  on you.  Starting at June 2003 and looking back,

Page 38

1  say for the last five years leading up to that,
2  going back to June of '98, can you just give me
3  an estimate of how many times you think you may
4  have ridden in that vehicle?
5    A.    Like I say, again, when I came
6  home, sir, for the funeral in March 2003, I rode
7  it in then.
8    Q.    Just one time?
9    A.    Yes, sir.  That was like -- it was
10  twice, sir, in 2003 because like it was -- it
11  was during both -- when I came for both
12  funerals, sir, in the year 2003.  Yes, sir.
13    Q.    So, that's two times?
14    A.    Yes, sir.
15    Q.    Prior to June of 2003?
16    A.    It was June 2003, sir, and also in
17  March 2003.
18    Q.    Two times in 2003?
19    A.    Yes, sir.
20    Q.    Any other times you can think of
21  that you had ridden in it in the five years
22  prior to June 2003?
23    A.    In the five years prior.  Yes, sir.

Page 39

1  I want to say -- but I'm not sure because I know
2  like for a fact when going for revival -- or
3  when I was -- like for revival, going to the
4  church, I recall riding in it, sir, in either
5  two thousand -- it was either 2001 or 2002.
6    Q.    So, maybe a handful of times in
7  that -- those five years?
8    A.    Yes, sir.
9    Q.    And as I understood your earlier
10  testimony, you never drove the van; is that
11  right?
12    A.    No, sir.
13    Q.    Am I correct?
14    A.    I never drove the van.
15    Q.    Fair enough.  Did you ever inspect
16  any aspect of the van?  I know you said you
17  never inspected the tires.  What about any other
18  aspect of the van, did you personally ever
19  inspect it?
20    A.    No, sir.
21    Q.    From your firsthand information do
22  you know whether the subject of tires was ever
23  discussed while your brother was at the service

Page 40

1  station in June 2003 having the vehicle checked?
2    A.    No, sir, I do not.
3    Q.    All right.  Have you talked to
4  anyone who was at the scene of this accident?
5    A.    No, sir.
6    Q.    Do you know anyone who was at the
7  scene?
8    A.    No, sir.
9         MR. STRICKLAND:  Are you asking
10  about people or his family members?
11         MR. PERRY:  Yeah.  I mean,
12  obviously folks who were in the vehicle were
13  there.
14         MR. STRICKLAND:  Okay.
15         THE WITNESS:  I'm sorry.  Could
16  you --
17    Q.    (By Mr. Perry)  Other than people
18  who were in the vehicle, do you know of anyone
19  else who was at the accident scene?
20    A.    No, sir.
21    Q.    And have you talked to any of your
22  family members about what happened in the
23  accident sequence?

10 (Pages 37 to 40)

FOSHEE & TURNER COURT REPORTERS

Page 41

1    A.    Well, since then, sir, like
2 relative to discussion, it's like what I had
3 heard. I received a phone call. In October
4 2003, I received a phone call from my
5 sister-in-law who informed me that there was an
6 accident, that my father -- that my father and
7 my brother were killed and that the van had
8 turned over and then they were killed.
9          So, that was the extent of the
10 accident. That's what I knew about it.
11    Q.    Okay. That's the only discussion
12 you ever had with anybody about what happened?
13    A.    Yes, sir.
14    Q.    Let me go back to June of 2003.
15 This noise that you say you heard, had you ever
16 heard a noise that like that before?
17    A.    No, sir.
18    Q.    How about the feeling of shaking
19 that you described, have you ever felt anything
20 like that before?
21    A.    No, sir.
22    Q.    And I don't know that we can put it
23 on any sort of chart or grid, but if you were

Page 42

1 trying to describe the severity of the shaking
2 with on the one hand you have ten being a
3 feeling like the van was about to come apart or
4 on the other end one where it was just light,
5 like running over a bump, a slight bump, where
6 would you put it on that continuum?
7          MR. STRICKLAND: Object to the
8 form.
9          THE WITNESS: I'm not an expert,
10 sir, to --
11    Q.    (By Mr. Perry) Just from what you
12 felt. In your mind when you felt the shaking,
13 did it feel like to you that something bad was
14 about to happen, or was it just more of what you
15 may have thought of as being a disturbance in
16 the ride?
17          MR. STRICKLAND: Object to the
18 form.
19          THE WITNESS: No, sir. It was an
20 uneasy feeling, sir, an uneasy shake. It was a
21 rough shake. I don't know what it was.
22    Q.    (By Mr. Perry) Okay.
23    A.    Yes, sir.

Page 43

1    Q.    But it was something that you felt
2 was significant enough to have it checked?
3    A.    Yes, sir.
4    Q.    Would you have been comfortable if
5 that feeling had continued in driving the
6 vehicle on the interstate?
7    A.    Yes, sir.
8    Q.    You would have?
9    A.    Yes, sir.
10    Q.    Even with that feeling?
11    A.    Well, sir, like I said at the time
12 that it was shaking, it was like I didn't know
13 what was going on, but I felt as though like
14 that something wasn't -- wasn't right.
15    Q.    Right.
16    A.    But like I say, again, I'm not an
17 expert, sir, so -- that's why we took it to the
18 shop.
19    Q.    But assume for me, though, that you
20 hadn't gone to the shop --
21    A.    Yes, sir.
22    Q.    -- and that feeling that happened
23 continued.

Page 44

1    A.    Yes, sir.
2    Q.    Would you have been comfortable
3 driving the vehicle on the interstate at
4 interstate speeds with that shaking feeling that
5 you described?
6    A.    Yes, sir. Because like -- again,
7 sir, like when it was shaking, you know, like --
8 and then like I had, you know, an uneasy
9 feeling. But then when it stopped --
10    Q.    Right. But I'm saying --
11    A.    Okay.
12    Q.    -- let's assume that it didn't
13 stop. Let's assume that it had stayed.
14    A.    Uh-huh (affirmative).
15    Q.    If that feeling had remained in the
16 vehicle, would you have been comfortable driving
17 the vehicle down the interstate with that
18 shaking feeling in it?
19    A.    If it had occurred again, is what
20 you're saying?
21    Q.    Yeah. If it had continued. If it
22 hadn't gone away and you hadn't gone to the
23 service station, but you were just driving down

11 (Pages 41 to 44)

FOSHEE & TURNER COURT REPORTERS

Page 45

1  the road and the vehicle started shaking --
2      A.    Yes, sir.
3      Q.    -- in that fashion, would you have
4  been comfortable driving at interstate speeds
5  with that shaking feeling?
6      A.    At interstate speeds like 55 or 70
7  miles an hour?
8      Q.    Sixty to 70 miles an hour, yes,
9  sir.
10     A.    Yes, sir.
11     Q.    You would have?
12     A.    Yes, sir.
13     Q.    So, even if -- even during that
14  feeling itself, even if it were shaking while
15  you were driving down the interstate, you still
16  would have been comfortable with it?
17     A.    Oh, no, sir.
18     Q.    That's my question.
19     A.    Okay. I'm sorry, sir.
20     Q.    Yeah. If it had continued, if that
21  shaking feeling had continued --
22     A.    Yes, sir.
23     Q.    -- would you have been comfortable

Page 46

1  driving the van with that shaking feeling in it
2  at interstate speeds?
3      A.    No, sir.
4      Q.    So, whether we can put it on a
5  continuum or not, the bottom line is that the
6  feeling was such that before you would have been
7  willing to drive it interstate speeds, you would
8  have gotten it checked out?
9      A.    Yes, sir.
10     Q.    Did they go to Georgia to the game?
11     A.    Yes, sir.
12     Q.    When did they go?
13     A.    To be honest with you, sir, I don't
14  recall. I know that they were supposed to had
15  gone in the month of June.
16     Q.    Did they take the van to your
17  knowledge?
18     A.    Yes, sir.
19     Q.    While you were at the service
20  station, did you see anybody put any air in the
21  tires?
22     A.    No, sir, I did not.
23     Q.    Have you ever seen anyone put any

Page 47

1  air in the tires on that van?
2      A.    No, sir.
3      Q.    In addition to shaking, was the
4  vehicle moving in any unusual manner when you
5  noticed the noise and vibration?
6      A.    The vehicle was rolling. What do
7  you meaning moving?
8      Q.    Well, I don't know. You said it
9  was shaking, right?
10     A.    Yes, sir.
11     Q.    Did that affect the path of the
12  vehicle at all?
13     A.    No, sir.
14     Q.    It did not?
15     A.    No, sir.
16         MR. PERRY: Okay. That's all.
17         THE WITNESS: Yes, sir.
18         MR. KING: I'm going to defer for
19  now. I may not have any.
20  EXAMINATION BY MR. MONTELEONE:
21     Q.    What is a -- what's an NCO in the
22  Navy addressed as?
23     A.    An NCO, sir, is -- it all depends

Page 48

1  on what branch. You're talking about the Navy
2  branch, sir?
3      Q.    Well, for example --
4         MR. STRICKLAND: You want to know
5  what he does?
6      Q.    (By Mr. Monteleone) Well, no.
7  What I want to know is this. I know when you
8  call somebody by their title and last name in
9  the other branches for NCO, it's sergeant.
10     A.    Okay.
11     Q.    If I wanted to talk to you, what do
12  I call you?
13     A.    You would call me petty officer
14  first class.
15     Q.    Okay. Petty Officer First Class
16  Johnson, I'm Brenton Monteleone. I represent
17  TRW, one of the defendants.
18     A.    Yes, sir.
19     Q.    Do you know if the seat belts in
20  the front two seats of the van were original to
21  the van?
22     A.    No, sir.
23     Q.    You had ridden in the van, but

12 (Pages 45 to 48)

FOSHEE & TURNER COURT REPORTERS

Page 49

1  never driven it, correct?
2      A.    Correct, sir.
3      Q.    Did you ride in any of the front
4  seat -- in the passenger front seat?
5      A.    I'm sorry, sir. Say it again,
6  please.
7      Q.    When you rode in the van --
8      A.    Yes, sir.
9      Q.    -- did you ever ride in the right
10 front passenger seat?
11     A.    Yes, sir.
12     Q.    Did you ever have any problems with
13 that seat belt?
14     A.    No, sir.
15     Q.    Did you -- I know you said earlier
16 that you have never personally inspected
17 anything on the van, but I want to ask you
18 specifically if you've ever in any way inspected
19 any of the seat belts in the front two seats?
20     A.    No, sir.
21     Q.    Have you heard anybody say whether
22 or not your brother, Frank Johnson, Sr., was
23 buckled up at the time of the accident?

Page 50

1      A.    I'm sorry, sir. Say it again,
2  please. Have I ever heard anyone say --
3      Q.    Has anybody told you that they saw
4  Frank Johnson, Sr. having been buckled up in his
5  seat belt at the time of the accident?
6      A.    To recall that. I want to say,
7  yes, sir. But no one told me personally that he
8  was -- that he was in a seat belt.
9          But his normal practice, sir, of
10 getting into the vehicle was always to put on a
11 seat belt.
12     Q.    And, of course, you don't have any
13 direct personal knowledge --
14     A.    No, sir.
15     Q.    -- your own observation as to
16 whether your brother or Mrs. Yvonne Johnson were
17 buckled up at the time of the accident, correct?
18     A.    No, sir.
19     Q.    But has anybody told you that they
20 saw that your brother was buckled up?
21     A.    No, sir.
22     Q.    Has anybody told you that Mrs.
23 Yvonne Johnson was buckled up at the time of the

Page 51

1  accident?
2      A.    No, sir.
3      Q.    Do you have any information that
4  any of the two seat belts in the front seats of
5  the van at any time malfunctioned in any way?
6      A.    No, sir.
7          MR. MONTELEONE:  I'll pass the
8  witness.
9  EXAMINATION BY MR. MUDD:
10     Q.    It's Wayne, is that correct?
11     A.    Yes, sir.
12     Q.    I'm just going to call you Wayne if
13 that's all right with you.
14     A.    Yes, sir.
15     Q.    I'm Bill Mudd. I represent a
16 company called Phil Owens Used Cars. What is
17 your full legal name?
18     A.    My full legal name, sir, is Petty
19 Officer First Class Wayne A. Johnson.
20     Q.    Wayne A., as in apple?
21     A.    Yes, sir.
22     Q.    What does the A stand for?
23     A.    Antonio, sir. A-N-T-O-N-I-O.

Page 52

1      Q.    And what is your date of birth?
2      A.    My date of birth, sir, is October
3  22nd, 1963.
4      Q.    And your Social Security number?
5      A.    Being in the military, sir, I don't
6  question them about that.
7      Q.    All right. Do you have a Social
8  Security number?
9      A.    Yes, sir, it is. It's 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.
10     Q.    And what is the address that you
11 call home presently?
12     A.    The address I call home, sir, is
13 416 West Jeff Davis Avenue.
14     Q.    Do you have any type of auto
15 mechanic training?
16     A.    No, sir.
17     Q.    You've never sold vehicles?
18     A.    No, sir.
19     Q.    Never worked with a company that
20 manufactured vehicles or vehicular components?
21     A.    Repeat that. Explain that.
22     Q.    Have you ever worked with a company
23 that made automobiles or vehicles?

13 (Pages 49 to 52)

FOSHEE & TURNER COURT REPORTERS

Page 53

1    A.    No, sir.
2    Q.    Or component parts for cars?
3    A.    Yes, sir.  Well, as I said earlier,
4    sir, when I worked at --
5    Q.    The warehouse, right?
6    A.    Yes, sir, at TPS warehouse.  They
7    sold automotive parts, sir.
8    Q.    But they didn't make them?
9    A.    No, sir.
10    Q.    Okay.  They distributed parts?
11    A.    Yes, sir.
12    Q.    You've never been employed by a
13    company that manufactured parts for vehicles,
14    correct?
15    A.    No, sir.
16    Q.    Have you ever been in a vehicle
17    that was moving and you felt like the tires were
18    out of balance?  Do you know what out of balance
19    tires, what that refers to or what that --
20    A.    I know what it refers to, sir, but
21    like --
22         MR. PERRY:  Object to the form of
23    the question.

Page 54

1    Q.    (By Mr. Mudd) Go ahead.  You can
2    answer.  He's just doing his deal.
3    A.    What do you mean?  I'm lost here.
4    Q.    Just ignore it.
5         MR. STRICKLAND:  What happens is he
6    objects to the question because there's
7    something wrong with the question or he doesn't
8    like the question.
9         THE WITNESS:  Yes, sir.
10         MR. STRICKLAND:  But it doesn't
11    affect your ability to answer.  Or there may be
12    other reasons he objects.
13         THE WITNESS:  All right.
14         MR. STRICKLAND:  But you're going
15    to hear people object.
16         THE WITNESS:  All right.
17         MR. STRICKLAND:  And you still
18    answer the question.
19         THE WITNESS:  Yes, sir.  Okay.
20    Sorry.  I didn't know.
21    Q.    (By Mr. Mudd) It's okay.  Have you
22    ever given a deposition, which is what you're
23    doing right now, before?

Page 55

1    A.    No, sir.
2    Q.    All right.  My question is have you
3    ever been in a vehicle when it was moving and
4    either you concluded or somebody else concluded
5    that the tires of that vehicle were out of
6    balance?
7    A.    No, sir.
8    Q.    Do you know what the balancing of
9    tires is about, or what that refers to?
10    A.    No, sir.
11    Q.    You've never seen a tire balanced?
12    A.    Well, like I said, I've heard about
13    people taking their tires in to have them
14    balanced, but I've never -- I've never did it
15    before on my vehicles, sir.
16    Q.    All right.  What about alignment,
17    do you know anything about tire alignment?
18    A.    No, sir.  Again, like I said, like
19    I've been in the military, sir.  I'm always on a
20    ship.  And like I don't get a chance to.
21    Q.    Okay.  Well, I'm not limiting your
22    life experiences to being on the water.  Okay?
23    I'm assuming you've been in vehicles over time,

Page 56

1    correct?
2    A.    Yes, sir.  Not lengthy, though,
3    sir.
4    Q.    Have you ever seen tires on a
5    vehicle realigned or aligned?
6    A.    No, sir.
7    Q.    You have no personal experience on
8    balancing or aligning tires obviously, right?
9    A.    Yes, sir.
10    Q.    Have you ever bought tires before?
11    A.    No, sir.
12    Q.    Do you own a vehicle now?
13    A.    Yes, sir, I do.  As a matter of
14    fact, I have two vehicles, sir.  But like during
15    the time frame -- like I said, during my
16    deployment, sir, my wife she buys the tires for
17    the vehicle.
18    Q.    What kind of vehicles do you own?
19    A.    I have a 1993 Toyota Camry, sir,
20    and I have a 2002 Toyota Sequoia.
21    Q.    Is that a pickup?
22    A.    A Sequoia, sir, is a SUV.
23    Q.    And your wife's name is?

14 (Pages 53 to 56)

FOSHEE & TURNER COURT REPORTERS

Page 57

1    A.    Catherine, sir, with a C.
2  C-A-T-H-E-R-I-N-E.
3    Q.    And does she reside at 416 West
4  Jeff Davis?
5    A.    No, sir.  She's at 322 West Jeff
6  Davis, sir.
7    Q.    And y'all have children?
8    A.    Yes, sir.  We have two children.
9    Q.    How many?  What are their ages?
10    A.    My daughter, who is Semeah Johnson,
11  S-E-M-E-A-H, will be 16 this year in August,
12  sir.
13    Q.    And the other child?
14    A.    And my son is Kouri, K-O-U-R-I,
15  Kouri Johnson.  Kouri will be 12, sir, in April.
16    Q.    When you were in the van that we're
17  about here about today --
18    A.    Yes, sir.
19    Q.    -- back in June of '03 --
20    A.    Yes, sir.
21    Q.    -- with your brother on the way to
22  some correctional facility, I believe in Union
23  Springs, Alabama?

Page 58

1    A.    Yes, sir.
2    Q.    That's what y'all -- that's where
3  you were going, right?
4    A.    Yes, sir.
5    Q.    You can't tell us the particular
6  road or highway y'all were on when you heard
7  this noise and felt this -- whatever it was,
8  vibration or this shaking --
9    A.    That's correct.
10    Q.    -- right?
11    A.    Yes, sir.
12    Q.    But just the two of you in the van?
13    A.    Yes, sir.
14    Q.    And I'm assuming it was in the
15  daytime y'all were going over there?
16    A.    Yes, sir.
17    Q.    And was the roadway dry when this
18  experience happened?
19    A.    Yes, sir.
20    Q.    How fast from your best judgment
21  did the van -- or was the van going when you
22  heard the noise start?
23    A.    My brother was obviously doing the

Page 59

1  speed limit, sir.  I would say between 50 or 55
2  miles an hour, sir.
3    Q.    All right.  That leads me to
4  believe y'all were not on an interstate when you
5  heard the noise, correct, because it would be
6  probably 70 miles an hour?
7    A.    Yes, sir.
8    Q.    So, y'all were on a state or county
9  road then?
10    A.    It was like a single road, sir.
11  Like one vehicle was coming this way, and there
12  was another vehicle going the other way.
13    Q.    And y'all were going from
14  Montgomery to Union Springs, right?
15    A.    Yes, sir.
16    Q.    And you go out, you said, Vaughn
17  Road?
18    A.    Yes, sir.
19    Q.    Okay.  Did the shaking -- what's
20  the right word, vibration, shaking?  What's the
21  right term for what you experienced that was
22  non-noise in nature?
23    A.    Vibrating, sir.

Page 60

1    Q.    Did the vibrating start when the
2  noise started?
3    A.    As a matter of fact, sir, the noise
4  had started, sir, right -- right before the
5  vibrating started.
6    Q.    All right.  And the noise sounded
7  like what?
8    A.    The noise sounded like -- it was a
9  clacking sound, sir.
10    Q.    A clacking sound?
11    A.    Yes, sir.
12    Q.    Like --
13    A.    If I could say the word "clacking."
14    Q.    You can say the word "clacking."
15  You said the word "clacking."
16    A.    Yes, sir.
17    Q.    So, it was not like a hum?
18    A.    No, sir.
19    Q.    Not like a whir or a screeching --
20  a metal on metal.  It was a clacking sound?
21    A.    Yes, sir.
22    Q.    A repetitive sound?
23    A.    Yes, sir.

15 (Pages 57 to 60)

FOSHEE & TURNER COURT REPORTERS

Page 61

1    Q.    And how long did that sound last?
2    A.    I don't know how long it lasted,
3  sir. You mean like within the time frame of
4  what to what, sir?
5    Q.    Well, did the sound last for five
6  seconds or for a couple of minutes, or do you
7  have a judgment how long you heard this clacking
8  noise?
9    A.    I'll say, sir, for a few minutes,
10  sir.
11    Q.    A few minutes?
12    A.    Yes, sir.
13    Q.    And the vibration, how long did you
14  experience that in your best judgment?
15    A.    The same thing, sir. A few
16  minutes, sir.
17    Q.    Okay. And after a few minutes, did
18  your brother then slow the van, the speed of the
19  van down, by taking his foot off the
20  accelerator?
21    A.    Yes, sir, he did.
22    Q.    And then when the van got to a
23  slower speed, then did the clacking sound stop?

Page 62

1    A.    Yes, sir.
2    Q.    And did the vibration stop?
3    A.    Yes, sir.
4    Q.    Do you know what speed the van got
5  down to when those two things stopped?
6    A.    Well, yes, sir. As a matter of
7  fact, my brother said -- like he had slowed it
8  down. He said it was -- it was under 40 miles
9  an hour.
10    Q.    Did y'all continue to drive at that
11  reduced speed until you got to May -- is it May
12  or Mays? Mays Brothers? Do you understand what
13  I'm saying?
14    A.    Yes, sir. Under 40 miles an hour,
15  yes, sir.
16    Q.    Okay. And later that day did y'all
17  ever go faster than 40 miles an hour?
18    A.    Well, sir, as a matter of fact,
19  sir, like after left there, sir --
20    Q.    Yeah. Mays Brothers?
21    A.    Yes, sir. Mays Brother. Like he
22  went ahead and put it back on the road. And
23  then like he drove it 40, drove to up to 45,

Page 63

1  back up 55 miles an hour, sir. And we didn't --
2  it was no more shaking, no more noises.
3    Q.    And that would be from Mays
4  Brothers to the state correctional facility,
5  y'all did not have any clacking or vibration?
6    A.    No, sir.
7    Q.    And y'all had reached the same type
8  of speed you had reached earlier in the day when
9  you did hear the clacking --
10    A.    Yes, sir.
11    Q.    -- and felt the vibration?
12    A.    Yes, sir.
13    Q.    And then from the correctional
14  facility back to Montgomery, y'all achieved the
15  faster speed that you mentioned earlier, and
16  y'all did not hear the clacking or experience
17  the vibration?
18    A.    Yes, sir.
19    Q.    Did your brother ever complain to
20  you at any point in time about the conversion
21  van, anything about it?
22    A.    No, sir.
23    Q.    Have you ever owned a conversion

Page 64

1  van yourself?
2    A.    No, sir.
3    Q.    Do you know if your brother took
4  the van --
5    Before this accident happened and
6  after y'all had been to Mays Brothers this day
7  in June of '03, do you know if your brother took
8  the van anywhere else to have anybody look at it
9  about any of the clacking noise or vibration?
10    A.    No, sir, I don't.
11    Q.    Have you told us everything you
12  know about what happened at this Mays Brothers
13  place the day y'all were there?
14    A.    Yes, sir, I have.
15    Q.    Everything you saw, everything you
16  may have heard somebody say?
17    A.    Yes, sir.
18    Q.    I'm assuming that you don't have a
19  clue what Phil Owens Used Cars is, do you?
20    A.    What's that, sir?
21    Q.    Phil Owens Used Cars, does that
22  mean anything to you?
23    A.    No, sir.

16 (Pages 61 to 64)

FOSHEE & TURNER COURT REPORTERS

Page 65

1    Q.    Never been there?
2    A.    No, sir.
3    Q.    Ever heard of them?
4    A.    No, sir.
5    Q.    Never talked to them?
6    A.    No, sir.
7    Q.    You've never communicated with them
8    in any way? We got all these different ways to
9    communicate now. E-mail?
10   A.    No, sir.
11   Q.    Faxes. No communications with Phil
12   Owens Used Cars?
13   A.    No, sir.
14         MR. MUDD: Okay. I think that's
15   all I've got.
16   EXAMINATION BY MR. MORROW:
17   Q.    I'm Roger Morrow. I represent
18   Maypole Chevrolet.
19   A.    Yes, sir.
20   Q.    And, again, we're asking questions
21   without waiving our jurisdictional defenses.
22         MR. STRICKLAND: Y'all enacted that
23   already. It's noted.

Page 66

1    Q.    (By Mr. Morrow) The same questions
2    that you just answered, I'm going to ask your
3    Maypole Chevrolet. Do you know anything about
4    Maypole Chevrolet?
5    A.    No, sir.
6    Q.    Before today had you ever heard of
7    Maypole Chevrolet?
8    A.    No, sir.
9    Q.    Had you ever discussed with your
10   brother anything about Maypole Chevrolet?
11   A.    No, sir.
12   Q.    Did your brother ever discuss with
13   you any details concerning his purchase of the
14   van at issue?
15   A.    No, sir.
16   Q.    All right. Do you know anything
17   about what he did or may not have done
18   concerning purchasing the van?
19   A.    No, sir.
20   Q.    Basically, what are your duties or
21   classification? What do you do in the Navy?
22   A.    Well, sir, I work for the Navy
23   chaplain. And coming back from -- I'm now in

Page 67

1    deployment.
2          When we were in Africa, sir, we
3    visited certain continents or certain countries
4    of Africa like Somalia, Ethiopia. We carried
5    food to the refugees, and we also like provided
6    medical assistance for them as well.
7          Being -- when I'm stationed aboard
8    a ship, sir, we go out to sea and do our
9    six-month deployment, we pull into the various
10   countries and be ambassadors of good will to
11   them, let them know that the U.S. forces are
12   there to make sure that they're not terrorized
13   or anything, looking out for their safety.
14   Q.    Now, it was also mentioned your
15   brother had been in the Air Force, both active
16   and reserve. Do you know what his job
17   assignments, MOS, had been in the Air Force?
18   A.    No, sir.
19         MR. MORROW: Okay. Thank you.
20         THE WITNESS: Yes, sir.
21   EXAMINATION BY MR. TULEY:
22   Q.    Wayne, my name is Jay Tuley, and I
23   represent Mays Brothers, Inc. in this lawsuit

Page 68

1    we're here about today.
2    A.    Yes, sir.
3    Q.    What week in June was it that you
4    were home for this funeral?
5    A.    I don't recall, sir.
6    Q.    Do you know what day of the week it
7    was that you were traveling down to this
8    correctional facility?
9    A.    No, sir.
10   Q.    Do you remember if it was on the
11   weekend or during the week?
12   A.    It was -- as a matter of fact, sir,
13   it was a Friday, sir.
14   Q.    Okay. And it was just you and your
15   brother in the vehicle?
16   A.    Yes, sir.
17   Q.    I think, if I'm not mistaken, going
18   to Union Springs, you go Vaughn Road. You can
19   go Vaughn Road until it hits a T and then you
20   make a left and that will take you into Union
21   Springs.
22         Do you remember that?
23   A.    No, sir, I do not. I just remember

17 (Pages 65 to 68)

Page 69

1  one road, Vaughn Road, sir.
2      Q.    Okay. Do you remember if you were
3  still on Vaughn Road when you heard this shaking
4  or vibration noise?
5      A.    No, sir, I don't.
6      Q.    When you heard the vibration noise,
7  did you and your brother stop the vehicle and
8  get out?
9      A.    No, sir.
10      Q.    You didn't get out and look at the
11  outside or exterior of the vehicle?
12      A.    No, sir.
13      Q.    When you started hearing the noise
14  and feeling the vibration, did your brother say
15  anything to you, or did you say anything to him?
16      A.    Well, no, sir. As a matter of
17  fact, when the clacking started, sir, and then
18  also the vibrating, I looked at my brother. And
19  then I guess that's when my brother went ahead
20  and started slowing the vehicle down, sir. Yes,
21  sir.
22      Q.    So, y'all looked at each other.
23  But was any words actually spoken regarding the

Page 70

1  fact that there was this clacking sound and a
2  vibration?
3      A.    No, sir.
4      Q.    I mean, y'all didn't comment at all
5  on the fact that those noises were taking place?
6      A.    No, sir. As a matter of fact, I
7  didn't say anything to him, sir.
8      Q.    Okay.
9      A.    Because he just looked at me and
10  with the look on his face, that's when he
11  started slowing down.
12      Q.    Okay.
13      A.    Yes, sir.
14      Q.    And after you got down to 40 miles
15  per hour and the noise went away, was there any
16  comments made by either one of you about the
17  fact --
18      A.    Well, no, sir.
19      Q.    -- that the noise had gone?
20      A.    Besides the fact that my brother
21  had said -- like we were down in Union Springs.
22  He said he was going to go ahead and take it in,
23  sir, to Mays Brothers. And he had it looked at.

Page 71

1      Q.    Now, while you were out on the
2  roadway and -- did your brother specifically
3  mention taking it to Mays Brothers, or he just
4  said he was going to take it in to get it looked
5  at?
6      A.    No, sir. He said -- he said -- we
7  were in Union Springs. And he said we were
8  going to take it specifically to Mays Brothers,
9  sir.
10      Q.    Did your brother explain to you how
11  he knew about Mays Brothers?
12      A.    No, sir, he did not.
13      Q.    Did he ever tell you that he had
14  been to Mays Brothers before the day of this
15  accident?
16      A.    No, sir.
17      Q.    I mean, before this day in June?
18      A.    No, sir.
19      Q.    Since that day in June, have you
20  learned that your brother had ever gone to Mays
21  Brothers for any reason with the van or with any
22  other vehicle?
23      A.    No, sir.

Page 72

1      Q.    Where in Union Springs is Mays
2  Brothers located?
3      A.    I don't know, sir.
4      Q.    Describe Mays Brothers, the
5  premises for me. I mean, is it just a repair
6  shop? It is a convenience store? I mean,
7  describe that for me.
8      A.    In detail, sir?
9      Q.    As best you can.
10      A.    As I said, it's just a repair shop,
11  sir. I wouldn't say a repair shop, like -- I
12  guess changing tires. Changing tires to a
13  degree of repairing vehicles.
14      Q.    Okay. But I mean, does it also
15  have like a convenience store/gas station as
16  well, or is it just a repair shop?
17      A.    I didn't notice a convenience
18  store, sir. Like I said, I got -- they got us
19  out the vehicle and I was looking around, not to
20  (inaudible) anything. But I was like, wow, you
21  know, this is a small town. Yes, sir.
22      Q.    Okay.
23      A.    Yes, sir.

18 (Pages 69 to 72)

A Legalink Company * 1933 Richard Arrington Jr. Blvd. S. * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

FOSHEE & TURNER COURT REPORTERS

Page 73

1  Q.   Is there any restaurants or
2  reference points or buildings around Mays
3  Brothers that you can reference or that you saw
4  when you were there that day?
5  A.   No, sir.
6  Q.   And on the premises did you see any
7  type of sign either saying Mays Brothers or
8  anything else out on the exterior of the
9  building where the name of the property or the
10 name of the company was?
11 A.   I don't remember, sir.
12 Q.   You don't remember one way or the
13 other?
14 A.   No, sir.
15 Q.   Do you remember the sign color for
16 the business? Was it red, green, black, gold?
17 A.   No, sir, I don't remember.
18 Q.   The only way you knew you were
19 going to Mays Brothers was the comment your
20 brother made while you were out on the roadway?
21 A.   Yes, sir.
22 Q.   While you were at the premises, did
23 you see any type of name tags on any of the

Page 74

1  employees saying who they worked for?
2  A.   No, sir.
3  Q.   Did you see anything about the
4  location that told you what business was working
5  on your vehicle --
6  A.   No, sir.
7  Q.   -- or your brother's vehicle?
8  A.   I didn't, no, sir.
9  Q.   And I know you didn't hear any
10 comments made by the person that your brother
11 talked to, but can you describe that individual
12 for me?
13 A.   Besides the fact the gentleman --
14 he was Caucasian, sir. Yes, sir.
15 Q.   I mean, can you tell me his age?
16 A.   Not specifically, sir.
17 Q.   Can you give me an estimate of his
18 age?
19 A.   Well, I'm 42, sir. Do I look 42?
20 Q.   But can you give me an estimate as
21 to --
22 MR. PERRY:  No, you sure don't.
23 Q.   (By Mr. Tuley) Can you give me an

Page 75

1  estate of what you thought his age might be, an
2  approximate?
3  A.   The gentleman, sir, Caucasian,
4  between 44 to 50.
5  Q.   About how tall was he?
6  MR. STRICKLAND:  About his age?
7  THE WITNESS:  No offense to anyone.
8  MR. TULEY:  See, that's what I mean
9  about you. Why you got to go start insulting
10 me?
11 MR. STRICKLAND:  He's a lot younger
12 than that. That's the reason I said that.
13 THE WITNESS:  All right.
14 Q.   (By Mr. Tuley) You can't tell me
15 his height --
16 A.   No, sir.
17 Q.   -- or anything like that?
18 And you know the vehicle was driven
19 inside and put up on the lift?
20 A.   Yes, sir.
21 Q.   But you didn't go back there to
22 watch what took place while the vehicle was up
23 on the lift?

Page 76

1  A.   Correct, sir.
2  Q.   And you don't know if anybody at
3  that location looked at the tires?
4  A.   No, sir.
5  Q.   Or rotated the tires or touched the
6  tires in any way?
7  A.   No, sir.
8  Q.   And you don't know the problem that
9  was causing the clacking noise or if it even had
10 anything to do with the tires or not?
11 A.   I don't know that, sir.
12 Q.   How long were you at this location
13 in Union Springs?
14 A.   We were there, sir -- I can say it
15 approximately. But around 40 minutes, sir, if
16 that.
17 Q.   This location, was it on a corner?
18 Was it in the center of a block? Can you tell
19 me about that?
20 A.   No, sir.
21 Q.   Don't know. Did your brother pay
22 any money for whatever took place during his
23 visit at this location?

19 (Pages 73 to 76)

FOSHEE & TURNER COURT REPORTERS

Page 77

1    A.    I don't know, sir.
2    Q.    You didn't see him pay any money?
3    A.    No, sir.
4    Q.    Did you see if your brother got any
5  type of receipt or invoice or work order?
6    A.    No, sir, I did not see that.
7    Q.    I mean, you didn't see him like
8  fold up a sheet of paper and put it his glove
9  compartment or anything like that?
10   A.    No, sir.
11   Q.    Do you know what type of tires were
12 on the vehicle at the time you visited this
13 location in June of 2003?
14   A.    No, sir.
15   Q.    Do you know if the same tires were
16 on the vehicle in June of 2003 that were on
17 there at the time of the accident?
18   A.    No, sir, I don't.
19   Q.    I think somebody asked this. But
20 you don't know if your brother mentioned
21 anything about tires to the people at Mays
22 Brothers?
23   A.    No, sir, I do not.

Page 78

1    Q.    And you don't know if any problems
2  were present with the tires at the time of that
3  visit in June of 2003 or not?
4    A.    I do not, sir.
5    Q.    And if there were, in fact,
6  problems with the tires, you don't know if those
7  tires were visible to the naked eye or not?
8    A.    No, sir.
9    MR. KING:  You need to restate that
10 one.  You said you don't if those tires were
11 visible to the naked eye.  You probably meant to
12 say problems.
13   Q.    (By Mr. Tuley)  Okay.  Yeah.  If
14 there were problems present with the tires, you
15 don't know if those problems were visible to
16 naked eye or not?
17   A.    No, sir, I do not.
18   Q.    Have you ever been back to Mays
19 Brothers since the date of this accident?
20   A.    No, sir, I have not.
21   Q.    Have you ever driven by -- been in
22 Union Springs and driven by Mays Brothers since
23 the date of the accident?

Page 79

1    A.    No, sir.
2    Q.    Do you know if it was the Caucasian
3  individual who looked at the van, or if it was
4  somebody else who looked at it?
5    A.    I do not know, sir.
6    Q.    Do you know if it was the Caucasian
7  individual or someone else who told your brother
8  that they did not find any problems with the
9  van?
10   A.    No, sir.
11   Q.    Did you ride in this van any time
12 later that same week that you were home in June?
13   A.    No, sir.
14   Q.    That one day was the only time you
15 rode in the van?
16   A.    Yes, sir.
17   Q.    And after you left Mays Brothers,
18 you never heard any further noises or problems
19 with the van?
20   A.    Yes, sir.
21   Q.    That's correct?
22   A.    That's correct, sir.
23   Q.    Once you got back into Montgomery

Page 80

1  on your way home from the -- from Union Springs
2  did you have to get onto the interstate to get
3  back to your house?
4    A.    I don't know that, sir.  I remember
5  like the same route that we went down.  I think
6  we took the same route back, but I don't
7  remember, sir.
8    Q.    Okay.  Well, the route you took
9  down there, would you have gotten on the
10 interstate before you got to Vaughn Road?
11   A.    I don't remember, sir.  I don't
12 want to say yes and not be -- I don't remember.
13   Q.    I'm just wondering if you got on
14 the interstate and got the vehicle up to a
15 higher speed, up to interstate speeds, on your
16 way back from Union Springs?
17   A.    Well, sir, we -- on the way back,
18 sir, as I said, like my brother went ahead and
19 increased it back from 40 to 45 to 55 miles per
20 hour.  And it didn't shake anymore.
21   Q.    Okay.  But you don't know one way
22 or the other if he had to get on the interstate
23 to get home from Union Springs?

20 (Pages 77 to 80)

FOSHEE & TURNER COURT REPORTERS

Page 81

1    A.    No, sir.
2    Q.    Do you know if this clacking noise
3  ever came back in between June of 2003 and the
4  time of the accident in October?
5    A.    No, sir.
6    Q.    Are you aware of anyone else who
7  ever heard this clacking type noise while riding
8  in your brother's van?
9    A.    No, sir.
10    Q.    And I know you said you haven't
11  been back to Mays Brothers since the date of
12  this accident, but have you had any
13  conversations or communications with anybody at
14  Mays Brothers since the date of the accident?
15    A.    No, sir.
16    Q.    And you had never been to Mays
17  Brothers before June of 2003 for any reason?
18    A.    Correct, sir.
19    MR. TULEY:  Thank you.
20    THE WITNESS:  Yes, sir.
21  EXAMINATION BY MR. PFLAUM:
22    Q.    I've got just a couple.  All the
23  times that you rode in that van, did you ever

Page 82

1  have any problems with any seat belt that you
2  used?
3    A.    No, sir.
4    Q.    Did you ever hear from anybody in
5  your family, your extended family, about any
6  problems they may have had with any seat belt in
7  that van?
8    A.    No, sir.
9    Q.    As far as you know, every seat belt
10  always worked fine?
11    A.    Yes, sir.
12    Q.    And you also don't have any
13  information about who was or who wasn't wearing
14  a seat belt at the time of the accident?
15    A.    Correct, sir.
16    Q.    I'm sorry?
17    A.    Correct, sir.
18    Q.    And you don't have any information
19  about any seat belt in that van not working as
20  it should at the time of the accident, do you?
21    A.    No, sir.
22    MR. PFLAUM:  Thank you, sir.
23    THE WITNESS:  Yes, sir.

Page 83

1  FURTHER EXAMINATION BY MR. PERRY:
2    Q.    Just one quick follow-up.  When you
3  initially started answering questions for me,
4  you said something tying in a baseball game to
5  y'all's trip on that day when you were going to
6  the prison.
7    A.    Yes, sir.
8    Q.    And I'm not sure we ever completed
9  that connection.
10    A.    Okay, sir.
11    Q.    What was the connection between
12  that trip and the baseball game?
13    A.    Well, sir, like the trip itself,
14  like when my brother and I were going down to
15  Union Springs, it was just basically just to get
16  in the van, just go on a trip and then just ride
17  and talk.
18    But then from that standpoint, my
19  brother -- my brother was going to take my
20  father to his first baseball game up in Atlanta,
21  Georgia to watch the Braves.
22    Q.    Okay.
23    A.    Yes, sir.

Page 84

1    Q.    So, I'm still not sure I see the
2  connection between the game in Atlanta and the
3  trip to the prison.
4    A.    Yes, sir.  Well, no, sir.  The trip
5  to Atlanta was supposed to have been, sir, the
6  next day, that Saturday.
7    Q.    It was supposed to be that next
8  day?
9    A.    Yes, sir.
10    Q.    Okay.  And so did him driving the
11  van on that Friday have anything to do with the
12  fact that he was going to go to the game the
13  following day?  Is that what you're telling me?
14    A.    Well, sir, what I'm saying is that
15  on Friday when we took -- was riding in the van
16  it was just like, you know, normally whenever
17  he'd take a trip.
18    He would go ahead and just go out
19  and just ride.
20    Q.    Okay.
21    A.    Yes, sir.
22    Q.    So, this was an opportunity for him
23  to drive the van before he took it on the road

A Legalink Company * 1933 Richard Arrington Jr. Blvd. S. * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

FOSHEE & TURNER COURT REPORTERS

Page 85

1    to --
2        A.    Yes, sir.
3        Q.    -- the game?
4        A.    Yes, sir.
5        MR. PERRY: Okay. That's all.
6    EXAMINATION BY MR. KING:
7        Q.    I've got just a couple.
8        A.    Yes, sir.
9        Q.    How long were y'all at Mays
10    Brothers?
11        A.    As I said, again, sir, between 40
12    to 45 minutes, sir.
13        Q.    All right. Now, do you have any
14    information that the clacking noise and the
15    vibration that you heard and felt in June had
16    anything at all to do with your brother's
17    accident that happened in October?
18        MR. PERRY: Object to the form.
19        THE WITNESS: I don't know that,
20    sir. I'm not an expert. I don't know.
21        Q.    (By Mr. King) You don't know of
22    any connection?
23        A.    No, sir.

Page 86

1        Q.    And do you have any information
2    that anything Mays Brothers did or didn't do in
3    June had anything at all to do with contributing
4    to your brother's accident in October?
5        A.    No, sir.
6        MR. KING: That's all. Thank you.
7    FURTHER EXAMINATION BY MR. MUDD:
8        Q.    I've got a couple of questions.
9        When is the first time that you
10    talked to anybody about this journey over with
11    your brother to May or Mays Brothers over in
12    Union Springs?
13        A.    I'm sorry, sir. Say it again
14    please.
15        Q.    When is the first time you
16    communicated to anyone about going to this Mays
17    Brothers in Union Springs in June of '03?
18        A.    Talked to anyone as in who, sir?
19        Q.    As in anybody on the planet.
20        A.    Okay. Well --
21        Q.    I mean, at some point somebody --
22    at some point you told somebody we took this van
23    to Mays Brothers --

Page 87

1        A.    Yes, sir.
2        Q.    -- in June of 2003 --
3        A.    Yes, sir.
4        Q.    -- because we -- you know, you told
5    somebody what you've been talking about today,
6    right?
7        A.    Yes, sir.
8        Q.    Who did you talk to about it?
9        A.    My counsel, sir.
10        Q.    When did you -- well, he doesn't
11    represent you, does he?
12        A.    Oh, I apologize. I'm sorry. Will
13    Kelly, sir.
14        Q.    Okay. The lawyer in the room?
15        A.    Yes, sir.
16        Q.    When did you talk with him, the
17    other lawyer?
18        A.    Again, specifically, sir, I don't
19    know the time.
20        Q.    Well, was it after this accident?
21        A.    Yes, sir.
22        Q.    Was it within a week of the
23    accident? And I know -- I'm not asking you for

Page 88

1    the specific day of the week.
2        A.    Yes, sir.
3        Q.    I'm trying to figure out if it was
4    within a few days of the accident as compared to
5    a few weeks from the accident or a few months
6    after the accident.
7        Do you have a judgment, a best
8    judgment?
9        A.    The best judgment, sir, I would say
10    between weeks to a month, sir.
11        Q.    All right. Did you get a phone
12    call from this attorney?
13        A.    No, sir.
14        Q.    Did you get a visit from the
15    attorney?
16        A.    I visited, sir.
17        Q.    And where were you?
18        A.    As a matter of fact, sir, like I
19    was at the hospital with my mother.
20        Q.    In --
21        A.    Well, the hospital or the nursing
22    home. I want to say, sir -- I was either at the
23    hospital or the nursing home, sir.

22 (Pages 85 to 88)

FOSHEE & TURNER COURT REPORTERS

Page 89

1    Q.    In Montgomery, Alabama?
2    A.    Yes, sir.
3    Q.    Where did you come from to go to
4    Montgomery at that point in time?
5    A.    At that point in time, sir, I had
6    came from Quantico, Virginia, sir.
7    Q.    And how long -- well, strike that.
8          When did you go from Quantico,
9    Virginia to come back to Alabama the first time
10   after this accident?
11   A.    After the accident, sir -- I'm
12   sorry. Repeat the question again.
13   Q.    Yeah. This accident happened, and
14   when it occurred --
15   A.    Yes, sir.
16   Q.    -- you were in Virginia?
17   A.    Yes, sir.
18   Q.    Did you travel to Alabama shortly
19   after learning of the accident?
20   A.    Yes, sir.
21   Q.    All right. I'm assuming there were
22   some funeral services and things that you
23   attended?

Page 90

1    A.    Yes, sir.
2    Q.    Did you remain in Alabama for some
3    period of time?
4    A.    Yes, sir. As a matter of fact,
5    after my father and my brother were deceased,
6    sir, I remained in Alabama from -- after the
7    accident had happened and I learned about it,
8    from the month of October, sir, to December,
9    sir.
10   Q.    Were you on any type of a leave --
11   A.    Yes, sir.
12   Q.    -- from the military?
13   A.    Yes, sir. As a matter of fact, my
14   commanding officer at Quantico, Virginia, sir,
15   gave me an extension of leave. What they do is
16   they gave me -- it's a TAD, sir. It's temporary
17   temporary active duty. They assigned me to
18   Maxwell Air Force Base.
19   Q.    Okay.
20   A.    Yes, sir.
21   Q.    To accommodate you and your
22   family's needs?
23   A.    Yes, sir.

Page 91

1    Q.    All right. So, you're in Alabama,
2    and you get a visit from counsel for the
3    plaintiffs. And where did that meeting happen?
4    A.    As a matter of fact, sir, like I
5    said, again, that meeting took place either at
6    the hospital or either at the nursing home.
7    Q.    Okay.
8    A.    Yes, sir.
9    Q.    And what did y'all talk about?
10   A.    Well, the extent of the
11   conversation was asking -- well, first giving
12   condolences to -- for my brother --
13   Q.    Right.
14   A.    -- and also for my father.
15   Q.    Sure.
16   A.    Asked how my mom and all was doing
17   and asked how my sister-in-law was doing.
18   Q.    All right.
19   A.    Yes, sir.
20   Q.    Did the issue of the clacking noise
21   and the vibration and going to Mays Brothers
22   come up during that conversation with that
23   lawyer?

Page 92

1    A.    No, sir. As a matter of fact, not
2    immediately, sir. What had taken place, if I
3    can remember, I was just -- I was informed that
4    he needed to sit down and talk to me about the
5    accident and about what had taken place.
6    Q.    Well, you had absolutely -- and you
7    still have absolutely no firsthand knowledge
8    about how the accident we're here about
9    happened.
10   A.    Right, sir.
11   Q.    In other words, you didn't see it.
12   You weren't there, you know.
13   A.    Yes, sir.
14   Q.    Tell me how the topic of going to
15   Mays Brothers in June of '03 -- I want to know
16   how it came up and to whom it first came up
17   after this accident.
18   A.    Okay. Well, when I was talking to
19   Mr. Kelly, he was saying that my mom needed
20   representation. And so -- and so from there he
21   said like I need to go ahead and try to recall
22   like anything basically like about the -- prior
23   to the accident, sir, like have I ever been in

A Legalink Company * 1933 Richard Arrington Jr. Blvd. S. * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

FOSHEE & TURNER COURT REPORTERS

Page 93

1    the vehicle before.
2        Q.    Okay.
3        A.    Yes, sir.
4        Q.    And you responded, yes, I had been
5    in the vehicle?
6        A.    Yes, sir.
7        Q.    Were you asked if when you were in
8    the van if you had experienced any problems or
9    any kind of unusual events or something like
10   that?
11       A.    Well, sir, like the extent of it at
12   that point, sir, was just like had I ever
13   experienced like anything that was wrong with
14   the vehicle or anything had ever happened to the
15   vehicle. Yes, sir. And that's when I --
16       Q.    And so did you tell this attorney
17   about the clacking noise and the vibration that
18   you've told us about here under oath today?
19       A.    Yes, sir.
20       Q.    But you had never mentioned that to
21   any of your family members until that discussion
22   with this lawyer took place; is that a true
23   statement?

Page 94

1        A.    Yes, sir.
2        Q.    Before you had this discussion with
3    the attorney as you just described it, had you
4    ever, even in your mind, connected this clacking
5    and this vibration with anything to do with the
6    accident involving your dad and your brother?
7        A.    No, sir.
8        Q.    Has anybody told you, anybody on
9    the planet told you, that the clacking and the
10   vibration in June of '03 is somehow connected
11   with this motor vehicle accident on 10-5 of '03?
12       A.    No, sir.
13       Q.    Attorneys, non-attorneys,
14   policemen, anybody?
15       A.    No, sir.
16       MR. MUDD: I think that's all I've
17   got. Oh, let me ask one thing.
18       Q.    Have you been to seminary school?
19       A.    No, sir.
20       Q.    You're not any --
21       A.    No.
22       Q.    You're not a priest or minister or
23   any type of --

Page 95

1        A.    No, sir. When I worked for the
2    chaplain when we worked with the Marines, I'm
3    the chaplain's bodyguard to bring him -- to like
4    take him up to the front line and let him go
5    ahead and give last rites and rituals.
6        When I went to the chaplain on
7    (inaudible), sir, what we do is like we're his
8    administrators. We make sure like -- we're
9    doing counseling appointments and those type of
10   things.
11       Q.    So, you're bodyguard,
12   administrative assistant?
13       A.    Yes, sir.
14       Q.    But you're not --
15       A.    We're not clergy, sir.
16       Q.    You're not clergy?
17       A.    No, sir.
18       Q.    You're not giving religious
19   oriented services individually --
20       A.    Correct, sir.
21       Q.    -- to anybody?
22       A.    No, sir.
23       MR. MUDD: Okay. All right. Thank

Page 96

1    you.
2    FURTHER EXAMINATION BY MR. TULEY:
3        Q.    Just a quick follow-up. You're out
4    on the road and you heard the clacking noise and
5    then it went away?
6        A.    Yes, sir.
7        Q.    And your brother said I'm going to
8    go to Mays Brothers?
9        A.    Yes, sir.
10       Q.    And then you went to a service
11   station, correct?
12       A.    Yes, sir.
13       Q.    But other than what your brother
14   told you when you were out on the road, you
15   don't know if you actually went to Mays Brothers
16   or some other service station; is that correct?
17       A.    What do you mean, sir? I don't
18   know.
19       Q.    I mean, there wasn't anything at
20   the service station that confirmed that you
21   actually went to Mays Brothers as opposed to
22   some other service station in Union Springs?
23       A.    I didn't pay any attention to it,

A Legalink Company * 1933 Richard Arrington Jr. Blvd. S. * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

FOSHEE & TURNER COURT REPORTERS

Page 97

1    sir. That's what I'm saying.
2            MR. STRICKLAND: Object to the
3    form.
4        Q.    (By Mr. Tuley) You don't know what
5    service station you went to?
6        A.    No, sir.
7        Q.    You know what service station your
8    brother told you he was going to go to?
9        A.    Yes, sir.
10       Q.    But that's while y'all were back
11   out on the roadway?
12       A.    Yes, sir.
13           MR. TULEY: Thank you.
14           THE WITNESS: Yes, sir.
15           MR. PERRY: All right.
16           FURTHER DEPONENT SAITH NOT
17
18
19
20
21
22
23

Page 98

1            C E R T I F I C A T E
2            I, BELINDA S. BREWSTER, Notary
3    Public for the State of Alabama at Large, hereby
4    certify that the foregoing deposition was taken
5    down by me in stenotype, the questions and
6    answers thereto were transcribed by means of
7    computer-aided transcription and that the
8    foregoing represents a true and correct
9    transcript of proceedings had on said occasion.
10           I further certify that the witness
11   was duly sworn by me, that I am in no way
12   related to nor employed by any of the parties,
13   the witness or counsel, and that I have no
14   interest in the outcome of this matter.
15           Given under my hand and seal this
16   the 12th day of March, 2006.
17
18   _____
             Belinda S. Brewster
19           Notary Public
20
21
22
     My Commission Expires:
23   September 1, 2009
24

25 (Pages 97 to 98)

FOSHEE & TURNER COURT REPORTERS

**A**

ability 54:11
able 11:16
aboard 67:7
absolutely 92:6,7
accelerator 26:15
   61:20
accident 17:21 20:11
   20:15,19,23 21:4
   22:6,16 24:4 40:4,19
   40:23 41:6,10 49:23
   50:5,17 51:1 64:5
   71:15 77:17 78:19,23
   81:4,12,14 82:14,20
   85:17 86:4 87:20,23
   88:4,5,6 89:10,11,13
   89:19 90:7 92:5,8,17
   92:23 94:6,11
accommodate 90:21
achieved 63:14
ACTION 1:5
active 67:15 90:17
Adams 1:20 7:8
addition 47:3
address 52:10,12
addressed 47:22
adjacent 10:23
administrative 95:12
administrators 95:8
advised 3:1
affect 47:11 54:11
affirmative 44:14
affirmed 7:16
Africa 9:15,18 10:2,5
   10:10 11:11 67:2,4
age 7:15 74:15,18 75:1
   75:6
ages 57:9
ago 11:21
AGREED 1:11 2:1,9
ahead 23:21 24:12,13
   26:19,21 34:7 54:1
   62:22 69:19 70:22
   80:18 84:18 92:21
   95:5
air 9:8 11:9 15:19
   16:13 17:5,14,15
   46:20 47:1 67:15,17
   90:18
al 1:4,8
Alabama 1:2,17,20,21
   1:22 2:18 4:4,8,13,16
   5:4,7,11,16 7:3,4,7,9
   57:23 89:1,9,18 90:2
   90:6 91:1 98:3

**A**

aligned 56:5
aligning 56:8
alignment 55:16,17
ambassadors 67:10
amended 2:18
AMERICAN 1:7 4:9
answer 54:2,11,18
answered 66:2
answering 83:3
answers 98:6
Antonio 51:23
anybody 41:12 46:20
   49:21 50:3,19,22
   64:8 76:2 81:13 82:4
   86:10,19 94:8,8,14
   95:21
anymore 35:21 80:20
apart 42:3
apologize 28:8 87:12
apple 51:20
appointments 95:9
approximate 75:2
approximately 1:18
   7:10 76:15
April 11:22 57:15
Arant 1:19 4:7 7:7
area 29:23
arrived 31:23
asked 28:7 36:17 77:19
   91:16,17 93:7
asking 40:9 65:20
   87:23 91:11
aspect 39:16,18
assembly 13:20,20
assign 2:13
assigned 90:17
assignments 67:17
assistance 67:6
assistant 95:12
assume 43:19 44:12,13
assuming 21:18 30:7
   55:23 58:14 64:18
   89:21
Atlanta 24:15 25:8
   83:20 84:2,5
attached 15:8
attempted 34:23 35:2
attended 89:23
attention 96:23
attorney 4:13,17,21 5:4
   5:8,12,17 88:12,15
   93:16 94:3
Attorneys 4:4,9 94:13
August 18:12,15 57:11
auto 52:14

**B**

back 11:17 13:7 18:13
   18:14 19:4 20:6,9
   21:12 28:15,19 30:21
   31:11,13,14,14 34:1
   34:4,5,12 36:6,16
   57:19 62:22 63:1,14
   66:23 75:21 78:18
   79:23 80:3,6,16,17
   80:19 81:3,11 89:9
   97:10
bad 42:13
balance 53:18,18 55:6
balanced 55:11,14
balancing 55:8 56:8
Base 90:18
baseball 24:14 25:8
   83:4,12,20
basically 13:18 23:2
   37:13 66:20 83:15
   92:22
basket 13:19,22
Bay 16:5,7,12
belief 33:14
believe 57:22 59:4
Belinda 1:15 2:19 7:1
   98:2,18
belt 13:21 14:3 49:13
   50:5,8,11 82:1,6,9,14
   82:19
belts 48:19 49:19 51:4
BENDIX 5:12
best 58:20 61:14 72:9
   88:7,9
better 12:22
Bill 51:15
Birmingham 4:8,13 5:4
   5:11
birth 52:1,2
bit 10:17 20:7 23:7
black 73:16
BLAINE 4:2
block 76:18
board 9:2 16:4,7

**B**

bodyguard 95:3,11
bottom 46:5
bought 56:10
Bradley 1:19 4:7 7:6
branch 48:1,2
branches 48:9
Braswell 4:15
Braves 83:21
Brenton 4:19 48:16
Brewster 1:15 2:19 7:1
   98:2,18
BRIDGESTONE 1:6
   4:9
bring 95:3
brother 20:11,17 21:19
   21:23 22:4,21,23
   23:4,11,11,15,15,16
   23:21 24:5,13,20
   25:19 26:10,13,14,19
   26:21 29:5 30:16,19
   30:22 31:2,23 32:10
   33:13,20 35:11,19,21
   39:23 41:7 49:22
   50:16,20 57:21 58:23
   61:18 62:7,21 63:19
   64:3,7 66:10,12
   67:15 68:15 69:7,14
   69:18,19 70:20 71:2
   71:10,20 73:20 74:10
   76:21 77:4,20 79:7
   80:18 83:14,19,19
   86:11 90:5 91:12
   94:6 96:7,13 97:8
Brothers 5:17 26:22
   27:7 62:12,20 63:4
   64:6,12 67:23 70:23
   71:3,8,11,14,21 72:2
   72:4 73:3,7,19 77:22
   78:19,22 79:17 81:11
   81:14,17 85:10 86:2
   86:11,17,23 91:21
   92:15 96:8,15,21
brother's 74:7 81:8
   85:16 86:4
brother-in-law 19:20
brother-in-law's 37:21
buckled 49:23 50:4,17
   50:20,23
building 4:12 73:9
buildings 73:2
BULLOCK 1:2
bump 42:5,5
business 73:16 74:4
buys 56:16

**C**

C 4:1,2 5:1 57:1 98:1,1
call 41:3,4 48:8,12,13
   51:12 52:11,12 88:12
called 26:22 51:16
Camp 16:23
Camry 56:19
CANNON 4:6
career 22:23
Carmichael 5:15,15
carried 67:4
cars 5:5 51:16 53:2
   64:19,21 65:12
Catherine 57:1
Caucasian 75:3 79:2,6
Caucausian 74:14
cause 7:12
causes 32:20
causing 32:2,4,11 76:9
Cecil 16:13
center 1:20 4:20 5:10
   5:15 7:7 12:13 13:7
   31:14 76:18
certain 13:15 67:3,3
certify 7:3 98:4,10
chance 55:20
changing 72:12,12
chaplain 66:23 95:2,6
chaplain's 95:3
chart 41:23
checked 33:11,15,23
   35:11 40:1 43:2 46:8
Chevrolet 5:8 20:12
   65:18 66:3,4,7,10
child 57:13
children 57:7,8
choice 8:4
CHRISTIAN 4:11
Christmas 20:3
church 37:5 39:4
CIRCUIT 1:1
Civic 12:13 13:7
Civil 1:5,23 2:18 7:4
clacking 60:9,10,13,14
   60:15,20 61:7,23
   63:5,9,16 64:9 69:17
   70:1 76:9 81:2,7
   85:14 91:20 93:17
   94:4,9 96:4
Clark 4:12
class 8:19,21 48:14,15
   51:19
classification 66:21
clergy 95:15,16
close 8:10

FOSHEE & TURNER COURT REPORTERS

Page 100

clue 64:19
color 73:15
come 9:7 12:5 22:22
  23:12,13 28:15,19
  36:16 42:3 89:3,9
  91:22
comfortable 43:4 44:2
  44:16 45:4,16,23
coming 26:2 31:9,12,18
  31:19 59:11 66:23
commanding 90:14
commencing 1:18 7:10
comment 70:4 73:19
comments 70:16 74:10
Commerce 1:20 7:8
COMMERCIAL 5:12
Commission 98:22
Commissioner 1:16 7:2
communicate 65:9
communicated 65:7
  86:16
communications 65:11
  81:13
company 51:16 52:19
  52:22 53:13 73:10
compared 88:4
compartment 77:9
complain 63:19
completed 83:8
compliance 2:6
component 53:2
components 52:20
computer-aided 98:7
concerning 21:20
  66:13,18
concluded 55:4,4
condolences 91:12
confirmed 96:20
connected 94:4,10
connection 83:9,11
  84:2 85:22
continent 10:5
continents 67:3
continue 62:10
continued 43:5,23
  44:21 45:20,21
continuum 42:6 46:5
contributing 86:3
Cont'd 5:1
convenience 72:6,15,17
conversation 23:3
  30:15 91:11,22
conversations 81:13
conversion 63:20,23
conveyor 13:21

COOPER 4:15
corner 76:17
CORPORATION 4:14
Corps 17:5
correct 17:23 20:12,13
  21:21 29:18 36:22
  37:17 39:13 49:1,2
  50:17 51:10 53:14
  56:1 58:9 59:5 76:1
  79:21,22 81:18 82:15
  82:17 95:20 96:11,16
  98:8
correctional 57:22 63:4
  63:13 68:8
correctly 17:22
counsel 1:13 2:3,11,12
  7:5 87:9 91:2 98:13
counseling 95:9
countries 67:3,10
country 9:22 10:1,2,6,7
  10:22
county 1:2 59:8
couple 61:6 81:22 85:7
  86:8
course 50:12
Court 1:1 2:7 3:2,3
cover 36:12
culprits 32:20
current 8:13
CV 1:6
C-A-T-H-E-R-I-N-E
  57:2

**D**

D 6:1
dad 94:6
date 52:1,2 78:19,23
  81:11,14
daughter 57:10
Davis 52:13 57:4,6
day 1:17 2:22 7:9 62:16
  63:8 64:6,13 68:6
  71:14,17,19 73:4
  79:14 83:5 84:6,8,13
  88:1 98:16
days 88:4
daytime 58:15
deal 22:13 54:2
deceased 19:21 90:5
December 18:8 20:1
  90:8
decommissioned 15:16
DEFENDANT 4:9,13
  4:17,21 5:4,8,12,17
defendants 1:9 48:17

defenses 65:21
defer 47:18
degree 72:13
delivering 2:20
depends 47:23
deployed 11:10 17:16
deployment 9:16 17:16
  17:19 56:16 67:1,9
DEPONENT 97:16
deposition 1:13,22 2:4
  2:5,15 7:21 54:22
  98:4
depositions 2:8
describe 42:1 72:4,7
  74:11
described 41:19 44:5
  94:3
detail 21:11 36:9 72:8
details 66:13
died 19:22
different 10:14 13:1
  14:1 65:8
direct 50:13
discuss 22:23 66:12
discussed 22:3 39:23
  66:9
discussion 21:19 35:22
  41:2,11 93:21 94:2
distributed 53:10
distributor 12:16 13:4
  13:13
disturbance 42:15
Djibouti 9:15,18 10:6
doing 23:1 33:6 35:7
  54:2,23 58:23 91:16
  91:17 95:9
downtown 12:13
drive 34:5 46:7 62:10
  84:23
driven 49:1 75:18
  78:21,22
driving 24:7 25:21 26:1
  27:14,18 43:5 44:3
  44:16,23 45:4,15
  46:1 84:10
drove 27:15 34:7 39:10
  39:14 62:23,23
dry 58:17
duly 98:11
duties 66:20
duty 90:17
D-J-I-B 9:20
D-J-I-B-O-U-T-I 9:19
  9:21

**E**

E 4:1,1 5:1,1 6:1 98:1,1
earlier 39:9 49:15 53:3
  63:8,15
easier 37:22
easiest 22:12
effect 2:5
effective 2:19
Eighteen 8:17
either 39:4,5 55:4
  70:16 73:7 88:22
  91:5,6
employed 53:12 98:12
employees 74:1
employment 8:13
en 16:3 17:17
enacted 65:22
ESQUIRE 4:2,2,6,6,11
  4:15,19 5:2,6,9,13
estate 75:1
estimate 38:3 74:17,20
et 1:4,8
Ethiopia 11:2 67:4
events 93:9
evidence 2:15
exact 8:10
exactly 31:12 37:3
examination 6:4,5,6,7
  6:8,9,10,11,12,13
  7:12,19 47:20 51:9
  65:16 67:21 81:21
  83:1 85:6 86:7 96:2
examined 7:17
example 48:3
excuse 10:18 23:10
exhibits 2:23
experience 56:7 58:18
  61:14 63:16
experienced 22:5 26:10
  59:21 93:8,13
experiences 55:22
experiencing 25:20
expert 42:9 43:17
  85:20
Expires 98:22
explain 52:21 71:10
express 33:13
extended 82:5
extension 90:15
extent 41:9 91:10 93:11
exterior 69:11 73:8
eye 78:7,11,16
E-mail 65:9
E-6 8:19

**F**

F 98:1
face 70:10
facility 17:5 57:22 63:4
  63:14 68:8
fact 9:4 25:22 26:1
  29:7 37:20 39:2
  56:14 60:3 62:7,18
  68:12 69:17 70:1,5,6
  70:17,20 74:13 78:5
  84:12 88:18 90:4,13
  91:4 92:1
fair 33:18 34:21 39:15
Fallon 15:20,22 16:3
family 40:10,22 82:5,5
  93:21
family's 90:22
Fannin 4:20
far 19:4 28:7,9 82:9
fashion 35:16 45:3
fast 23:9,22 58:20
faster 62:17 63:15
father 24:14 25:2,3,4
  25:11 41:6,6 83:20
  90:5 91:14
father-in-law 24:23
Faxes 65:11
Federal 4:7
feel 34:14 42:13
feeling 26:11 27:19
  32:4 34:14 41:18
  42:3,20 43:5,10,22
  44:4,9,15,18 45:5,14
  45:21 46:1,6 69:14
felt 31:8 33:20 41:19
  42:12,12 43:1,13
  53:17 58:7 63:11
  85:15
Field 16:13
figure 11:17 20:7 88:3
filed 3:3
find 31:4 79:8
fine 82:10
FIRESTONE 1:6 4:9
first 8:19,21 14:8,10
  15:8 24:14 25:8
  48:14,15 51:19 83:20
  86:9,15 89:9 91:11
  92:16
firsthand 33:14 39:21
  92:7
five 38:1,21,23 39:7
  61:5
Floor 4:20
Florida 14:12,16 16:14

FOSHEE & TURNER COURT REPORTERS

**fold** 77:8
**folks** 40:12
**following** 7:12 84:13
**follows** 7:18
**follow-up** 83:2 96:3
**food** 12:12 67:5
**foot** 26:15 61:19
**force** 2:5 67:15,17
  90:18
**forces** 67:11
**foregoing** 7:5 98:4,8
**form** 2:12 31:17,21
  42:8,18 53:22 85:18
  97:3
**forward** 20:7
**frame** 56:15 61:3
**Frank** 49:22 50:4
**Franklin** 4:11
**fresh** 12:1
**Friday** 68:13 84:11,15
**front** 48:20 49:3,4,10
  49:19 51:4 95:4
**full** 2:6 51:17,18
**funeral** 19:11,12,17,19
  19:21 21:8 22:18,20
  37:21 38:6 68:4
  89:22
**funerals** 38:12
**further** 6:10,12,13
  35:14 79:18 83:1
  86:7 96:2 97:16
  98:10

**G**

**G** 4:2
**game** 24:14 25:8 46:10
  83:4,12,20 84:2,12
  85:3
**GENERAL** 4:13
**gentleman** 30:2 74:13
  75:3
**Georgia** 24:15 46:10
  83:21
**getting** 9:5 50:10
**Gilliland** 5:14
**give** 38:2 74:17,20,23
  95:5
**given** 54:22 98:15
**giving** 91:11 95:18
**glove** 77:8
**go** 11:17 14:11 15:4,6
  15:18 16:2,19 17:2
  17:18 20:6 21:11
  23:16 24:12,22 25:10
  25:18 26:19,21 34:11

35:19 41:14 46:10,12
54:1 59:16 62:17
67:8 68:18,19 70:22
75:9,21 83:16 84:12
84:18,18 89:3,8
92:21 95:4 96:8 97:8
**going** 8:9 9:7 11:16
  24:13 25:7,14 26:19
  26:21 27:15 36:12
  37:4 38:2 39:2,3
  43:13 47:18 51:12
  54:14 58:3,15,21
  59:12,13 66:2 68:17
  70:22 71:4,8 73:19
  83:5,14,19 84:12
  86:16 91:21 92:14
  96:7 97:8
**gold** 73:16
**good** 13:12 67:10
**good-time** 23:3
**gotten** 46:8 80:9
**graduate** 12:6
**graduated** 12:8
**green** 73:16
**grid** 41:23
**grounds** 2:14
**guess** 69:19 72:12
**guys** 34:1

**H**

**hand** 32:21 42:2 98:15
**handful** 39:6
**handled** 13:16
**happen** 42:14 91:3
**happened** 22:13 28:22
  29:19 40:22 41:12
  43:22 58:18 64:5,12
  85:17 89:13 90:7
  92:9 93:14
**happens** 54:5
**Harbor** 15:11
**Harper** 5:10
**Harrison** 1:3 25:4
**Hawaii** 15:1
**hear** 10:20 23:5 29:15
  30:15 34:16,19 54:15
  63:9,16 74:9 82:4
**heard** 26:2,6 28:2 31:7
  31:8 41:3,15,16
  49:21 50:2 55:12
  58:6,22 59:5 61:7
  64:16 65:3 66:6 69:3
  69:6 79:18 81:7
  85:15 96:4
**hearing** 27:9,19 32:3

69:13
**height** 75:15
**Higgins** 5:14
**high** 12:1,3,6,8
**higher** 80:15
**highway** 58:6
**hits** 68:19
**Hitson** 5:14
**HMX-1** 17:5
**holidays** 20:3
**Holtsford** 5:14
**home** 18:2,3,5,10,23
  19:7,9,11,15,16 20:1
  21:7,21 22:18,22
  23:13,15 37:16 38:6
  52:11,12 68:4 79:12
  80:1,23 88:22,23
  91:6
**honest** 46:13
**HOPE** 4:6
**hospital** 88:19,21,23
  91:6
**hour** 27:23 45:7,8 59:2
  59:6 62:9,14,17 63:1
  70:15 80:20
**house** 23:12 80:3
**Houston** 4:20,21
**Hull** 5:7
**hum** 60:17
**husband** 19:22

**I**

**idea** 32:6 33:10,21,22
**ignore** 54:4
**immediately** 92:2
**inaudible** 72:20 95:7
**increased** 80:19
**indication** 32:19
**individual** 74:11 79:3,7
**individually** 95:19
**information** 39:21 51:3
  82:13,18 85:14 86:1
**informed** 41:5 92:3
**initially** 83:3
**inside** 30:6,7,9 33:6
  75:19
**inspect** 20:21 39:15,19
**inspected** 22:1,15
  39:17 49:16,18
**inspecting** 21:3,16
**inspection** 21:20
**insulting** 75:9
**interest** 98:14
**interstate** 27:12 43:6
  44:3,4,17 45:4,6,15

46:2,7 59:4 80:2,10
80:14,15,22
**Inverness** 5:10
**invoice** 77:5
**involved** 20:15 24:4
**involving** 94:6
**issue** 66:14 91:20

**J**

**J** 5:9
**Jacksonville** 16:14
**Jakuska** 16:4,12
**Japan** 16:4,13,21 17:1
**Jay** 5:13 67:22
**Jeff** 52:13 57:4,5
**job** 13:17 67:16
**jobs** 13:2
**Johnson** 1:3,14 2:22
  6:3 7:11,14,20 48:16
  49:22 50:4,16,23
  51:19 57:10,15
**joined** 11:20,22 13:9,10
  14:8,10
**journey** 86:10
**JR** 1:3 4:15
**judgment** 31:18 32:11
  58:20 61:7,14 88:7,8
  88:9
**June** 18:4,10 19:7,9,21
  21:8,9,21 22:1,10,13
  22:17 37:2,23 38:2
  38:15,16,22 40:1
  41:14 46:15 57:19
  64:7 68:3 71:17,19
  77:13,16 78:3 79:12
  81:3,17 85:15 86:3
  86:17 87:2 92:15
  94:10
**jurisdictional** 65:21

**K**

**KEITH** 5:9
**Kelly** 87:13 92:19
**Kendall** 4:3
**Kenneth** 2:20 4:6
**Kenya** 11:1
**kids** 18:13,19
**killed** 41:7,8
**kind** 56:18 93:9
**King** 4:11 6:11 47:18
  78:9 85:6,21 86:6
**knew** 41:10 71:11
  73:18
**know** 10:13 13:1 20:10
  20:17 27:11 28:5,6,9

28:11 29:7 31:12
32:10 33:20 34:21
35:2,4,8,15,17,18
36:4 37:3,4,18 39:1
39:16,22 40:6,18
41:22 42:21 43:12
44:7,8 46:14 47:8
48:4,7,7,19 49:15
53:18,20 54:20 55:8
55:17 61:2 62:4 64:3
64:7,12 66:3,16
67:11,16 68:6 72:3
72:21 74:9 75:18
76:2,8,11,21 77:1,11
77:15,20 78:1,6,15
79:2,5,6 80:4,21 81:2
81:10 82:9 84:16
85:19,20,21 87:4,19
87:23 92:12,15 96:15
96:18 97:4,7
**knowledge** 19:3 33:14
  46:17 50:13 92:7
**Kouri** 57:14,15,15
**K-O-U-R-I** 57:14

**L**

**L** 1:10 4:15
**lady** 8:9
**Large** 1:17 7:3 98:3
**lasted** 14:13 61:2
**law** 1:19 7:6
**lawful** 7:15
**Lawrence** 4:3
**laws** 2:6
**lawsuit** 67:23
**lawyer** 87:14,17 91:23
  93:22
**lawyers** 36:17
**leading** 2:12 38:1
**leads** 59:3
**learned** 71:20 90:7
**learning** 89:19
**leave** 90:10,15
**leaving** 11:8 17:3
**led** 22:14
**left** 14:15,19 15:17
  16:3,11,12 27:13
  31:14 34:10 62:19
  68:20 79:17
**leg** 24:16
**legal** 51:17,18
**lengthy** 56:2
**let's** 22:9 24:16 44:12
  44:13
**life** 55:22

FOSHEE & TURNER COURT REPORTERS

lift 30:3,7,10 33:8 75:19,23
light 42:4
Lightfoot 4:11
limit 59:1
limiting 55:21
line 13:20,20 46:5 95:4
little 10:17 20:7 23:7
LLC 1:8 4:3,9,11,15,18 4:22 5:12
LLP 1:20 4:7,19 7:7
located 72:2
location 74:4 76:3,12 76:17,23 77:13
long 8:15 9:3,12 11:3 12:3,17 15:21 16:6 19:7,15,23 27:18 28:3,7,11 61:1,2,7,13 76:12 85:9 89:7
look 11:17 64:8 69:10 70:10 74:19
looked 69:18,22 70:9 70:23 71:4 76:3 79:3 79:4
looking 29:10,22,23 33:2 35:6 37:23 67:13 72:19
lost 54:3
lot 75:11

M
M 2:20 4:6,11
malfunctioned 51:5
manner 47:4
manufactured 52:20 53:13
March 1:17 2:22 7:10 18:5,7 19:15,16,22 37:16,19 38:6,17 98:16
Marine 17:5
Marines 16:23 95:2
matter 9:4 25:22 26:1 29:7 37:20 56:13 60:3 62:6,18 68:12 69:16 70:6 88:18 90:4,13 91:4 92:1 98:14
Maxwell 90:18
Maypole 5:8 65:18 66:3,4,7,10
Mays 5:17 26:22 27:7 62:12,12,20,21 63:3 64:6,12 67:23 70:23 71:3,8,11,14,20 72:1

72:4 73:2,7,19 77:21 78:18,22 79:17 81:11 81:14,16 85:9 86:2 86:11,16,23 91:21 92:15 96:8,15,21
mean 31:20 40:11 54:3 61:3 64:22 70:4 71:17 72:5,6,14 74:15 75:8 77:7 86:21 96:17,19
meaning 47:7
means 98:6
meant 78:11
mechanic 52:15
medical 67:6
meeting 91:3,5
members 40:10,22 93:21
mention 71:3
mentioned 30:23 63:15 67:14 77:20 93:20
Meridian 9:8,8,13 11:10,10 14:17,21 15:4 17:14,15
metal 60:20,20
MICHAEL 4:2
miles 45:7,8 59:2,6 62:8,14,17 63:1 70:14 80:19
military 13:9,10 23:1 52:5 55:19 90:12
Mills 5:10
mind 31:17,20 32:1,11 42:12 94:4
minister 94:22
minutes 27:22 61:6,9 61:11,16,17 76:15 85:12
Mississippi 9:9 14:17
mistaken 68:17
Mobile 16:5,7,12
mom 91:16 92:19
money 76:22 77:2
Montgomery 59:14
Monteleone 4:19 6:5 47:20 48:6,16 51:7
Montgomery 1:21 4:4 5:7,16 7:9 34:5,13 63:14 79:23 89:1,4
month 46:15 88:10 90:8
months 11:5,6 88:5
Morrow 5:6,6 6:7 65:16,17 66:1 67:19
MOS 67:17

mother 23:8 88:19
Motlow 5:10
motor 94:11
MOTORS 4:13
move 20:6
moving 47:4,7 53:17 55:3
Mudd 5:2 6:6,12 23:6 51:9,15 54:1,21 65:14 86:7 94:16 95:23

N
N 1:10 4:1,16 5:1 6:1
naked 78:7,11,16
name 10:14 48:8 51:17 51:18 56:23 67:22 73:9,10,23
NAS 9:8
nature 59:22
Naval 9:18 11:9 15:19 16:13 17:14,15
Navy 8:14,16 11:20 14:9,10 47:22 48:1 66:21,22
NCO 47:21,23 48:9
near 10:22 11:1
necessary 2:10
need 20:6 78:9 92:21
needed 92:4,19
needs 90:22
Nevada 15:20,22 16:3
never 39:10,14,17 49:1 49:16 52:17,19 53:12 55:11,14,14 65:1,5,7 79:18 81:16 93:20
new 23:17,18
nine 11:5,6
nine-month 9:16 17:16
Nix 5:14
noise 26:2,6 27:9,19 28:2,15 31:9,18 32:2 32:12,21 34:16 41:15 41:16 47:5 58:7,22 59:5 60:2,3,6,8 61:8 64:9 69:4,6,13 70:15 70:19 76:9 81:2,7 85:14 91:20 93:17 96:4
noises 63:2 70:5 79:18
nonparty 7:22
non-attorneys 94:13
non-noise 59:22
Norfolk 9:1,3,5,6 17:18
normal 50:9

normally 22:22 84:16
North 1:7 4:8,9,12 5:3 10:10
Notary 1:16 7:2 98:2 98:19
noted 65:23
notice 72:17
noticed 26:20 28:2 47:5
noticing 27:9
number 52:4,8
nursing 88:21,23 91:6

O
O 1:10
oath 93:18
object 42:7,17 53:22 54:15 85:18 97:2
objections 2:10,13
objects 54:6,12
observation 50:15
obviously 40:12 56:8 58:23
occasion 21:14 36:21 37:9,12 98:9
occurred 17:21 44:19 89:14
October 17:20 18:2 24:4 41:3 52:2 81:4 85:17 86:4 90:8
offense 75:7
offered 2:15
officer 8:20,21 48:13 48:15 51:19 90:14
offices 1:19 7:6
Ogden 12:12
Oh 10:18 24:18 45:17 87:12 94:17
okay 9:10,17 10:13 11:12 12:10,17,19,19 12:23 13:12 14:2,8 14:18 16:15,22 17:20 18:21 19:23 21:9,23 23:14,19 24:2,16 25:17 26:3,9,17,23 27:4,16 28:6 30:4 31:5 33:5 34:8,21 37:6 40:14 41:11 42:22 44:11 45:19 47:16 48:10,15 53:10 54:19,21 55:21,22 59:19 61:17 62:16 65:14 67:19 68:14 69:2 70:8,12 72:14 72:22 78:13 80:8,21 83:10,22 84:10,20

85:5 86:20 87:14 90:19 91:7 92:18 93:2 95:23
Okinawa 16:21 17:1,3
once 28:16 79:23
Ooh 12:5,19
opportunity 8:2 84:22
opposed 96:21
oral 2:21 7:12
order 77:5
ordered 14:6
orders 14:3
oriented 95:19
original 2:21 48:20
Orlando 14:11,15 15:3
outcome 98:14
outside 30:7 69:11
Owens 5:4 51:16 64:19 64:21 65:12
owned 20:11 63:23

P
P 1:10 4:1,1,19 5:1,1
Page 6:2
paper 77:8
Parkway 5:10
particular 36:21 58:5
parties 1:12 2:2,13 98:12
parts 13:15,18 53:2,7 53:10,13
pass 51:7
passenger 49:4,10
path 47:11
pay 76:21 77:2 96:23
Pearl 15:11
Pearson 5:6
people 8:8 29:4 30:20 30:23 32:18 33:6 34:22 35:20 40:10,17 54:15 55:13 77:21
period 90:3
Perry 2:20 4:6 6:4,10 7:19 8:12 10:21 23:19 40:11,17 42:11 42:22 47:16 53:22 74:22 83:1 85:5,18 97:15
person 29:16 31:3 74:10
personal 50:13 56:7
personally 20:21 39:18 49:16 50:7
perspective 29:20
petty 8:20,21 48:13,15

51:18
**Pflaum** 5:9 6:9 81:21
  82:22
**Phil** 5:4 51:16 64:19,21
  65:11
**phone** 41:3,4 88:11
**pickup** 56:21
**Pillsbury** 4:19
**Pittman** 4:19
**place** 4:7 64:13 70:5
  75:22 76:22 91:5
  92:2,5 93:22
**plaintiffs** 1:4 4:4 91:3
**plan** 23:1
**planet** 86:19 94:9
**plans** 23:1
**please** 3:1 22:8 49:6
  50:2 86:14
**plotting** 17:21
**point** 20:9 25:18 26:9
  28:3,19 34:1 35:21
  63:20 86:21,22 89:4
  89:5 93:12
**points** 73:2
**policemen** 94:14
**Ponce** 9:2 17:18
**Porterfield** 5:10
**possible** 32:20
**practice** 50:9
**Prairie** 4:16
**premises** 72:5 73:6,22
**present** 21:2,15,23
  22:14 29:14 78:2,14
**presently** 52:11
**pretty** 8:10
**priest** 94:22
**prior** 2:15 11:6,8 18:6
  36:21 37:1,9 38:15
  38:22,23 92:22
**prison** 23:17,18 24:22
  25:11,18 34:7,10
  83:6 84:3
**probably** 36:14 59:6
  78:11
**problem** 76:8
**problems** 22:4 25:20
  49:12 78:1,6,12,14
  78:15 79:8,18 82:1,6
  93:8
**Procedure** 1:23 2:18
  7:4
**proceedings** 7:13 98:9
**property** 73:9
**provided** 67:5
**Public** 1:16 7:2 98:3,19

**pull** 14:2 67:9
**pulled** 27:6
**pulling** 13:18
**purchase** 66:17
**purchased** 20:18
**purchasing** 66:18
**pursuant** 1:22 7:3
**put** 13:22,23 14:3 30:2
  30:10 41:22 42:6
  46:4,20,23 50:10
  62:22 75:19 77:8
**putting** 13:19
**P-O-N-C-E** 9:2
**P.A** 5:10
**P.C** 5:2,6,14
**p.m** 1:18 7:11

---
**Q**

**Quantico** 11:14 17:4
  17:11,22 89:6,8
  90:14
**question** 22:8 45:18
  52:6 53:23 54:6,7,8
  54:18 55:2 89:12
**questions** 2:11,12 36:8
  36:18 65:20 66:1
  83:3 86:8 98:5
**quick** 83:2 96:3

---
**R**

**R** 4:1 5:1 98:1
**rank** 8:18,19
**rattling** 31:1
**reached** 63:7,8
**read** 7:21 8:5
**reading** 2:3
**realigned** 56:5
**reason** 24:11 71:21
  75:12 81:17
**reasons** 54:12
**recall** 18:22 19:5 27:11
  27:22 39:4 46:14
  50:6 68:5 92:21
**receipt** 77:5
**received** 41:3,4
**record** 11:18
**red** 73:16
**reduced** 62:11
**reference** 73:2,3
**refers** 53:19,20 55:9
**refugees** 67:5
**regarding** 69:23
**related** 98:12
**relating** 2:7
**relative** 41:2

**religious** 95:18
**remain** 90:2
**remained** 44:15 90:6
**remember** 68:10,22,23
  69:2 73:11,12,15,17
  80:4,7,11,12 92:3
**repair** 34:23 35:3 72:5
  72:10,11,16
**repaired** 35:15
**repairing** 72:13
**repeat** 22:7 52:21
  89:12
**repetitive** 60:22
**Reporter** 3:2
**represent** 48:16 51:15
  65:17 67:23 87:11
**representation** 92:20
**represents** 98:8
**reserve** 67:16
**reside** 57:3
**respect** 36:10
**respective** 1:12 2:2
**responded** 93:4
**response** 35:16
**restate** 78:9
**restaurants** 73:1
**retained** 3:2
**retirement** 23:2
**returned** 9:15,17 13:7
**revival** 39:2,3
**ridden** 24:9 36:20 37:2
  37:4 38:4,21 48:23
**ride** 24:12 42:16 49:3,9
  79:11 83:16 84:19
**riding** 25:23 37:13 39:4
  81:7 84:15
**right** 7:20 11:3,15
  12:10 14:13 15:3,17
  16:1,9,18 20:5 23:8
  23:23 24:19 25:4
  28:1,14 29:17 30:6
  31:14 34:2 37:22
  39:11 40:3 43:14,15
  44:10 47:9 49:9
  51:13 52:7 53:5
  54:13,16,23 55:2,16
  56:8 58:3,10 59:3,14
  59:20,21 60:4,4,6
  66:16 75:13 85:13
  87:6 88:11 89:21
  91:1,13,18 92:10
  95:23 97:15
**rites** 95:5
**rituals** 95:5
**road** 5:15 27:8,14,15

45:1 58:6 59:9,10,17
  62:22 68:18,19 69:1
  69:1,3 80:10 84:23
  96:4,14
**roadway** 58:17 71:2
  73:20 97:11
**rode** 37:8,18 38:6 49:7
  79:15 81:23
**Roger** 5:6 65:17
**rolling** 47:6
**Romine** 5:6
**room** 87:14
**Rose** 1:19 4:7 7:7
**rotated** 76:5
**rough** 42:21
**route** 16:4 17:17 80:5,6
  80:8
**Rule** 2:17 7:3
**rules** 1:22 2:7,18 7:4
**running** 42:5
**Rutland** 4:15,15

---
**S**

**S** 1:10,15 2:19 4:1
  5:1,6,13 7:1 98:2,18
**Sadler** 5:2
**safety** 4:17,22 67:13
**SAITH** 97:16
**Saturday** 84:6
**saw** 33:8 50:3,20 64:15
  73:3
**saying** 44:10,20 62:13
  73:7 74:1 84:14
  92:19 97:1
**scene** 40:4,7,19
**school** 12:1,4,6,8 14:11
  14:15,16,16,20 15:4
  18:14 94:18
**screeching** 60:19
**sea** 67:8
**seal** 98:15
**seat** 48:19 49:4,4,10,13
  49:19 50:5,8,11 51:4
  82:1,6,9,14,19
**seats** 48:20 49:19 51:4
**second** 20:10 21:12
**seconds** 61:6
**Security** 52:4,8
**see** 23:12,17 24:22
  25:11,18 33:5 35:6
  35:11 46:20 73:6,23
  74:3 75:8 77:2,4,6,7
  84:1 92:11
**seen** 46:23 55:11 56:4
**Semeah** 57:10

**seminary** 94:18
**September** 98:23
**sequence** 40:23
**Sequoia** 56:20,22
**sergeant** 48:9
**serve** 8:14
**service** 12:13 28:4,16
  28:20,23 29:16 30:13
  30:16,20 32:1,19
  33:6,16,22 34:22
  35:20 36:10 39:23
  44:23 46:19 96:10,16
  96:20,22 97:5,7
**services** 89:22 95:19
**severity** 42:1
**shake** 42:20,21 80:20
**shaking** 26:5,7 27:2,10
  27:20 28:2,14 30:23
  31:7,8,19 32:4,12,22
  33:19 36:5 41:18
  42:1,12 43:12 44:4,7
  44:18 45:1,5,14,21
  46:1 47:3,9 58:8
  59:19,20 63:2 69:3
**Shaw** 4:19
**sheet** 77:8
**shelf** 13:18
**ship** 15:7,8 55:20 67:8
  72:6,10,11,16
**shops** 14:1
**shortly** 89:18
**sign** 7:21 8:6 26:20
  73:7,15
**signature** 2:3 8:2,6
**significant** 43:2
**single** 59:10
**sir** 8:3,11,17,19,22 9:4
  9:5,7,8,11,13,14,15
  9:18,23 10:3,8,10,12
  10:15 11:1,5,8,13,19
  11:22,22 12:2,5,8,14
  12:20 13:6,7,11,14
  13:17 14:4,7,10,16
  14:19,22 15:2,5,7,11
  15:15,16,19,22,23
  16:3,8,8,8,16,20 17:3
  17:5,7,8,10,13,13,17
  18:12,16,18,19 19:1
  19:2,3,6,9,11,11,13
  19:16,18,21,22 20:2
  20:4,8,13,16,20 21:1
  21:5,7,10,13,17,22
  22:2,7,11,17,17,19

FOSHEE & TURNER COURT REPORTERS

22:23 23:4,14,20,20
24:6,8,11,11,21 25:1
25:6,9,13,16,22,22
25:23 26:1,2,4,8,13
26:14,18 27:1,1,5,7
27:11,13,14,17,21,23
28:5,10,13,18,21
29:1,3,5,8,9,13,18,21
30:1,5,8,11,14,18,21
31:1,6,11,16,20,22
32:5,8,13,17,23 33:4
33:7,9,12,17 34:3,6,7
34:9,13,15,17,20
35:1,4,8,9,13,17,23
36:3,7,11,15,19,23
37:4,7,11,12,17,20
38:6,9,10,12,12,14
38:16,19,23 39:4,8
39:12,20 40:2,5,8,20
41:1,13,17,21 42:10
42:19,20,23 43:3,7,9
43:11,17,21 44:1,6,7
45:2,9,10,12,17,19
45:22 46:3,9,11,13
46:18,22 47:2,10,13
47:15,17,23 48:2,18
48:22 49:2,5,8,11,14
49:20 50:1,7,9,14,18
50:21 51:2,6,11,14
51:18,21,23 52:2,5,9
52:12,16,18 53:1,3,4
53:6,7,9,11,15,20
54:9,19 55:1,7,10,15
55:18,19 56:2,3,6,9
56:11,13,14,16,19,22
57:1,5,6,8,12,15,19
57:20 58:1,4,11,13
58:16,19 59:1,2,7,10
59:15,18,23 60:3,4,9
60:11,16,18,21,23
61:3,4,9,10,12,15,16
61:21 62:1,3,6,14,15
62:18,19,19,21 63:1
63:6,10,12,18,22
64:2,10,14,17,20,23
65:2,4,6,10,13,19
66:5,8,11,15,19,22
67:2,8,18,20 68:2,5,9
68:12,13,16,23 69:1
69:5,9,12,16,17,20
69:21 70:3,6,7,13,18
70:23 71:6,9,12,16
71:18,23 72:3,8,11
72:18,21,23 73:5,11
73:14,17,21 74:2,6,8

74:14,14,16,19 75:3
75:16,20 76:1,4,7,11
76:14,15,20 77:1,3,6
77:10,14,18,23 78:4
78:8,17,20 79:1,5,10
79:13,16,20,22 80:4
80:7,11,17,18 81:1,5
81:9,15,18,20 82:3,8
82:11,15,17,21,22,23
83:7,10,13,23 84:4,4
84:5,9,14,21 85:2,4,8
85:11,12,20,23 86:5
86:13,18 87:1,3,7,9
87:13,15,18,21 88:2
88:9,10,13,16,18,22
88:23 89:2,5,6,11,15
89:17,20 90:1,4,6,8,9
90:11,13,14,16,20,23
91:4,8,19 92:1,2,10
92:13,23 93:3,6,11
93:12,15,19 94:1,7
94:12,15,19 95:1,7
95:13,15,17,20,22
96:6,9,12,17 97:1,6,9
97:12,14
**sister** 19:14
**sister-in-law** 19:13
    41:5 91:17
**sister-in-law's** 22:18
**sit** 92:4
**situation** 22:10
**Sixty** 45:8
**six-month** 17:19 67:9
**slight** 42:5
**slow** 23:6,9 61:18
**slowed** 26:16,16 27:2
    28:17 62:7
**slower** 61:23
**slowing** 69:20 70:11
**small** 72:21
**Social** 52:4,7
**sold** 52:17 53:7
**Somalia** 67:4
**Somalia's** 11:1
**somebody** 36:13 48:8
    55:4 64:16 77:19
    79:4 86:21,22 87:5
**son** 57:14
**sorry** 9:23 16:11 18:12
    22:7 23:5 24:18 35:1
    40:15 45:19 49:5
    50:1 54:20 82:16
    86:13 87:12 89:12
**sort** 34:23 41:23
**sound** 30:23 31:1 35:22

36:5 60:9,10,20,22
61:1,5,23 70:1
**sounded** 60:6,8
**south** 4:3 5:7 18:19
**SouthTrust** 5:3
**specific** 88:1
**specifically** 49:18 71:2
    71:8 74:16 87:18
**speed** 59:1 61:18,23
    62:4,11 63:8,15
    80:15
**speeds** 44:4 45:4,6 46:2
    46:7 80:15
**spoken** 69:23
**Springs** 4:16 23:18
    26:20 57:23 59:14
    68:18,21 70:21 71:7
    72:1 76:13 78:22
    80:1,16,23 83:15
    86:12,17 96:22
**Squad** 17:1
**Sr** 25:5 49:22 50:4
**stand** 51:22
**standing** 29:22
**standpoint** 22:19 27:6
    29:21 33:1 34:6
    83:18
**start** 58:22 60:1 75:9
**started** 26:4,7 27:9,19
    45:1 60:2,4,5 69:13
    69:17,20 70:11 83:3
**Starting** 37:23
**state** 1:16 7:2 59:8 63:4
    98:3
**statement** 93:23
**States** 8:14
**station** 9:8 11:9 15:20
    16:13 17:14,15 28:4
    28:16,20,23 29:16
    30:13,17,20 32:1,19
    33:6,16,22 34:22
    35:20 36:10 40:1
    44:23 46:20 72:15
    96:11,16,20,22 97:5
    97:7
**stationed** 8:23 9:1,14
    11:9,14 14:9 17:22
    67:7
**stayed** 44:13
**stenotype** 98:5
**step** 35:14
**STEVENS** 4:2
**STIPULATED** 1:11
    2:1,9
**stipulations** 7:5

**stood** 29:10
**stop** 44:13 61:23 62:2
    69:7
**stopped** 27:3 44:9 62:5
**store** 72:6,18
**store/gas** 72:15
**Street** 4:3,12,16,20 5:3
**Strickland** 4:2,3 8:8
    10:16,19 40:9,14
    42:7,17 48:4 54:5,10
    54:14,17 65:22 75:6
    75:11 97:2
**strike** 89:7
**subject** 20:11 39:22
**Suite** 1:21 5:11,16 7:8
**Sullivan** 5:2
**summer** 18:20
**supposed** 46:14 84:5,7
**sure** 11:16 28:6 39:1
    67:12 74:22 83:8
    84:1 91:15 95:8
**SUV** 56:22
**sworn** 7:15 98:11
**SYSTEM** 5:12
**SYSTEMS** 4:17,22
**S-E-M-E-A-H** 57:11

_____
              **T**
_____
**T** 1:10,10 4:6 68:19
    98:1,1
**TAD** 90:16
**tags** 73:23
**take** 24:16 25:7 26:22
    28:3 46:16 68:20
    70:22 71:4,8 83:19
    84:17 95:4
**taken** 1:15,22 2:22 14:5
    92:2,5 98:4
**talk** 10:16 22:9 23:9
    29:4 30:12 35:19
    48:11 83:17 87:8,16
    91:9 92:4
**talked** 22:20 23:11
    31:3 36:1 40:3,21
    65:5 74:11 86:10,18
**talking** 24:3 48:1 87:5
    92:18
**tall** 75:5
**tell** 7:16 10:21 12:21
    22:9,13 28:22 29:6
    29:19 30:19 31:9,13
    31:14 32:10,18 58:5
    71:13 74:15 75:14
    76:18 92:14 93:16
**telling** 7:22 84:13

**tells** 23:9
**temporary** 90:16,17
**ten** 42:2
**term** 59:21
**terrorized** 67:12
**testified** 7:18
**testimony** 2:21 39:10
**Texas** 4:21
**Thank** 67:19 81:19
    82:22 86:6 95:23
    97:13
**thereto** 2:16 98:6
**thing** 26:13 61:15
    94:17
**things** 62:5 89:22 95:10
**think** 12:20 17:11
    32:14,15 35:3,10
    38:3,20 65:14 68:17
    77:19 80:5 94:16
**thought** 32:2,3 42:15
    75:1
**thousand** 39:5
**till** 17:8
**time** 2:14,14 18:1,22
    20:10,19,22 21:4
    22:6,16 24:17 26:14
    28:11 29:11 35:18
    37:1 38:8 43:11
    49:23 50:15,17,23
    51:5 55:23 56:15
    61:3 63:20 77:12,17
    78:2 79:11,14 81:4
    82:14,20 86:9,15
    87:19 89:4,5,9 90:3
**times** 38:3,13,18,20
    84:17 95:4
**tire** 1:7 4:9 21:20 55:11
    55:17
**tires** 20:18,22 21:3,16
    22:1,5,15 39:17,22
    46:21 47:1 53:17,19
    55:5,9,13 56:4,8,10
    56:16 72:12,12 76:3
    76:5,6,10 77:11,15
    77:21 78:2,6,7,10,14
**title** 48:8
**today** 57:17 66:6 68:1
    87:5 93:18
**told** 17:12 23:11,16
    35:3 37:15 50:3,7,19
    50:22 64:11 74:4
    79:7 86:22 87:4
    93:18 94:8,9 96:14
    97:8
**topic** 92:14

FOSHEE & TURNER COURT REPORTERS

touched 76:5
Tower 5:3
town 29:22 33:3 37:14
  72:21
Toyota 56:19,20
TPS 12:15,18 13:4 53:6
training 52:15
transcribed 98:6
transcript 2:21 98:9
transcription 98:7
transferred 9:5
transferring 9:6
travel 89:18
traveling 68:7
trial 2:14
trip 25:14 83:5,12,13
  83:16 84:3,4,17
truck 13:23
true 93:22 98:8
trust 8:9
truth 7:16,16,17
TRW 4:17,17,21,22
  48:17
try 92:21
trying 42:1 88:3
Tuley 5:13 6:8,13
  67:21,22 74:23 75:8
  75:14 78:13 81:19
  96:2 97:4,13
turned 41:8
twice 38:10
two 4:20 9:14 38:13,18
  39:5 48:20 49:19
  51:4 56:14 57:8
  58:12 62:5
tying 83:4
type 52:14 63:7 73:7,23
  77:5,11 81:7 90:10
  94:23 95:9

**U**

U 1:10
Uh-huh 44:14
understand 20:14 23:5
  62:12
understanding 36:13
understood 39:9
uneasy 42:20,20 44:8
Union 4:16 23:18 26:20
  57:22 59:14 68:18,20
  70:21 71:7 72:1
  76:13 78:22 80:1,16
  80:23 83:15 86:12,17
  96:22
United 8:14

unusual 47:4 93:9
USS 9:2 15:8,13,18
  16:4,7,11,12 17:18
U.S 67:11

**V**

van 20:12,14 23:22
  24:3,5,9,12,20 25:10
  25:11,17,20,23 26:2
  26:4,6,11,15,16,22
  27:6 30:2,9,22 31:10
  33:20,21 34:1,4 35:6
  37:4 39:10,14,16,18
  41:7 42:3 46:1,16
  47:1 48:20,21,23
  49:7,17 51:5 57:16
  58:12,21,21 61:18,19
  61:22 62:4 63:21
  64:1,4,8 66:14,18
  71:21 79:3,9,11,15
  79:19 81:8,23 82:7
  82:19 83:16 84:11,15
  84:23 86:22 93:8
various 67:9
Vaughn 27:14,15 59:16
  68:18,19 69:1,3
  80:10
vehicle 4:17,21 5:12
  20:18,22 21:4 22:6
  22:15 29:9 33:15
  35:19 36:6,21 37:2
  38:4 40:1,12,18 43:6
  44:3,16,17 45:1 47:4
  47:6,12 50:10 53:16
  55:3,5 56:5,12,17
  59:11,12 68:15 69:7
  69:11,20 71:22 72:19
  74:5,7 75:18,22
  77:12,16 80:14 93:1
  93:5,14,15 94:11
vehicles 52:17,20,23
  53:13 55:15,23 56:14
  56:18 72:13
vehicular 52:20
vibrating 59:23 60:1,5
  69:18
vibration 33:19 35:22
  47:5 58:8 59:20
  61:13 62:2 63:5,11
  63:17 64:9 69:4,6,14
  70:2 85:15 91:21
  93:17 94:5,10
Virginia 9:2 11:14 17:4
  17:18 89:6,9,16
  90:14

visible 78:7,11,15
visit 76:23 78:3 88:14
  91:2
visited 23:15 67:3
  77:12 88:16
vs 1:5

**W**

waiter 12:12 13:3,8
waive 8:2,6,9,11
waived 2:4
waiving 65:21
want 8:5,5,6 13:1 17:8
  19:10 27:22 39:1
  48:4,7 49:17 50:6
  80:12 88:22 92:15
wanted 23:16 48:11
warehouse 12:15,16
  13:13 53:5,6
wasn't 35:6 43:14,14
  82:13 96:19
watch 75:22 83:21
water 55:22
way 11:16 22:12 25:21
  36:4 49:18 51:5
  57:21 59:11,12 65:8
  73:12,18 76:6 80:1
  80:16,17,21 98:11
Wayne 1:14 2:22 6:3
  7:11,14 51:10,12,19
  51:20 67:22
ways 65:8
wearing 82:13
week 19:10,18 20:2
  68:3,6,11 79:12
  87:22 88:1
weekend 68:11
weeks 88:5,10
went 13:19,23 14:16
  15:7,19 16:13 17:4,4
  23:21 27:6 28:4,9,17
  29:4 31:23 34:7,18
  34:20 62:22 69:19
  70:15 80:5,18 95:6
  96:5,10,15,21 97:5
  weren't 29:14 92:12
West 52:13 57:3,5
we're 57:16 65:20 68:1
  92:8 95:7,8,15
whir 60:19
White 1:19 4:7,11 7:7
wife 56:16
wife's 19:13,20 56:23
WILLIAM 5:2
willing 46:7

Winthrop 4:19
wise 28:12
witness 2:4 6:2 7:11,15
  8:11 10:18 23:8
  40:15 42:9,19 47:17
  51:8 54:9,13,16,19
  67:20 75:7,13 81:20
  82:23 85:19 97:14
  98:10,13
witnesses 8:1
wondering 80:13
word 59:20 60:13,14
  60:15
Worden 15:9,13,18
words 28:16 31:22
  69:23 92:11
work 12:17 66:22 77:5
worked 12:12,14 13:3
  13:4 52:19,22 53:4
  74:1 82:10 95:1,2
working 13:8 74:4
  82:19
wouldn't 72:11
wow 72:20
wrong 35:12 54:7
  93:13
W-O-R-D-E-N 15:9

**X**

X 6:1

**Y**

Yeah 10:2 40:11 44:21
  45:20 62:20 78:13
  89:13
year 14:23 17:8 37:3
  38:12 57:11
years 8:17 9:14 11:21
  38:1,21,23 39:7
younger 75:11
Yvonne 50:16,23
y'all 27:8 33:21 57:7
  58:2,6,15 59:4,8,13
  62:10,16 63:5,7,14
  63:16 64:6,13 65:22
  69:22 70:4 85:9 91:9
  97:10
y'all's 83:5

**0**

03 57:19 64:7 86:17
  92:15 94:10,11
05-111 1:6

**1**

1 98:23
1st 1:17 2:22 7:9
1:55 1:18 7:10
10-5 94:11
12 57:15
12th 98:16
122 5:7
15 2:19
16 57:11
18 11:20
1819-5th 4:8
1963 52:3
1982 12:9
1988 2:19 11:23
1991 15:12,23
1993 15:23 16:8 56:19
1997 16:8,16
1999 16:17,20

**2**

2000 16:20 17:4,7,8
2001 39:5
2002 18:8,10,11,15,18
  18:22 20:1 39:5
  56:20
2003 17:20 18:2,4,5,7
  19:8,9 22:1,10,14,17
  24:4 37:2,9,10,16,19
  37:23 38:6,10,12,15
  38:16,17,18,22 40:1
  41:4,14 77:13,16
  78:3 81:3,17 87:2
2004 17:8,9,13
2006 1:17 2:23 7:10
  17:13 98:16
2009 98:23
208 4:16
22 5:10
22nd 4:20 52:3
2500 5:3

**3**

30 7:4
300 5:16
322 57:5
35203-2104 4:8
35203-3200 4:13
35203-5203 5:4
35242-4821 5:11
36089-0551 4:16
36101-0099 4:4
36103-4128 5:16
36103-4804 5:7
36104 7:9

---

**4**

**4th** 16:23
**40** 62:8,14,17,23 70:14
    76:15 80:19 85:11
**400-20th** 4:12
**4001** 5:15
**401** 1:20 7:8
**416** 52:13 57:3
**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** 52:9
**42** 74:19,19
**420** 4:3
**420-20th** 5:3
**44** 75:4
**45** 27:22 62:23 80:19
    85:12
**47** 6:5

---

**5**

**5(d)** 2:17
**50** 59:1 75:4
**51** 6:6
**55** 45:6 59:1 63:1 80:19

---

**6**

**600** 5:11
**65** 6:7
**67** 6:8

---

**7**

**7** 6:4
**70** 45:6,8 59:6
**77010** 4:21
**780** 1:21 7:8

---

**8**

**81** 6:9
**82** 12:10 13:2
**83** 6:10
**85** 6:11
**86** 6:12
**88** 12:11 13:2 14:9,11
    14:21,23 15:1

---

**9**

**909** 4:20
**91** 15:12,18
**96** 6:13
**98** 38:2