**PLAINTIFF'S EXHIBIT C**

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HARRISON JOHNSON, Jr., et al. | ) |
| Plaintiffs, | ) |
| v. | ) CIVIL ACTION NO.: |
| | ) 2:06CV290-SRW |
| GENERAL MOTORS CORPORATION; et al. | ) |
| Defendants. | ) |

### AFFIDAVIT OF WAYNE JOHNSON

After being first duly sworn appeared Wayne Johnson who now deposes and says as follows:

My name is Wayne Johnson. I am a resident of the State of Alabama. I am over the age of eighteen (18) years and I have personal knowledge of all matters set out in this affidavit. I understand that this affidavit is being submitted in the United States District Court, Middle District of Alabama, Northern Division in Case Number 2:06CV290-SRW and it will be considered to be sworn testimony.

I am a member of the United States Armed Forces Naval Division and have been a member for eighteen (18) years. I am the son of Harrison Johnson, Sr. and the brother of Frank Johnson, Sr. I was deposed on matters relating to the above referenced case on March 1, 2006. I testified in said deposition concerning a ride my brother, Frank Johnson, Sr. and I went on prior to taking Harrison Johnson, Sr. to his first Atlanta Braves baseball game. On said trip, a noise came from the rear section of the van such as a clacking noise as well as vibration/shaking. This occurred in June 2003. Due to the location, my brother drove the van to a place he called May Brothers, which is a defendant in the herein referenced case, for them to inspect and fix the problem that I was aware of. As stated in my deposition, that was the first visit I'd ever made to "May Brothers" or to Union Springs, Alabama. The van was taken in to "May Brothers" for an inspection by its employees due to the noise and shaking condition of the van. After said deposition, I once again verified the location of "May Brothers." Attached hereto as "Exhibit 1" is a photograph of "May Brothers" in Union Springs, Alabama which is the defendant, May Brothers, Inc. This is in fact the location where the van was taken for the inspection. The photograph shows accurately the location and specifically the business which the van was taken to in June 2003 by my brother and myself due to the clacking

noise and rough ride for an inspection of the tires. May Brothers did not ever remove the tire or wheel from the van which is the same van which is the subject of this litigation. May Brothers nor any of its employees drove the van during their inspection nor did anything other than to put it on a lift.

Further Affiant saith not.

_____
WAYNE JOHNSON

SWORN TO AND SUBSCRIBED before me this 25 day of April, 2006.

_____
Notary Public LEGAL OFFICER, USS PONCE (LPD-15)
My Commission Expires: _____

_____
BLAINE C. STEVENS (STE091)
Attorney for the Plaintiffs

OF COUNSEL:
STRICKLAND & KENDALL, L.L.C.
Post Office Box 99
Montgomery, Alabama 36101-0099
(334) 269-3230
(334) 269-3239 / fax