IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HARRISON JOHNSON, JR., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 2:06 -CV-290-MEF |
| ) | |
| BRIDGESTONE FIRESTONE ) | |
| NORTH AMERICAN TIRE LLC, et al., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT PHIL OWENS USED CARS, INC.'S
SPECIAL APPEARANCE FOR THE LIMITED PURPOSE OF JOINING
DEFENDANT BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC'S
RESPONSE TO PLAINTIFFS' MOTION TO REMAND**

**COMES NOW** the Defendant described as Phil Owens Used Cars, Inc., appearing specially and specifically, by and through counsel of record, without submitting to the jurisdiction of this Court, and files this motion joining in the response filed on behalf of Defendant Bridgestone Firestone North American Tire, LLC response to Plaintiff's Motion to Remand filed on April 28, 2006.

Defendant Phil Owens Used Cars, Inc., in addition to joining in on the response described above, filed its own response to Plaintiff's Motion to Remand on May 16, 2006.

s/: William A. Mudd
William A. Mudd (ASB-4274-U79W)
Attorney for Phil Owens Used Cars, Inc.
MILLER, HAMILTON, SNIDER & ODOM, L.L.C.
1200 Financial Center
505 20th Street N.
Birmingham, AL 35203
(205) 226-5200 *telephone*
(205) 226-5226 *facsimile*
billmudd@mhsolaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above and foregoing pleading on counsel as follows via electronic mail on this the 16 day of May, 2006.

| | |
|---|---|
| Mr. Edward P. Kendall<br>Mr. Michael G. Strickland<br>Mr. Blaine C. Stevens<br>STRICKLAND & KENDALL, LLC<br>420 South Lawrence Street<br>P.O. Box 99<br>Montgomery, AL 3611-0099<br>(Fax No.: 334-269-3239) | Mr. Will R. Kelly<br>P.O. Drawer 937<br>Hayneville, AL 36040-0937<br>(Fax No.: 334-548-5118) |
| Mr. Louis C. Rutland<br>Mr. L. Cooper Rutland, Jr.<br>RUTLAND & BRASWELL<br>208 N. Prairie Street<br>P.O. Box 551<br>Union Springs, AL 36089-0551<br>(Fax No.: 334-738-4774) | Mr. Jack E. Little, Jr.<br>PILLSBURY, WINTHROP, SHAW & PITTMAN, LLP<br>2 Houston Center<br>909 Fannin, 22nd Floor<br>Houston, TX 77010<br>(Fax No.: 713-425-7310) |
| Meredith Lee Tolar<br>MORROW, ROMINE & PEARSON, P.C.<br>P.O. Box 4804<br>Montgomery, AL 36103-4804<br>(334) 262-7707<br>(334) 262-7742 fax | Mr. Jay S. Tuley<br>NIX, HOLTSFORD, GILLILAND, HIGGINS & HITSON, P.C.<br>4001 Carmichael Road, Suite 300<br>P.O. Box 4128<br>Montgomery, AL 36103-4128<br>(Fax No.: 334-215-7101) |
| Mr. Andrew S. Nix<br>Mr. M. Christian King<br>LIGHTFOOT, FRANKLIN & WHITE, LLC<br>400 20th Street North<br>Birmingham, AL 35203<br>(Fax No.: 205-581-0799) | Mr. Ronald G. Davenport<br>RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.<br>184 Commerce Street<br>P.O. Box 270<br>Montgomery, AL 36101-0270<br>(Fax No.: 334-262-6277) |

| | |
|---|---|
| Robert L. Arrington<br>Ann M. Carter<br>L. Frank Coan, Jr.<br>Robert D. Hays<br>KING & SPAULDING LLP<br>1180 Peachtree Street, NE<br>Atlanta, GA 30309-3521 | Mr. Roger Stephen Morrow<br>MORROW, ROMINE & PEARSON, P.C.<br>Post Office Box 4804<br>Montgomery, Alabama 36103-4804<br>(Fax No. 334-262-7742) |
| J. Kenneth Wainwright, Jr.<br>HARVEY KRUSE, PC<br>1050 Wilshire Drive<br>Suite 320<br>Troy, MI 48084-1526 | David B. Weinstein<br>PILLSBURY WINTHROP<br>SHAW PITTMAN<br>Two Houston Center<br>909 Fannin<br>Suite 2200<br>Houston, TX 77010 |
| Chad Wesley Bryan<br>James N. Walter, Jr.<br>CAPELL & HOWARD, P.C.<br>P.O. Box 2069<br>Montgomery, AL 36102-2069<br>(334) 241-8000<br>(334) 241-8234 fax | Brittin T. Coleman<br>Kenneth M. Perry<br>Hope T. Stewart<br>BRADLEY, ARANT, ROSE & WHITE LLP<br>One Federal Place<br>1819 5th Avenue N.<br>Birmingham, AL 35203-2104<br>(205) 521-8305<br>(205) 521-8800 fax |
| Larry W. Harper<br>Keith J. Pflaum<br>PORTERFIELD, HARPER, MILLS &<br>MOTLOW, P.A.<br>P.O. Box 530790<br>Birmingham, AL 35253-0790<br>(205) 980-5000<br>(205) 980-5001 fax | |

/s/: William A. Mudd
**OF COUNSEL**