**FOSHEE & TURNER COURT REPORTERS**

Page 1

```
 1              IN THE CIRCUIT COURT OF
 2              BULLOCK COUNTY, ALABAMA
 3   HARRISON JOHNSON, JR.,    )
                               )
 4   et al.,                   )
              Plaintiffs,      )
 5                             )
 6   -vs-                      )  CIVIL ACTION NO.
                               )
 7   BRIDGESTONE FIRESTONE     )  CV 05-111
                               )
 8   NORTH AMERICAN TIRE,      )
                               )
 9   LLC., et al.,             )
              Defendants.      )
```

**DEFENDANT'S EXHIBIT A**

**ORIGINAL**

10            S T I P U L A T I O N S
11        IT IS STIPULATED AND AGREED, by and
12   between the parties through their respective
13   counsel, that the deposition of:
14              WAYNE A. JOHNSON,
15   may be taken before Belinda S. Brewster,
16   Commissioner and Notary Public for the State of
17   Alabama at Large, on the 1st day of March, 2006,
18   commencing at approximately 1:55 p.m., at the
19   law offices of Bradley, Arant, Rose & White,
20   LLP, The Alabama Center for Commerce, 401 Adams
21   Avenue, Suite 780, Montgomery, Alabama; said
22   deposition taken pursuant to the Alabama Rules
23   of Civil Procedure.

FOSHEE & TURNER COURT REPORTERS

Page 29

1  A.  Yes, sir.
2  Q.  Did you get out?
3  A.  We both got out, sir.
4  Q.  Who went to talk to the people?
5  A.  My brother did, sir.
6  Q.  And tell me what he said.
7  A.  As a matter of fact, I don't know
8  what he said, sir, because like when we both got
9  out of the vehicle, all I did, sir, was like --
10 I just like stood there and was looking around
11 at the time.
12 Q.  So --
13 A.  Yes, sir.
14 Q.  -- you weren't present then where
15 you could hear what was being said between him
16 and the person at the service station; is that
17 right?
18 A.  Correct, sir.
19 Q.  Tell me what happened next from
20 your perspective.
21 A.  From that standpoint, sir, as I
22 said, I was standing around looking at the town.
23 I was just looking around at the area where I

1  was. And from there, sir, like that's when a
2  gentleman had already took the van and they put
3  it on a lift.
4      Q.    Okay.
5      A.    Yes, sir.
6      Q.    All right. Now, this was inside or
7  outside? The lift I'm assuming was inside?
8      A.    Yes, sir.
9      Q.    Were you inside when the van got
10 put up on the lift?
11     A.    No, sir, I was not.
12     Q.    Did you ever talk to anyone at the
13 service station?
14     A.    No, sir, I did not.
15     Q.    Did you ever hear any conversation
16 between your brother and anyone at the service
17 station?
18     A.    No, sir.
19     Q.    Did your brother tell you what he
20 said to the people at the service station?
21     A.    Well, sir, like when we got back in
22 the van, my brother had said that he had
23 mentioned to the people about the shaking sound.

FOSHEE & TURNER COURT REPORTERS

Page 31

1  Yes, sir, about the rattling sound.

2  But then my -- but then my brother
3  had said that the person that he had talked to
4  said that they couldn't find anything.

5  Q. Okay.

6  A. Yes, sir.

7  Q. Now, when you heard the shaking --
8  or when you felt the shaking and you heard the
9  noise, could you tell where it was coming from
10 in the van?

11 A. It was from the back, sir, but I
12 don't know exactly where it was coming from.

13 Q. Could you tell whether it was back
14 right, back left, back center? Could you tell
15 at all?

16 A. No, sir.

17 Q. In your mind, did you form a
18 judgment as to where the noise was coming from
19 or where the shaking was coming from?

20 A. What do you mean, sir, in my mind
21 did I form a --

22 Q. Yes, sir. In other words, when you
23 went up -- when you and your brother arrived at

FOSHEE & TURNER COURT REPORTERS

Page 32

1  the service station, did you have in your mind
2  what you thought may have been causing the noise
3  you were hearing or what you thought may have
4  been causing the shaking that you were feeling?
5      A.   No, sir.
6      Q.   You didn't have any idea what it
7  was?
8      A.   No, sir, I did not.
9      Q.   Did you -- from what you could
10 tell, do you know whether your brother had any
11 judgment in his mind as to what was causing the
12 noise or the shaking?
13     A.   No, sir, I do not.
14     Q.   Did he ever say I think it might be
15 this or I think it might be that or anything
16 like that?
17     A.   No, sir.
18     Q.   Did he tell you whether the people
19 at the service station gave any indication of
20 what the possible culprits or causes could have
21 been for the noise on the one hand or the
22 shaking?
23     A.   No, sir.

A Legalink Company * 1933 Richard Arrington Jr. Blvd. S. * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

```
1    Q.    So, from your standpoint when you
2　were out there -- and you said looking around at
3　the town?
4    A.    Yes, sir.
5    Q.    Okay.  Could you see what the
6　people inside the service station were doing?
7    A.    No, sir, I did not.
8    Q.    You just saw it up on a lift?
9    A.    Yes, sir.
10   Q.    Do you have any idea what they may
11　have checked?
12   A.    No, sir.
13   Q.    Did your brother ever express to
14　you his belief or his firsthand knowledge of
15　what they may have checked while that vehicle
16　was in the service station?
17   A.    No, sir.
18   Q.    So, is it fair to say then that
19　there was a vibration and a shaking that you
20　felt in the van with your brother.  You had know
21　idea what it was.  Y'all took the van to a
22　service station.  You have no idea what, if
23　anything, they may have checked, but at some
```

1   point you guys got back into the van.
2           Is that right?
3       A.   Yes, sir.
4       Q.   Now, when you got back into the van
5   to drive back to -- Montgomery?
6       A.   No, sir. From that standpoint,
7   sir, we went ahead like and drove by the prison.
8       Q.   Okay.
9       A.   Yes, sir.
10      Q.   And after you left the prison,
11  where did you go?
12      A.   That's when we came back to
13  Montgomery, sir.
14      Q.   Did you feel that feeling again?
15      A.   No, sir.
16      Q.   Did hear the noise again?
17      A.   No, sir.
18      Q.   So, it just went away?
19      A.   Well, it -- we didn't hear it
20  again, sir. So, when you say went away.
21      Q.   Okay. Fair enough. Do you know
22  whether the people at the service station
23  attempted any sort of repair?

FOSHEE & TURNER COURT REPORTERS

Page 35

1    A.    I'm sorry, sir. Say that again.

2    Q.    Do you know whether they attempted any repair? I think you told me --

4    A.    Well, sir, when you say do I know because like I -- I'll say it again. Like I wasn't like looking at the van like to see what they were doing to it.

8    Q.    Yes, sir. So, you don't know?

9    A.    No, sir.

10    Q.    I think you said, though, your brother said they checked and they didn't see anything wrong with it?

13    A.    Yes, sir.

14    Q.    But if I took it a step further and said do you know whether they repaired it in any fashion, your response to that would be?

17    A.    Again, I don't know, sir.

18    Q.    Don't know. From the time your brother got out of the vehicle to go up and talk to the people at the service station, from that point, did you and your brother have anymore discussion about this sound or vibration?

23    A.    No, sir.

Page 36

1  Q.    That's the last you've ever talked
2  to him about it?
3  A.    Yes, sir.
4  Q.    Do you know one way or the other
5  whether that sound or that shaking ever came
6  back in that vehicle?
7  A.    No, sir, I don't.
8  Q.    Now, I would have some questions
9  about -- in more detail about who, what and
10 where with respect to the service station.
11 A.    Yes, sir.
12 Q.    I'm not going to cover that now
13 with the understanding that somebody else
14 probably will.
15 A.    Yes, sir.
16 Q.    And then if not, I'll come back to
17 it after the other lawyers have asked their
18 questions.
19 A.    Yes, sir.
20 Q.    You said you had ridden in this
21 vehicle prior to this particular occasion; is
22 that correct?
23 A.    Yes, sir.

A Legalink Company * 1933 Richard Arrington Jr. Blvd. S. * Birmingham, AL 35209 * www.legalink.com
1-800-888-DEPO

Page 75

1  estate of what you thought his age might be, an
2  approximate?
3      A.    The gentleman, sir, Caucasian,
4  between 44 to 50.
5      Q.    About how tall was he?
6            MR. STRICKLAND:  About his age?
7            THE WITNESS:  No offense to anyone.
8            MR. TULEY:  See, that's what I mean
9  about you.  Why you got to go start insulting
10 me?
11           MR. STRICKLAND:  He's a lot younger
12 than that.  That's the reason I said that.
13           THE WITNESS:  All right.
14     Q.    (By Mr. Tuley)  You can't tell me
15 his height --
16     A.    No, sir.
17     Q.    -- or anything like that?
18           And you know the vehicle was driven
19 inside and put up on the lift?
20     A.    Yes, sir.
21     Q.    But you didn't go back there to
22 watch what took place while the vehicle was up
23 on the lift?

1   A.   Correct, sir.
2   Q.   And you don't know if anybody at
3   that location looked at the tires?
4   A.   No, sir.
5   Q.   Or rotated the tires or touched the
6   tires in any way?
7   A.   No, sir.
8   Q.   And you don't know the problem that
9   was causing the clacking noise or if it even had
10  anything to do with the tires or not?
11  A.   I don't know that, sir.
12  Q.   How long were you at this location
13  in Union Springs?
14  A.   We were there, sir -- I can say it
15  approximately.  But around 40 minutes, sir, if
16  that.
17  Q.   This location, was it on a corner?
18  Was it in the center of a block?  Can you tell
19  me about that?
20  A.   No, sir.
21  Q.   Don't know.  Did your brother pay
22  any money for whatever took place during his
23  visit at this location?

FOSHEE & TURNER COURT REPORTERS

Page 77

1   A.   I don't know, sir.
2   Q.   You didn't see him pay any money?
3   A.   No, sir.
4   Q.   Did you see if your brother got any type of receipt or invoice or work order?
6   A.   No, sir, I did not see that.
7   Q.   I mean, you didn't see him like fold up a sheet of paper and put it his glove compartment or anything like that?
10  A.   No, sir.
11  Q.   Do you know what type of tires were on the vehicle at the time you visited this location in June of 2003?
14  A.   No, sir.
15  Q.   Do you know if the same tires were on the vehicle in June of 2003 that were on there at the time of the accident?
18  A.   No, sir, I don't.
19  Q.   I think somebody asked this. But you don't know if your brother mentioned anything about tires to the people at Mays Brothers?
23  A.   No, sir, I do not.

**FOSHEE & TURNER COURT REPORTERS**

1                C E R T I F I C A T E

2    STATE OF ALABAMA      )

3    COUNTY OF JEFFERSON )

4

5           I hereby certify that the
6    above and foregoing proceeding was taken
7    down by me by stenographic means, and that
8    the content herein was produced in
9    transcript form by computer aid under my
10   supervision, and that the foregoing
11   represents, to the best of my ability, a
12   true and correct transcript of the
13   proceedings occurring on said date at said
14   time.
15           I further certify that I am
16   neither of counsel nor of kin to the
17   parties to the action; nor am I in anywise
18   interested in the result of said case.
19
20
21           _Belinda Brewster_____
22           Court Reporter and Commissioner
23

A Legalink Company * 2001 Park Place, Suite 220 * Birmingham, AL 35203 * www.foshee-turner.com
**1-800-888-DEPO**