IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HARRISON JOHNSON, JR., et al., | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NUMBER: |
| | )         2:06-CV-290 |
| v. | ) |
| | ) |
| BRIDGE FIRESTONE NORTH | ) |
| AMERICAN TIRE, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT'S TRW AUTOMOTIVE US LLC AND TRW VEHICLE SAFETY SYSTEMS INC.'S JOINDER IN DEFENDANT BRIDGESTONE FIRESTONE NORTH AMERICA TIRE LLC'S REPLY TO MOTION TO REMAND**

COME NOW Defendants TRW Automotive US LLC (as Assignee of the former TRW Inc. n/k/a Northrop Grumman Space & Mission Systems Corp.) and TRW Vehicle Safety Systems Inc., by and through counsel of record, and hereby file this Joinder in Defendant Bridgestone Firestone North America Tire LLC's, Reply to Motion [Document 31] in the above case.

Respectfully submitted,

/s/ James N. Walter, Jr.
James N. Walter, Jr. (WAL021)

Attorney for Defendants TRW
Automotive US LLC (as Assignee of the
former TRW, Inc. n/k/a Northrop Grumman
Space & Mission Systems Corp.) and TRW
Vehicle Safety Systems Inc.

**OF COUNSEL:**
Capell & Howard, P.C.
P.O. Box 2069
Montgomery, Alabama 36102-2069
Telephone: (334) 241-8000
Facsimile:  (334) 323-8888

Jack E. Little, Jr., Esq.
Pillsbury Winthrop Shaw Pittman, LLP
2 Houston Center
909 Fannin, 22nd Floor
Houston, TX 77010
Telephone: (713) 425-7300

CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of Court on this the 17th day of May, 2006 using the CM/ECF system which will send notification of such filing to the following:

Edward P. Kendall, Esq.
Michael G. Strickland, Esq.
Blaine Stevens, Esq.
Strickland and Kendall, LLC
Post Office Box 99
Montgomery, Alabama 36101

Will R. Kelly
Attorney at Law
Post Office Drawer 937
Hayneville, Alabama 36040-0937

Hope T. Stewart
Brittin T. Coleman
Kenneth M. Perry
Bradley Arant Rose & White, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203

M. Christian King
Andrew S. Nix
Lightfoot, Franklin & White, LLC
The Clark Building
400 20th Street North
Birmingham, Alabama 35203

Robert D. Hays
L. Frank Coan, Jr.
Robert L. Arrington, Jr.
Ann M. Carter
King & Spalding, LLP
1180 Peachtree Street, NE
Atlanta, Georgia 30309

Jay S. Tuley
Nix, Holtsford, Gilliland, Higgins & Hitson
Post Office Box 4128
Montgomery, Alabama 36103

Ronald G. Davenport
Rushton, Stakely, Johnston & Garrett, P.A.
Post Office Box 270
Montgomery, Alabama 36101

Roger S. Morrow
Meredith Lee Tolar
Morrow, Romine & Pearson, P.C.
Post Office Box 4804
Montgomery, Alabama 36103

William A. Mudd
Miller, Hamilton, Snider & Odom, LLC
1200 Financial Center
505 20th Street North
Birmingham, Alabama 35203

Louis C. Rutland
L. Cooper Rutland, Jr.
Rutland & Braswell
Post Office Box 551
Union Springs, Alabama 37089

J. Kenneth Wainwright, Jr.
Harvey Kruse, PC
1050 Wilshire Drive, Suite 320
Troy, Michigan 48084

                                        /s/ James N. Walter, Jr.
                                        OF COUNSEL