IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HARRISON JOHNSON, JR., et al.,   ) <br> ) <br>     Plaintiffs,   ) <br> ) <br> v.   ) <br> ) <br> GENERAL MOTORS CORPORATION, et al., ) <br> ) <br>     Defendants.   ) | CIVIL ACTION NO. <br><br> CV-06-290-SRW |

## JOINDER IN REPLY TO MOTION TO REMAND

Defendant General Motors Corporation hereby joins in Firestone's Reply to Plaintiff's Motion to Remand.

Respectfully submitted,

/s/ Sarah O. Warburton
One of the Attorneys for Defendant
General Motors Corporation

OF COUNSEL:
M. Christian King (KIN017)
Sarah O. Warburton (WARBS1598)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama  35203-3200
(205) 581-0700
(205) 581-0799 (fax)

## CERTIFICATE OF SERVICE

   I hereby certify that a copy of the above and foregoing has been electronically filed on this the 17th day of May, 2006 with the Clerk of the Court using the CM/ECF system which will send notification of such filing upon the following. If Notice of Electronic Filing indicates that Notice needs to be delivered by other means to any of the following, I certify that a copy will be sent via U.S. Mail, properly addressed, postage prepaid.

| | |
|---|---|
| Edward P. Kendall, Esquire<br>Michael G. Strickland, Esquire<br>Blaine C. Stevens, Esquire<br>Strickland and Kendall, LLC<br>420 South Lawrence Street<br>Montgomery, AL  36101-0099<br><br>Roger S. Morrow, Esquire<br>Morrow, Romine & Pearson, P.C.<br>122 South Hull Street<br>Post Office Box 4804<br>Montgomery, AL  36103-4804<br><br>Louis Rutland, Esquire<br>Rutland & Braswell<br>Post Office Box 551<br>Union Springs, AL  36089<br><br>Jack E. Little, Jr., Esquire<br>Pillsbury, Winthrop, Shaw & Pittman<br>2 Houston Center<br>909 Fannin, 22nd Floor<br>Houston, TX  77010<br><br>Jay Tuley, Esquire<br>Nix, Holtsford, Gilliland, Higgins & Hitson<br>Post Office Box 4128<br>Montgomery, AL  36103 | Will R. Kelly, Esquire<br>Attorney at Law<br>Post Office Drawer 937<br>Hayneville, AL  36040-0937<br><br>Hope Cannon, Esquire<br>Brittin T. Coleman, Esquire<br>Kenneth Perry, Esquire<br>Bradley, Arant, Rose & White<br>1819 5th Avenue North<br>Birmingham, AL  35203<br><br>Larry Harper, Esquire<br>Porterfield, Harper, Mills & Motlow<br>Post Office Box 530790<br>Birmingham, AL  35253<br><br>William A. Mudd, Esquire<br>Sadler Sullivan<br>420 20th Street North, Suite 2500<br>Birmingham, AL  35203<br><br>Ronald Davenport, Esquire<br>Rushton, Stakley, Johnston & Garrett<br>Post Office Box 270<br>Montgomery, AL  36101 |

                /s / Sarah O. Warburton
                OF COUNSEL