```
                    SUPERIOR COURT OF ARIZONA        *** FILED ***
                         MARICOPA COUNTY             11/08/2001

11/02/2001                                      CLERK OF THE COURT
                                                     FORM V000A

HON. EDWARD O. BURKE                                 M. MINKOW
                                                      Deputy

CV 1998-009813
MASTER CASE NO.
(CONSOL FOR PRETRIAL & DISCOVERY ONLY)
                                           FILED: _____

IN RE FORD EXPLORER/FIRESTONE ATX     GRAEME E HANCOCK
& WILDERNESS TIRE LITIGATION


                                           ROBERT W BOATMAN
                                           THOMAS F DASSE
                                           SCOTT D FREEMAN
                                           WARREN E PLATT
                                           RICHARD T TREON
                                           KENDALL STEELE
```

MINUTE ENTRY

The Court, having heard oral argument on discovery motions filed by the parties, enters the following orders.

FIRESTONE'S MOTION FOR PROTECTIVE ORDER RE: PLANT TOURS IS GRANTED.

Plaintiffs made an oral motion to allow them to use the videotape of the Decatur plant inspection in the Maricopa County cases and indicated that they would apply for an order before Judge Mayes to that effect. Counsel are advised that this Court has no objection to the use of the videotape of the plant inspection if Judge Mayes agrees.

BRIDGESTONE-FIRESTONE, INC.'S MOTION FOR PROTECTIVE ORDER RE: PLAINTIFF'S REQUEST FOR SPECIFICATIONS FOR THE BELT SKIM STOCK USED IN THE PRODUCTION OF THE SUBJECT TIRE IS GRANTED. On balancing the interests of the parties, this Court believes that more harm would be done to Firestone from the disclosure of the skim stock formula than would be gained by Plaintiffs.

This Court does not believe that the Plaintiffs' need for the information outweighs the potential harm of disclosure to

Docket Code 019                                          Page 1

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

\*\*\* FILED \*\*\*
11/06/2001

11/02/2001

CLERK OF THE COURT
FORM V000A

HON. EDWARD O. BURKE

M. MINKOW
Deputy

CV 1998-009813
MASTER CASE NO.
(CONSOL FOR PRETRIAL & DISCOVERY ONLY)
Firestone. In Re: Continental General Tire, Inc., 979 S.W.2d 609 (TX 1998). Should Judge Mayes order allowing the disclosure of the formula be affirmed in the Texas appeal courts, the Plaintiffs may revisit this issue.

    Firestone filed a memorandum regarding the document depository and Plaintiffs' responded thereto requesting a more detailed index.

    This Court is convinced that the cost of producing an additional index with key word search capability is outweighed by the benefit that the remaining nine plaintiffs would receive. Defendant Firestone is relieved from the obligation to produce such an index.