IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HARRISON JOHNSON, JR., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) CIVIL ACTION NO. |
| v. | ) |
| | ) CV-06-290-SRW |
| GENERAL MOTORS | ) |
| CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW

COMES NOW, Andrew S. Nix, and hereby moves to withdraw from this case as counsel of record for defendant General Motors Corporation. As grounds for this motion, Mr. Nix states that he will be leaving the law firm of Lightfoot, Franklin & White, L.L.C. to pursue a different law practice at another firm. Defendant will continue to be represented by the law firm of Lightfoot, Franklin & White, L.L.C.

/s/Andrew S. Nix
One of the Attorneys for General Motors
Corporation

OF COUNSEL:
M. Christian King (KIN017)
Sarah O. Warburton (WARBS1598)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200
(205) 581-0700
(205) 581-0799 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been electronically filed on this the ⁶ day of  June , 2006 with the Clerk of the Court using the CM/ECF system which will send notification of such filing upon the following. If Notice of Electronic Filing indicates that Notice needs to be delivered by other means to any of the following, I certify that a copy will be sent via U.S. Mail, properly addressed, postage prepaid.

| | |
|---|---|
| Edward P. Kendall, Esquire<br>Michael G. Strickland, Esquire<br>Blaine C. Stevens, Esquire<br>Strickland and Kendall, LLC<br>420 South Lawrence Street<br>Montgomery, AL 36101-0099 | Will R. Kelly, Esquire<br>Attorney at Law<br>Post Office Drawer 937<br>Hayneville, AL 36040-0937 |
| Roger S. Morrow, Esquire<br>Morrow, Romine & Pearson, P.C.<br>Post Office Box 4804<br>Montgomery, AL 36103-4804 | Hope Cannon, Esquire<br>Brittin T. Coleman, Esquire<br>Kenneth Perry, Esquire<br>Bradley, Arant, Rose & White<br>1819 5th Avenue North<br>Birmingham, AL 35203 |
| Louis Rutland, Esquire<br>Rutland & Braswell<br>Post Office Box 551<br>Union Springs, AL 36089 | Larry Harper, Esquire<br>Porterfield, Harper, Mills & Motlow<br>Post Office Box 530790<br>Birmingham, AL 35253 |

| | |
|---|---|
| Jack E. Little, Jr., Esquire<br>Pillsbury, Winthrop, Shaw & Pittman<br>2 Houston Center<br>909 Fannin, 22nd Floor<br>Houston, TX  77010<br><br>Jay Tuley, Esquire<br>Nix, Holtsford, Gilliland, Higgins & Hitson<br>Post Office Box 4128<br>Montgomery, AL  36103 | William A. Mudd, Esquire<br>Sadler Sullivan<br>420 20th Street North, Suite 2500<br>Birmingham, AL  35203<br><br>Ronald Davenport, Esquire<br>Rushton, Stakley, Johnston & Garrett<br>Post Office Box 270<br>Montgomery, AL  36101 |

/s / Andrew S. Nix
OF COUNSEL