IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HARRISON JOHNSON, Jr., et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | **2:06CV290-MEF** |
| GENERAL MOTORS CORPORATION; ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

### PLAINTIFF'S MOTION TO AMEND COMPLAINT

**COME NOW** the Plaintiffs and request permission of this Court to amend the Complaint in this matter. As cause therefor, the Plaintiffs would show unto the Court the following:

1. That Plaintiffs believe in good faith that there is a viable cause of action against Defendant General Motors Corporation relating to the driver's side door latch. Plaintiffs expect to prove by accident reconstruction expert testimony that the driver's door opened during the rollover sequence in this case. The opening of the driver's door allowed the driver to be ejected and killed during the rollover.

2. It is expected that discovery against General Motors on this issue would disclose the following:

    a. That the door latch at issue is a GM Type III latch or one of its variations.

    b. That the Type III latch has been the subject of numerous other similar incidents.

    c. That General Motors was aware of the defective nature of this door latch and conducted a "silent recall" campaign to avoid federal involvement in the issue.

    d. That the Type III latch failed repeatedly during testing and in the field resulting in numerous deaths and injuries.

3. That the amendment of the Complaint should be allowed in order to complete the discovery necessary to preparation of the case for trial. That Defendant General Motors will not be prejudiced in any way in allowing this amendment.

**WHEREFORE**, premises considered, Plaintiffs request that the Court allow this requested amendment.

Respectfully submitted, this 25th day of July, 2006.

/s/ Blaine C. Stevens
**BLAINE C. STEVENS (STE091)**
Attorney for Plaintiffs

**OF COUNSEL:**
**STRICKLAND & KENDALL, L.L.C.**
420 S. Lawrence Street [36104]
P.O. Box 99
Montgomery, AL 36101-0099
(334) 269-3230
(334) 269-3239 / fax

## **CERTIFICATE OF SERVICE**

       I hereby certify that I have served a copy of the foregoing upon the following by placing a copy of same in the U.S. mail, properly addressed and first class postage prepaid, on this the 25th day of July, 2006.

Will R. Kelly
Post Office Drawer 937
Hayneville, AL 36040

Jack E. Little Jr., Esq.
Pillsbury, Winthrop, Shaw & Pittman
2 Houston Center
909 Fannin 22nd Floor
Houston, TX 77010

Jay Tuley, Esq.
Nix, Holtsford, Gilliland, Higgins & Hitson
Post Office Box 4128
Montgomery, AL 36103

Hope Cannon
Brittin T. Coleman
Kenneth Perry
Bradley, Arant, Rose and White
1819 5th Ave North
Birmingham, AL 35203

M. Christian King
Lightfoot, Franklin & White
400 20th Street North
Birmingham, AL 35203

Robert D. Hays
L. Frank Coan, Jr., Esq.
Robert Arrington, Jr., Esq.
King & Spalding
1180 Peachtree Street
Atlanta, GA 30309

Roger Morrow, Esq.
Morrow, Romine & Pearson
Post Office Box 4804
Montgomery, AL 36103

Keith Pflaum, Esq.
Porterfield, Harper Mills & Motlow
Post Office Box 530790
Birmingham, AL 35253

J. Kenneth Wainwright, Esq.
HARVEY KRUSE, P.C.
1050 Wilshire Drive, Suite 320
Troy, MI 48084-1526

William A Mudd
420 20th Street North Ste 2500
Birmingham, AL 35203

James N. Walter, Jr.
Capell & Howard, P.C.
P.O. Box 2069
Montgomery, AL 36102-2069

/s/ Blaine C. Stevens
OF COUNSEL