IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HARRISON JOHNSON, JR., as, Administrator of the Estate of Harrison Johnson, Sr., | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:06-cv-290-MEF |
| BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE LLC, *et al.,* | ) ) ) ) |
| Defendants. | ) |

# **ORDER**

Upon consideration of the Plaintiffs' Motion to Amend Complaint (Doc. #39), filed on July 25, 2006, it is hereby

ORDERED that the motion is GRANTED. However, it is further ORDERED that in place of the Amendment (Doc. #40) filed with the Court, the Plaintiffs shall file an amended complaint by **August 3, 2006**, that complies with Rule 15.1 of the Local Rules for the United States District Court for the Middle District of Alabama for Civil and Criminal Cases, which provides in pertinent part that "[a]ny amendment to a pleading, whether filed as a matter of course or upon a motion to amend, must, except by leave of court, reproduce the entire pleading as amended, and may not incorporate any prior pleading by reference."

Done this 27th day of July, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE