IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HARRISON JOHNSON, JR., as, Administrator of the Estate of Harrison Johnson, Sr., <br><br> Plaintiff, <br> v. <br><br> BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE LLC, *et al.,* <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO. 2:06-cv-290-MEF |

# **ORDER**

In accordance with the Court's order (Doc. #23) of May 4, 2006, which dismissed all of the Plaintiffs' claims against Maypole Chevrolet, Inc., it is hereby

ORDERED that the Motion to Dismiss and Motion to Stay (contained in Doc. #1) filed by Maypole are DENIED AS MOOT. It is further ORDERED that the Plaintiffs' Motion to Dismiss (Doc. #22) is DENIED AS MOOT.

Done this the 1st day of August, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE