IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| HARRISON JOHNSON, JR., et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| vs. | * | Case Number: 2:06CV290-MEF |
| | * | |
| BRIDGESTONE FIRESTONE NORTH | * | |
| AMERICAN TIRE, LLC, et al., | * | |
| | * | |
| Defendants. | * | |

## ANSWER OF MAYS BROTHERS, INC. TO PLAINTIFFS'
## SECOND AMENDED COMPLAINT

COMES NOW, the Defendant, Mays Brothers, Inc., by and through counsel, and in response to the Plaintiffs' Second Amended Complaint, the Defendant would state as follows:

1.     Defendant is without sufficient information to either admit or deny the allegations contained within paragraph 1 of the Plaintiffs' Complaint, therefore, they are deemed denied.

2.     Defendant is without sufficient information to either admit or deny the allegations contained within paragraph 2 of the Plaintiffs' Complaint, therefore, they are deemed denied.

3.     Defendant is without sufficient information to either admit or deny the allegations contained within paragraph 3 of the Plaintiffs' Complaint, therefore, they are deemed denied.

4.   Defendant is without sufficient information to either admit or deny the allegations contained within paragraph 4 of the Plaintiffs' Complaint, therefore, they are deemed denied.

5.   Defendant is without sufficient information to either admit or deny the allegations contained within paragraph 5 of the Plaintiffs' Complaint, therefore, they are deemed denied.

6.   Defendant is without sufficient information to either admit or deny the allegations contained within paragraph 6 of the Plaintiffs' Complaint, therefore, they are deemed denied.

7.   Defendant is without sufficient information to either admit or deny the allegations contained within paragraph 7 of the Plaintiffs' Complaint, therefore, they are deemed denied.

8.   Defendant is without sufficient information to either admit or deny the allegations contained within paragraph 8 of the Plaintiffs' Complaint, therefore, they are deemed denied.

9.   Defendant is without sufficient information to either admit or deny the allegations contained within paragraph 9 of the Plaintiffs' Complaint, therefore, they are deemed denied.

10.  Defendant is without sufficient information to either admit or deny the allegations contained within paragraph 10 of the Plaintiffs' Complaint, therefore, they are deemed denied.

11. Defendant is without sufficient information to either admit or deny the allegations contained within paragraph 11 of the Plaintiffs' Complaint, therefore, they are deemed denied.

12. Defendant is without sufficient information to either admit or deny the allegations contained within paragraph 12 of the Plaintiffs' Complaint, therefore, they are deemed denied.

13. Admitted.

14. Defendant is without sufficient information to either admit or deny the allegations contained within paragraph 14 of the Plaintiffs' Complaint, therefore, they are deemed denied.

16. Defendant is without sufficient information to either admit or deny the allegations contained within paragraph 16 of the Plaintiffs' Complaint, therefore, they are deemed denied.

17. Defendant is without sufficient information to either admit or deny the allegations contained within paragraph 17 of the Plaintiffs' Complaint, therefore, they are deemed denied.

18. As to paragraph 18 of the Plaintiffs' Complaint, no answer is required of this Defendant.

19. As to paragraph 19 of the Plaintiffs' Complaint, no answer is required of this Defendant.

20. As to paragraph 20 of the Plaintiffs' Complaint, no answer is required of this

Defendant.

21.     As to paragraph 21 of the Plaintiffs' Complaint, no answer is required of this
        Defendant.

22.     As to paragraph 22 of the Plaintiffs' Complaint, no answer is required of this
        Defendant.

23.     As to paragraph 23 of the Plaintiffs' Complaint, no answer is required of this
        Defendant.

24.     As to paragraph 24 of the Plaintiffs' Complaint, no answer is required of this
        Defendant.

25.     As to paragraph 25 of the Plaintiffs' Complaint, no answer is required of this
        Defendant.

26.     As to paragraph 26 of the Plaintiffs' Complaint, no answer is required of this
        Defendant.

27.     As to paragraph 27 of the Plaintiffs' Complaint, no answer is required of this
        Defendant.

28.     As to paragraph 28 of the Plaintiffs' Complaint, no answer is required of this
        Defendant.

29.     As to paragraph 29 of the Plaintiffs' Complaint, no answer is required of this
        Defendant.

30.     As to paragraph 30 of the Plaintiffs' Complaint, no answer is required of this
        Defendant.

31. As to paragraph 31 of the Plaintiffs' Complaint, no answer is required of this Defendant.

32. As to paragraph 32 of the Plaintiffs' Complaint, no answer is required of this Defendant.

33. As to paragraph 33 of the Plaintiffs' Complaint, no answer is required of this Defendant.

34. Defendant denies each and every allegation contained within paragraph 34 of the Plaintiffs' Complaint and demands strict proof thereof.

35. Defendant denies each and every allegation contained within paragraph 35 of the Plaintiffs' Complaint and demands strict proof thereof.

36. Defendant denies each and every allegation contained within paragraph 36 of the Plaintiffs' Complaint and demands strict proof thereof.

37. Defendant denies each and every allegation contained within paragraph 37 of the Plaintiffs' Complaint and demands strict proof thereof.

38. Defendant denies each and every allegation contained within paragraph 38 of the Plaintiffs' Complaint and demands strict proof thereof.

39. Defendant denies each and every allegation contained within paragraph 39 of the Plaintiffs' Complaint and demands strict proof thereof.

40. Defendant denies each and every allegation contained within paragraph 40 of the Plaintiffs' Complaint and demands strict proof thereof.

41. Defendant denies each and every allegation contained within paragraph 41 of the

Plaintiffs' Complaint and demands strict proof thereof.

42.   Defendant denies each and every allegation contained within paragraph 42 of the Plaintiffs' Complaint and demands strict proof thereof.

43.   Defendant denies each and every allegation contained within paragraph 43 of the Plaintiffs' Complaint and demands strict proof thereof.

44.   Defendant denies each and every allegation contained within paragraph 44 of the Plaintiffs' Complaint and demands strict proof thereof.

45.   Defendant denies each and every allegation contained within paragraph 45 of the Plaintiffs' Complaint and demands strict proof thereof.

46.   Defendant denies each and every allegation contained within paragraph 46 of the Plaintiffs' Complaint and demands strict proof thereof.

47.   Defendant denies each and every allegation contained within paragraph 47 of the Plaintiffs' Complaint and demands strict proof thereof.

48.   Defendant denies each and every allegation contained within paragraph 48 of the Plaintiffs' Complaint and demands strict proof thereof.

49.   Defendant denies each and every allegation contained within paragraph 49 of the Plaintiffs' Complaint and demands strict proof thereof.

50.   Defendant denies each and every allegation contained within paragraph 50 of the Plaintiffs' Complaint and demands strict proof thereof.

51.   Defendant adopts and incorporates all prior paragraphs as if fully set out herein.

52.   Defendant denies each and every allegation contained within paragraph 52 of the

Plaintiffs' Complaint and demands strict proof thereof.

53.    Defendant denies each and every allegation contained within paragraph 53 of the Plaintiffs' Complaint and demands strict proof thereof.

54.    Defendant denies each and every allegation contained within paragraph 54 of the Plaintiffs' Complaint and demands strict proof thereof.

55.    Defendant denies each and every allegation contained within paragraph 55 of the Plaintiffs' Complaint and demands strict proof thereof.

56.    Defendant denies each and every allegation contained within paragraph 56 of the Plaintiffs' Complaint and demands strict proof thereof.

57.    Defendant denies each and every allegation contained within paragraph 57 of the Plaintiffs' Complaint and demands strict proof thereof.

58.    Defendant adopts and incorporates all prior paragraphs as if fully set out herein.

59.    Defendant denies each and every allegation contained within paragraph 59 of the Plaintiffs' Complaint and demands strict proof thereof.

60.    Defendant denies each and every allegation contained within paragraph 60 of the Plaintiffs' Complaint and demands strict proof thereof.

61.    Defendant adopts and incorporates all prior paragraphs as if fully set out herein.

62.    Defendant denies each and every allegation contained within paragraph 62 of the Plaintiffs' Complaint and demands strict proof thereof.

63.    Defendant denies each and every allegation contained within paragraph 63 of the Plaintiffs' Complaint and demands strict proof thereof.

64.  Defendant denies each and every allegation contained within paragraph 64 of the Plaintiffs' Complaint and demands strict proof thereof.

65.  Defendant adopts and incorporates all prior paragraphs as if fully set out herein.

66.  Defendant denies each and every allegation contained within paragraph 66 of the Plaintiffs' Complaint and demands strict proof thereof.

67.  Defendant denies each and every allegation contained within paragraph 67 of the Plaintiffs' Complaint and demands strict proof thereof.

68.  Defendant denies each and every allegation contained within paragraph 68 of the Plaintiffs' Complaint and demands strict proof thereof.

69.  Defendant denies each and every allegation contained within paragraph 69 of the Plaintiffs' Complaint and demands strict proof thereof.

70.  Defendant denies each and every allegation contained within paragraph 70 of the Plaintiffs' Complaint and demands strict proof thereof.

71.  Defendant denies each and every allegation contained within paragraph 71 of the Plaintiffs' Complaint and demands strict proof thereof.

72.  Defendant adopts and incorporates all prior paragraphs as if fully set out herein.

73.  Defendant denies each and every allegation contained within paragraph 73 of the Plaintiffs' Complaint and demands strict proof thereof.

74.  Defendant denies each and every allegation contained within paragraph 74 of the Plaintiffs' Complaint and demands strict proof thereof.

75.  Defendant adopts and incorporates all prior paragraphs as if fully set out herein.

76. Defendant denies each and every allegation contained within paragraph 76 of the Plaintiffs' Complaint and demands strict proof thereof.

77. Defendant denies each and every allegation contained within paragraph 77 of the Plaintiffs' Complaint and demands strict proof thereof.

78. Defendant denies each and every allegation contained within paragraph 78 of the Plaintiffs' Complaint and demands strict proof thereof.

79. Defendant adopts and incorporates all prior paragraphs as if fully set out herein.

80. Defendant denies each and every allegation contained within paragraph 80 of the Plaintiffs' Complaint and demands strict proof thereof.

81. Defendant denies each and every allegation contained within paragraph 81 of the Plaintiffs' Complaint and demands strict proof thereof.

81(sic) Defendant denies each and every allegation contained within paragraph 81(sic) of the Plaintiffs' Complaint and demands strict proof thereof.

82. Defendant denies each and every allegation contained within paragraph 82 of the Plaintiffs' Complaint and demands strict proof thereof.

83. Defendant denies each and every allegation contained within paragraph 83 of the Plaintiffs' Complaint and demands strict proof thereof.

84. Defendant adopts and incorporates all prior paragraphs as if fully set out herein.

85. Defendant denies each and every allegation contained within paragraph 85 of the Plaintiffs' Complaint and demands strict proof thereof.

86. Defendant denies each and every allegation contained within paragraph 86 of the

Plaintiffs' Complaint and demands strict proof thereof.

87.    Defendant denies each and every allegation contained within paragraph 87 of the Plaintiffs' Complaint and demands strict proof thereof.

88.    Defendant denies each and every allegation contained within paragraph 88 of the Plaintiffs' Complaint and demands strict proof thereof.

89.    Defendant denies each and every allegation contained within paragraph 89 of the Plaintiffs' Complaint and demands strict proof thereof.

90.    Defendant denies each and every allegation contained within paragraph 90 of the Plaintiffs' Complaint and demands strict proof thereof.

91.    Defendant denies each and every allegation contained within paragraph 91 of the Plaintiffs' Complaint and demands strict proof thereof.

92.    Defendant adopts and incorporates all prior paragraphs as if fully set out herein.

93.    Defendant denies each and every allegation contained within paragraph 93 of the Plaintiffs' Complaint and demands strict proof thereof.

94.    Defendant denies each and every allegation contained within paragraph 94 of the Plaintiffs' Complaint and demands strict proof thereof.

95.    Defendant denies each and every allegation contained within paragraph 95 of the Plaintiffs' Complaint and demands strict proof thereof.

96.    Defendant denies each and every allegation contained within paragraph 96 of the Plaintiffs' Complaint and demands strict proof thereof.

97.    Defendant denies each and every allegation contained within paragraph 97 of the

Plaintiffs' Complaint and demands strict proof thereof.

98.    Defendant denies each and every allegation contained within paragraph 98 of the Plaintiffs' Complaint and demands strict proof thereof.

99.    Defendant denies each and every allegation contained within paragraph 99 of the Plaintiffs' Complaint and demands strict proof thereof.

100.    Defendant adopts and incorporates all prior paragraphs as if fully set out herein.

101.    Defendant denies each and every allegation contained within paragraph 101 of the Plaintiffs' Complaint and demands strict proof thereof.

102.    Defendant denies each and every allegation contained within paragraph 102 of the Plaintiffs' Complaint and demands strict proof thereof.

103.    Defendant denies each and every allegation contained within paragraph 103 of the Plaintiffs' Complaint and demands strict proof thereof.

104.    Defendant denies each and every allegation contained within paragraph 104 of the Plaintiffs' Complaint and demands strict proof thereof.

105.    Defendant denies each and every allegation contained within paragraph 105 of the Plaintiffs' Complaint and demands strict proof thereof.

106.    Defendant denies each and every allegation contained within paragraph 106 of the Plaintiffs' Complaint and demands strict proof thereof.

107.    Defendant denies each and every allegation contained within paragraph 107 of the Plaintiffs' Complaint and demands strict proof thereof.

108.    Defendant denies each and every allegation contained within paragraph 108 of the

Plaintiffs' Complaint and demands strict proof thereof.

109. Defendant adopts and incorporates all prior paragraphs as if fully set out herein.

110. Defendant denies each and every allegation contained within paragraph 110 of the Plaintiffs' Complaint and demands strict proof thereof.

111. Defendant denies each and every allegation contained within paragraph 111 of the Plaintiffs' Complaint and demands strict proof thereof.

112. Defendant denies each and every allegation contained within paragraph 112 of the Plaintiffs' Complaint and demands strict proof thereof.

113. Defendant denies each and every allegation contained within paragraph 113 of the Plaintiffs' Complaint and demands strict proof thereof.

114. Defendant denies each and every allegation contained within paragraph 114 of the Plaintiffs' Complaint and demands strict proof thereof.

115. Defendant denies each and every allegation contained within paragraph 115 of the Plaintiffs' Complaint and demands strict proof thereof.

116. Defendant denies each and every allegation contained within paragraph 116 of the Plaintiffs' Complaint and demands strict proof thereof.

117. Defendant denies each and every allegation contained within paragraph 117 of the Plaintiffs' Complaint and demands strict proof thereof.

118. Defendant adopts and incorporates all prior paragraphs as if fully set out herein.

119. Defendant denies each and every allegation contained within paragraph 119 of the Plaintiffs' Complaint and demands strict proof thereof.

120.    Defendant adopts and incorporates all prior paragraphs as if fully set out herein.

121.    As to paragraph 121 of the Plaintiffs' Complaint, no answer is required of this Defendant.

121(sic) Defendant denies each and every allegation contained within paragraph 121(sic) of the Plaintiffs' Complaint and demands strict proof thereof.

123.    Defendant denies each and every allegation contained within paragraph 123 of the Plaintiffs' Complaint and demands strict proof thereof.

124.    Defendant denies each and every allegation contained within paragraph 124 of the Plaintiffs' Complaint and demands strict proof thereof.

125.    Defendant denies each and every allegation contained within paragraph 125 of the Plaintiffs' Complaint and demands strict proof thereof.

126.    Defendant denies each and every allegation contained within paragraph 126 of the Plaintiffs' Complaint and demands strict proof thereof.

127.    Defendant denies each and every allegation contained within paragraph 127 of the Plaintiffs' Complaint and demands strict proof thereof.

128.    Defendant denies each and every allegation contained within paragraph 128 of the Plaintiffs' Complaint and demands strict proof thereof.

129.    Defendant denies each and every allegation contained within paragraph 129 of the Plaintiffs' Complaint and demands strict proof thereof.

130.    Defendant denies each and every allegation contained within paragraph 130 of the Plaintiffs' Complaint and demands strict proof thereof.

131. Defendant denies each and every allegation contained within paragraph 131 of the Plaintiffs' Complaint and demands strict proof thereof.

132. Defendant denies each and every allegation contained within paragraph 132 of the Plaintiffs' Complaint and demands strict proof thereof.

133. Defendant adopts and incorporates all prior paragraphs as if fully set out herein.

134. Defendant denies each and every allegation contained within paragraph 134 of the Plaintiffs' Complaint and demands strict proof thereof.

135. Defendant denies each and every allegation contained within paragraph 135 of the Plaintiffs' Complaint and demands strict proof thereof.

136. As to paragraph 136 of the Plaintiffs' Complaint, no answer is required of this Defendant.

137. Defendant denies each and every allegation contained within paragraph 137 of the Plaintiffs' Complaint and demands strict proof thereof.

138. Defendant denies each and every allegation contained within paragraph 138 of the Plaintiffs' Complaint and demands strict proof thereof.

139. Defendant denies each and every allegation contained within paragraph 139 of the Plaintiffs' Complaint and demands strict proof thereof.

140. Defendant denies each and every allegation contained within paragraph 140 of the Plaintiffs' Complaint and demands strict proof thereof.

141. Defendant denies each and every allegation contained within paragraph 141 of the Plaintiffs' Complaint and demands strict proof thereof.

142.    Defendant denies each and every allegation contained within paragraph 142 of the Plaintiffs' Complaint and demands strict proof thereof.

143.    Defendant denies each and every allegation contained within paragraph 143 of the Plaintiffs' Complaint and demands strict proof thereof.

144.    Defendant denies each and every allegation contained within paragraph 144 of the Plaintiffs' Complaint and demands strict proof thereof.

145.    Defendant denies each and every allegation contained within paragraph 145 of the Plaintiffs' Complaint and demands strict proof thereof.

146.    Defendant denies each and every allegation contained within paragraph 146 of the Plaintiffs' Complaint and demands strict proof thereof.

147.    Defendant denies each and every allegation contained within paragraph 147 of the Plaintiffs' Complaint and demands strict proof thereof.

148.    Defendant denies each and every allegation contained within paragraph 148 of the Plaintiffs' Complaint and demands strict proof thereof.

149.    Defendant denies each and every allegation contained within paragraph 149 of the Plaintiffs' Complaint and demands strict proof thereof.

150.    Defendant denies each and every allegation contained within paragraph 150 of the Plaintiffs' Complaint and demands strict proof thereof.

## **AFFIRMATIVE DEFENSES**

1.    Defendant pleads lack of venue.

2.     Defendant pleads lack of jurisdiction.

3.     Defendant pleads the statute of limitations.

4.     Defendant pleads the general issue.

5.     Defendant pleads the Plaintiffs' Complaint fails to state a claim upon which relief can

be granted.

6.     Defendant pleads the causal relations defense.

7.     Defendant pleads the affirmative defense of contributory negligence.

8.     Defendant pleads the affirmative defense of misuse.

9.     Defendant avers that the Plaintiffs assumed the risk of injury and, thus, Plaintiffs are

not entitled to recover from this Defendant.

10.    Defendant pleads lack of causation for the injuries claimed by Plaintiffs.

11.    Defendant pleads that the Plaintiffs' alleged injuries were proximately caused by

intervening and/or superceding facts, fault and/or negligence of persons, parties, or

entities over whom this Defendant had no control and for which it bears no

responsibility.  Plaintiffs are, therefore, barred from recovery herein against this

Defendant.

12.    Defendant pleads that the Plaintiffs' damages are speculative, contingent, not within

the contemplation of the parties, not recoverable as a matter of law.

13.    Defendant pleads that any alleged defects, if present, were not proximately caused by

this Defendant and, thus, Plaintiffs are barred from recovery herein against this

Defendant.

14.  Defendant pleads a lack of notice or knowledge of any alleged dangers or defects and, thus, Plaintiffs are barred from recovery herein against this Defendant.

15.  Defendant pleads that the Plaintiffs had unclean hands and are barred from recovery herein against this Defendant.

16.  Defendant avers that the Plaintiffs and/or third parties unrelated to this Defendant proximately caused or contributed to the injuries or damages claimed by Plaintiffs and, therefore, Plaintiffs are barred from recovery herein against this Defendant.

17.  Defendant avers that the Plaintiffs and/or third parties unrelated to this Defendant materially altered and/or modified the subject product with said alterations and/or modifications proximately resulting in the claimed damages.

18.  Defendant denies that it owed a duty to the Plaintiffs and further denies that it breached any said duty and, thus, Plaintiffs are barred from recovery herein against this Defendant.

19.  Defendant avers that the Plaintiffs and/or third parties unrelated to this Defendant misused the subject product of the Plaintiffs' claim and, thus, this accident is barred as to this Defendant.

20.  Defendant denies that the subject product was in a defective condition, denies that it was unreasonably dangerous, and demands strict proof thereof.

## PUNITIVE DAMAGE DEFENSES

1.  The award of punitive damages to the Plaintiff in this cause constitutes a deprivation of property without due process of law required under the Fifth and Fourteenth

Amendments of the United States Constitution.

  2.  The award of punitive damages to Plaintiff violates the Due Process Clause of Article I, Section 6 of the Constitution of Alabama on the following grounds:

    a.  it is a violation of the Due Process Clause to impose punitive damages, which are penal in nature, upon a civil Defendant upon the Plaintiff satisfying a burden of proof less than the "beyond a reasonable doubt" burden of proof required in criminal cases;

    b.  the procedures pursuant to which punitive damages are awarded fail to provide a limit on the amount of the award against the Defendant;

    c.  the procedures pursuant to which punitive damages are awarded are unconstitutionally vague;

    d.  the procedures pursuant to which punitive damages are awarded fail to provide specific standards for the amount of the award of punitive damages; and,

    e.  the award of punitive damages in this case constitutes a deprivation of property without due process of law.

  3.  The procedures pursuant to which punitive damages are awarded permit the imposition of an excessive fine in violation of Article I, Section 15 of the Constitution of Alabama.

  4.  The award of punitive damages to the Plaintiff in this action violates the prohibition against laws that impair the obligations of the contracts in violation of Article I, Section 22 of the Constitution of Alabama.

  5.  The award of punitive damages to Plaintiff in this action violates the Due

Process Clause of Article I, Section 6 of the Constitution of Alabama and Due Process Clause of the Fourteenth Amendment of the United States Constitution in that Defendant was not given any notice pursuant to Plaintiff's Complaint, as amended, that Plaintiff would request an award of punitive damages pursuant to the counts for fraud, deceit, and tortuous interference with contract which are submitted to the jury.

6.     The imposition of punitive damages in this case for alleged misconduct toward persons other than the plaintiff would violate the due process clauses of the Fifth and Fourteenth Amendments to the United States Constitution.

7.     The imposition of punitive damages in this case would violate the Takings Clause of the Fifth Amendment to the United States Constitution.

8.     The imposition of punitive damages in this case for allege misconduct already redressed through the legal system would violate the Double Jeopardy Clause of the Fifth Amendment and the Due Process Clauses of the Fifth and Fourteenth Amendments to the United States Constitution.

9.     The imposition of punitive damages in this case would violate the Due Process Clauses of the Fifth and Fourteenth Amendments to the United States Constitution because the standards of liability for punitive damages in Alabama are unduly vague and subjective, and permit retroactive, random, arbitrary and capricious punishment that serves no legitimate governmental interest.

10.    The imposition of punitive damages in this case would violate the Due Process Clauses of the Fifth and Fourteenth Amendments to the United States Constitution because

the Alabama standards for determining the amount of the award are unduly vague and subjective, and permit arbitrary, capricious, excessive and disproportionate punishment that serves no legitimate governmental interest.

11.    The imposition of punitive damages in this case would violate the Due Process Clauses of the Fifth and Fourteenth Amendments to the United States Constitution because Alabama post-verdict review procedures for scrutinizing punitive damage verdicts do not proved a meaningful constraint on the discretion of juries to impose punishment.

12.    The imposition of punitive damages in this case based upon evidence of defendant's wealth or financial status would violate the Due Process Clauses of the Fifth and Fourteenth Amendments to the United States Constitution.

13.    The imposition of punitive damages in this case based on the out-of-state and financial status of defendant would violate the Commerce Clause, the equal protection guarantee, and the Privileges and Immunities Clause of the United States Constitution.

14.    The imposition of punitive damages in this case in the absence of a showing of malicious intent to cause harm to the plaintiff would violate the Due Process Clauses of the Fifth and Fourteenth Amendments to the United States Constitution.

15.    The imposition of punitive damages in this case pursuant to Alabama law to punish defendant for conduct that occurred outside of Alabama would violate the Due Process Clauses of the Fifth and Fourteenth Amendments to the United States Constitution as well as the Commerce Clause of the Constitution.

Jay S. Tuley (TUL006)
Counsel for Defendant Mays Brothers, Inc.

OF COUNSEL:
Nix Holtsford Gilliland
        Higgins & Hitson, P.C.
Post Office Box 4128
Montgomery, Alabama 36103
334-215-8585

## CERTIFICATE OF SERVICE

I hereby certify that an exact copy of the foregoing instrument has been served upon:

Will R. Kelly
Post Office Drawer 937
Hayneville, Alabama 36040

Hope Cannon
Brittin T. Coleman
Kenneth Perry
Bradley, Arant, Rose & White
1819 5th Avenue North
Birmingham, Alabama 35203

M. Christian King
Lightfoot, Franklin & White
400 20th Street North
Birmingham, Alabama 35203

Roger Morrow
Morrow, Romine & Pearson
Post Office Box 4804
Montgomery, Alabama 36103

Jack E. Little, Jr.
Pillsbury, Winthrop, Shaw & Pittman
2 Houston Center
909 Fannin 22nd Floor
Houston, Texas 77010

Blaine C. Stevens
Strickland & Kendall, LLC
420 South Lawrence Street
Post Office Box 99
Montgomery, Alabama 36101-0099

Robert D. Hays
L. Frank Coan, Jr.
Robert Arrington, Jr.
King & Spalding
1180 Peachtree Street
Atlanta, Georgia 30309

Keith Pflaum
Porterfield, Harper, Mills & Motlow
Post Office Box 530790
Birmingham, Alabama 35253

J. Kenneth Wainwright
Harvey Kruse, P.C.
1050 Wilshire Drive, Suite 320
Troy, MI 48084-1526

William A. Mudd
420 20th Street North, Suite 2500
Birmingham, Alabama 35203

James N. Walter, Jr.
Capell & Howard, P.C.
Post Office Box 2069
Montgomery, Alabama 36102-2069

either by personal delivery or by placing a copy of same in the United States Mail, postage prepaid and properly addressed, on this the 15th day of August, 2006.

OF COUNSEL