IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HARRISON JOHNSON, JR., as Administrator of the Estate of HARRISON JOHNSON, SR., et al., ) ) ) ) Plaintiffs, ) ) v. ) ) BENDIX COMMERCIAL VEHICLE SYSTEMS, INC., et al., ) ) ) ) Defendants. ) | CASE NO.: 2:06-cv-290-MEF-SRW |

## APPLICATION FOR ADMISSION OF COUNSEL PRO HAC VICE

COMES NOW the defendant, Bendix Commercial Vehicle Systems, Inc., by counsel and pursuant to M.D. Ala. Local Rule 83.1(b), and respectfully requests the Court admit J. Kenneth Wainwright, Jr., *pro hac vice* for purposes of appearing as counsel for Bendix Commercial Vehicle Systems, Inc. in this proceeding. As grounds for this application, the defendant shows unto the Court the following:

1. J. Kenneth Wainwright, Jr. has been an active member in good standing of the Bar of the State of Michigan since 1975. Mr. Wainwright has also been admitted to practice in the United States District Courts for the Eastern and Western Districts of Michigan.

2. Mr. Wainwright resides in Birmingham, Michigan and practices law in Troy, Michigan, both of which are located within the territorial jurisdiction of the United States District Court for the Eastern District of Michigan. Attached hereto and incorporated by reference herein is a Certificate of Good Standing issued by the Clerk of the United States District Court for the Eastern District of Michigan on May 4, 2006, stating Mr. Wainwright has been a member of the Bar

of that Court since October 24, 1975, and remains in good standing.

3. Mr. Wainwright has never been disciplined in any manner for the professional activities conducted by him in any jurisdiction to which he has been admitted to practice law. No disciplinary proceedings are presently pending against Mr. Wainwright in any jurisdiction.

4. Mr. Wainwright and his firm, Harvey Kruse, P.C., are defending Bendix Commercial Vehicle Systems, Inc. in the case of <u>Harrison Johnson, Jr., et al. v. Bridgestone Firestone North American Tire, et al.</u>, pending in the United States District Court for the Middle District of Alabama, Southern Division, under Civil Action Number 2:06-CV-290-MEF-SRW.

5. Mr. Wainwright has agreed to adhere and be bound by all applicable provisions of the Court's local rules, the Alabama Rules of Professional Conduct, and the Alabama Standards for Imposing Lawyer Discipline, and has agreed to submit to this Court's jurisdiction on all matters respecting their professional conduct as counsel in this case.

6. The undersigned counsel is an active member in good standing of the Bar of this Court, has appeared in this action on behalf of Bendix Commercial Vehicle Systems, Inc., and has agreed to serve as local counsel and co-counsel with Mr. Wainwright in this case.

WHEREFORE, premises considered, defendant Bendix Commercial Vehicle Systems, Inc., by counsel, respectfully requests the Court admit J. Kenneth Wainwright, Jr., *pro hac vice* for purposes of appearing as counsel for Bendix Commercial Vehicle Systems, Inc. in this proceeding.

Respectfully submitted,

_____
Keith J. Pflaum (ASB-3002-A54K)
Attorney for Defendant, Bendix Commercial
Vehicle Systems, Inc.

<u>OF COUNSEL:</u>
**PORTERFIELD, HARPER, MILLS & MOTLOW, P.A.**
22 Inverness Center Parkway, Suite 600
P.O. Box 530790
Birmingham, AL 35253-0790
(205) 980-5000


J. Kenneth Wainwright, Esq.
HARVEY KRUSE, P.C.
1050 Wilshire Drive, Suite 320
Troy, MI 48084-1526
(248) 649-7800


## CERTIFICATE OF SERVICE

I hereby certify that on ____8/16/06____, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Chad W. Bryan,**
**Hope T. Cannon,**
**L. Frank Coan, Jr.,**
**Brittin Turner Coleman,**
**Larry W. Harper,**
**Robert D. Hays,**
**Will R. Kelly,**
**Edward Perry Kendall,**
**Mark C. King,**
**Jack E. Little, Jr.,**
**William A. Mudd,**
**Kenneth M. Perry,**
**Keith J. Pflaum,**
**Blaine C. Stevens,**
**Michael G. Strickland,**
**James M. Strong,**
**Jay S. Tuley,**
**James N. Walter, Jr.,**
**Sarah O. Warburton**

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Robert L. Arrington
Anne M. Carter
King & Spalding, LLP
1180 Peachtree Street, NE
Atlanta, GA 30309-3521

David B. Weinstein
Pillsbury, Winthrop, Shaw & Pittman, LLP
Two Houston Center
909 Fannin, Suite 2200
Houston, TX 77010

J. Kenneth Wainwright, Jr.
Barry B. Sutton
Harvey Kruse, P.C.
1050 Wilshire Drive, Suite 320
Troy, MI 48084-1526

/s/ Keith Pflaum
_____
Keith J. Pflaum
Bar Number: ASB-3002-A54K
Attorney for Defendant, Bendix Commercial Vehicle Systems, Inc.
Porterfield, Harper, Mills & Motlow, P.A.
22 Inverness Center Parkway, Suite 600
P.O. Box 530790
Birmingham, AL 35253-0790
Telephone: (205) 980-5000
Fax: (205) 980-5001
E-mail: kjp@phm-law.com