IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HARRISON JOHNSON, JR., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No.: 2:06-CV-290-SRW |
| ) | |
| BRIDGESTONE FIRESTONE NORTH ) | |
| AMERICAN TIRE, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF CHANGE OF ADDRESS

Defendants TRW Automotive US LLC (as assignee of the former TRW Inc. n/k/a Northrop Grumman Space & Mission Systems Corp.) and TRW Vehicle Safety Systems Inc. (collectively "TRW") respectfully notify the Court of the new address and telephone and facsimile numbers for counsel for Defendants TRW Automotive US LLC (as assignee of the former TRW Inc. n/k/a Northrop Grumman Space & Mission Systems Corp.) and TRW Vehicle Safety Systems Inc.

> David B. Weinstein
> Jack E. Little, Jr.
> Pillsbury Winthrop Shaw Pittman LLP
> 2 Houston Center
> 909 Fannin, Suite 2000
> Houston, TX 77010
> (713) 276-7600 (Telephone)
> (713) 276-7673 (Facsimile)

WHEREFORE, Defendants TRW Automotive US LLC (as assignee of the former TRW Inc. n/k/a Northrop Grumman Space & Mission Systems Corp.) and TRW Vehicle Safety Systems Inc. respectfully request the Court and all parties change their records to reflect the new address and telephone and facsimile numbers for David B. Weinstein and

700511305v1

Jack E. Little, Jr., counsel for Defendants TRW Automotive US LLC (as assignee of the former TRW Inc. n/k/a Northrop Grumman Space & Mission Systems Corp.) and TRW Vehicle Safety Systems Inc. in this proceeding.

           Respectfully submitted,

           David B. Weinstein
           Jack E. Little, Jr.
           2 Houston Center
           909 Fannin, Suite 2000
           Houston, TX 77010
           (713) 276-7600 (Telephone)
           (713) 276-7673 (Facsimile)
           jack.little@pillsburylaw.com

           Attorneys for Defendants TRW Automotive US LLC (as Assignee of the former TRW Inc. n/k/a Northrop Grumman Space & Mission Systems Corp.) and TRW Vehicle Safety Systems Inc.

**OF COUNSEL:**
Pillsbury Winthrop Shaw Pittman LLP
2 Houston Center
909 Fannin, Suite 2000
Houston, TX 77010
(713) 276-7600 (Telephone)
(713) 276-7673 (Facsimile)

and

James N. Walter, Jr. (WAL021)
Capell & Howard, P.C.
150 South Perry Street
Post Office Box 2069
Montgomery, Alabama 36102-2069
(334) 241-8000 (Telephone)
(334) 323-8888 (Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon all parties this 21 day of August, 2006.

_____
Jack E. Little, Jr.