IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HARRISON JOHNSON, JR., as, Administrator of the Estate of Harrison Johnson, Sr., <br><br> Plaintiff, <br> v. <br><br> BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE LLC, *et al.,* <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. 2:06-cv-290-MEF <br> ) <br> ) <br> ) <br> ) <br> ) |

## **O R D E R**

Upon consideration of the Motions for Barry B. Sutton and J. Kenneth Wainwright, Jr. to Appear Pro Hac Vice (Doc. #48 and #49) filed on August 18, 2006, it is hereby

ORDERED that the motions are GRANTED.

DONE this the 23rd day of August, 2006.

                                              /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE