**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Bullock County Circuit Court
   217 North Prairie Street
   Union Springs, AL 36089

2. Article Number (Copy from service label)
   7005 1820 0002 3461 5312

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery
   WM Jernigan                              9-01

C. Signature
   X WM Jernigan      ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

   06-290
   #52 order

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes